# EXHIBIT "A"

|  Palm Beach County Sheriff's Office Corrections Operating Procedures | C.O.P.# 929.00 | Page 1 of 3 |
|---|---|---|
| SUBJECT: **Inmate Correspondence** | | |
| INDEX AS: **Mail** | | |

| ISSUED DATE: | EFFECTIVE DATE: | REVISION DATE: | REFERENCE: ACA – 4 ALDF 2A-60, 5B-05, through 5B-10 FCAC- 12.03 through 12.08 FMJS- 9.03 |
|---|---|---|---|
| 01/04/77 | 01/04/77 | 07/11 | |

I.  **PURPOSE:**  The purpose of this Corrections Operating Procedure is to establish control guidelines for all incoming and outgoing inmate mail.

II.  **SCOPE:**  This Corrections Operating Procedure applies to all Sheriff's Office personnel assigned to the Department of Corrections.

III.  **DISCUSSION:**  All inmates are encouraged to maintain ties with their families and friends.  There is no limitation on the volume of lawful mail, except for  packages and publications, certain content or source of the mail,  or when such limitations are necessary to protect public safety or facility order and security.  All inmate mail entering or leaving the facility shall be processed by the facility's designated mail personnel.

IV.  **DEFINITIONS:**
    A.  <u>Indigent Inmate</u>- an inmate who enters the facility without funds or has depleted the funds of their inmate account, and does not receive funds during the most recent two week period.
    B.  <u>Kiting</u>- is outgoing mail which includes written material and/or other outgoing mail not specifically intended for the addressee identified on the outside of the envelope.
    C.  <u>Privileged Mail</u>- is mail clearly identified as being sent between an inmate and their attorney, the courts, or public officials.

V.  **PROCEDURES:**
    A.  Incoming Mail – All incoming mail, except legal mail and other specially approved items, must be in postcard form.
        1.  Acceptable Postcard Forms
            a.  Postcards minimum size requirements are 3.5 inches by 5 inches (as determined by USPS regulations).
            b.  Postcards maximum allowable size is 4.25 inches by 6 inches (as determined by USPS regulations).
            c.  Postcards must be solid color – no photos, art, or graphic designs.
            d.  Must be written or typed in black or blue ink only.
        2.  Unacceptable Postcard Forms
            a.  Defaced.
            b.  Plastic or wrappings on postcards.
            c.  Postcards marked with paint, crayons or markers.
            d.  Postcards with labels or stickers.
            e.  Postcards with watermarks or stains.
            f.  Postcards with any biohazards, including perfumes or lipstick
            g.  Postcards depicting nudity, weapons or gang references
            h.  Oversized postcards.

3.  Monies may be mailed to inmates in an envelope addressed to the inmate's approved mailing address and must state the inmate's booked name and jacket number. CASH WILL NOT BE ACCEPTED. Any correspondence included with checks, money orders, or otherwise approved mail, will not be delivered to inmates. Monies must be in one of the following forms:
    a.  Money Orders
    b.  Checks from government agencies
    c.  Checks from privately run jails or prisons payable in U.S. Funds.
4.  There shall be no approved list of correspondents, or limit on the volume of mail an inmate may receive although inmate to inmate correspondence is prohibited.
5.  Mail not properly addressed to the inmate will be returned to the sender.
6.  Mail may be monitored to ascertain if it contains any attempts at escape, security violations, or conspiracy to introduce contraband, but shall not be censored.
7.  Mail may be inspected to intercept cash, checks, money orders and contraband. Aside from contraband, a receipt will be given to the inmate for these items.
8.  Inmates will be notified in writing explaining the reasons why any part or all of their properly addressed mail was rejected.
9.  Inmates may receive packages which have been pre-approved by the facility commander.
10. Mail may be held for no longer than twenty-four (24) hours and packages for no more than forty-eight (48) hours, excluding weekends and holidays; for the inspection for contraband.
11. Postage stamps are removed from incoming mail.
12. Mail shall be delivered to the inmate personally by staff members without unnecessary delay.
13. Mail addressed to an inmate no longer in custody at the facility will be returned to the sender.
14. Inmates in special management units can write and receive mail on the same basis as inmates in the general population.

B.  Privileged Mail - Inmates are permitted to send sealed letters to a specified group of persons and organizations, such as courts, counsel, officials of the confining authority, state and local chief executives, administrators of grievance systems, and members of the paroling authority. Staff, in the presence of the inmate, may be allowed to inspect the outgoing privileged mail for contraband before it is sealed. Mail to inmates from this specified group of persons and organizations may be opened only to inspect for contraband and only in the presence of the inmate, unless waived in writing, or in circumstances which may indicate contamination. Outgoing privileged mail shall not be opened but may be held for a reasonable period of time, not to exceed seventy-two (72) hours, pending verification that it is properly addressed to the person or agency referred to on the envelope.

C.  Magazines, Newspapers and Periodicals:
    1.  Facility commanders shall determine the amount of reading material, including books, periodicals and other publications that an inmate may store at any one time within his or her personal living area which do not create a fire safety, or sanitation hazard, or by its nature or content poses a threat to the security, good order or discipline of the facility or facilitates criminal activity.
    2.  Restrictions limiting the quantity and contents of magazines, newspapers, periodicals or other publications include, but are not limited to:
        a.  Inmates may subscribe to no more than one daily or weekly newspaper and four periodicals. Inmates subscribe to periodicals or other reading materials at their own risk and expense. Inmates will not be reimbursed by the Sheriff's Office for materials which are rejected.
        b.  No inmate shall be allowed to receive or keep more than one copy of any volume, issue or edition of any book, periodical or other publication.

        c.     Inmates will not be allowed to receive any type of information depicting instructions for the manufacture of explosives, weapons, chemicals, drugs, or alcohol. Nor may they receive material which is violent, criminal, and sexually explicit, depicts nudity or depicts racial, religious, or national hatred, or materials that are disruptive to the facility and pose a potential threat to security.

    3.    Questions concerning the admissibility of the material shall be brought to the attention of the Facility Commander, or designee, for determination.

D.    Indigent inmates will be provided with writing materials and postage to correspond with their attorneys, the courts and public officials upon written request, and to their families and friends not to exceed 2 letters a week. Bartering these supplies is subject to disciplinary action.

E.    Outgoing Mail:

    1.    There shall be no approved list of correspondents, or limits on the volume of mail inmates may send, and are received daily by staff members although inmate to inmate correspondence is prohibited.

    2.    Outgoing mail will not be interfered with, but may be inspected when reasonable suspicion exists to determine if the letter contains anything that could be seen as a threat to the facility security or rule violation, escape plans, blackmail, extortion, kiting, threats of violence, or coded messages.

    3.    Outgoing mail is not normally held, or censored, and will not be sealed by the inmate prior to receipt by the facility. Should reasonable suspicion exist to indicate the mail is being used in violation, letters may be held for no more than twenty-four (24) hours, and packages, no more than 48, excluding weekends and holidays, to allow for inspection.

    4.    Inmates shall be notified in writing explaining the reasons why any outgoing mail was rejected.

    5.    All outgoing mail shall be stamped with the following disclaimer statement: "Attention: This letter originates from the Palm Beach County Jail. Inmate mail is not censored. The Sheriff cannot assume responsibility for its contents."

F.    Contraband Control and Disposition:

    1.    In the event contraband is found in inmate mail, the mailroom supervisor should be immediately notified for further action.

# <u>INMATE  MAIL</u>

## EFFECTIVE <u>September 19, 2011</u>

All incoming mail, with the exception of privileged mail, must be in the form of a <u>postcard</u> only. Letters contained within envelopes will not be accepted and will be returned to the sender.

All postcards must meet the following requirements:

- Postcard minimum size* – 3.5 inches by 5 inches.
- Postcard maximum size* – 4.25 inches by 6 inches.
- Postcards must be **solid color** – no photos, art, or graphic designs.
- Postcards must be hand written or typed in black or blue ink.

Acceptable Monies may still be mailed to inmates in an envelope if properly addressed to the facility.

*Postcards sizes are determined by USPS regulations.