EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:12-cv-80135-Marra/Vitunac

RICHARD CLYDE ALTHOUSE,

       Plaintiff,

vs.

PALM BEACH COUNTY SHERIFF'S
OFFICE,

       Defendant.

_____/

<u>AFFIDAVIT OF MICHELLE De LAURA</u>

STATE OF FLORIDA       )
                           ) SS:
COUNTY OF _____   )

     **BEFORE ME** this day personally appeared Michelle De Laura, who upon oath, and based upon personal knowledge, deposes and states as follows:

1.    My name is Michelle De Laura. I am more than eighteen years of age.

2.    I have been employed by the Palm Beach County Sheriff's Office for approximately twenty-six (26) years.

3.    I am the Section Manager of the property section in the Inmate Management Division of the Palm Beach County Sheriff's Office and have been serving in this position for twenty (20) years.

4.    I manage a staff consisting of four (4) supervisors and thirty-two (32) subordinates, which is a section that operates twenty-four (24) hours a day, seven (7) days

a week. I am responsible for overseeing all operations regarding inmate's personal property, mail, monies and financial transactions for all of the Palm Beach County detention facilities which houses approximately 3000 inmates. The property section is held accountable for the proper acceptance, storage and releasing of inmate's personal property. We initiate inmate's accounts, make deposits and withdrawals, and process funds for release while maintaining accurate records and ledgers for all financial transactions. The section also processes all inmate incoming and outgoing mail including privileged correspondence.

All incoming inmate mail is reviewed to insure it is properly addressed so the recipient can be appropriately identified. All incoming mail is opened, inspected, and monitored to insure there is no contraband, which includes illegal substances, contained in the mail. The mail is monitored for encoded messages, gang affiliations, criminal activity, security threats, and any other material which may disrupt the facility and pose a potential threat to security. Privileged correspondence is opened and inspected in the presence of the inmate.

All outgoing mail, except privileged correspondence, must be sent to the mailroom for processing unsealed. Once the outgoing mail is reviewed and inspected for plans to escape, plans of violence, threats to others, and any other material which poses a potential threat to security and others, the mail is sealed and brought to the US Post Office.

There are generally four (4) Correction Support Personnel assigned to process inmate mail. During the years 2008, 2009, 2010, and 2011 the mailroom processed approximately 11,000 letters monthly. The Sheriff's Office implemented a "postcard only" policy on September 19, 2011, which has greatly reduced the number of letters in

envelopes that are being processed.  The new policy restricts the use of envelopes for non-privileged incoming mail only allowing money orders to be mailed using an envelope. Otherwise, general, non-privileged correspondence must be sent in to the facility using a postcard that conforms to the policy.

The postcard only policy was implemented as a method to address the daily concerns of receiving potentially dangerous and hazardous materials in the mail through the use of an envelope.  We were continually receiving greetings cards contained in envelopes that consisted of multiple layered parts. Senders placed drugs, tobacco, money, and other contraband items between the layers of the card and glued the layers together in an attempt to conceal the hazardous items within an envelope.  It was also common for the mail staff to discover drugs and drug paraphernalia concealed in the seams of an envelope.  Often, senders would include a small stack of multiple page letters in an envelope where they would hide contraband between the pages. There have been numerous incidences where drugs, tobacco, money, metal pins, and other dangerous contraband have been located while opening and inspecting letters arriving in envelopes. These types of incidents have occurred and still occur through the use of fake legal mail as legal mail can be sent into the facility in an envelope.  Fire Rescue has responded to a number of suspicious white powder incidences that occurred while opening incoming mail envelopes.  The occurrence of a chemical biological incident (white powder incident) results in a facility shut down and all inmate movement ceases. This affects the inmates, the staff, the general public, the court system, and every other entity associated with the detention facility.

Since the implementation of the postcard only incoming general mail policy, the

number of incidences involving attempts to introduce contraband into the facility by way of an envelope containing cards or multiple pieces of paper has greatly diminished. However, even the limitation regarding the use of a postcard for incoming general, non-privileged mail has not prevented all attempts to introduce contraband into the facility.

A review of records regularly generated and maintained by jail staff reveals the following examples, which are not exhaustive, of security problems related to incoming mail.

| | |
|---|---|
| 06/05/2008 | 2.1 Grams of suspected marijuana was found hidden in an incoming anniversary card. |
| 06/09/2008 | 1.7 grams of marijuana was found in an incoming anniversary card. |
| 04/23/2009 | Staff found a letter addressed to inmate Daniel Foster to have what appeared to be marijuana concealed in the envelope. |
| 05/21/2009 | Money, notebook paper and a torn envelope were mailed in. |
| 06/12/2009 | Staff found marijuana in fake incoming legal mail. |
| 06/15/2009 | Mail-Property: Staff found the following belonging to inmate Dartavious Fowler: 2 brown pills, 3 white pills, 6 white pills and 1 crumbled piece of paper. |
| 07/01/2009 | While processing incoming mail, staff discovered an envelope containing marijuana (79.6 grams) concealed within. |
| 07/01/2009 | While processing incoming mail, staff discovered an envelope with a greeting card which contained 73.3 grams of marijuana within it. |
| 07/10/2009 | While sorting inmate mail, staff found a greeting card containing suspected marijuana. |
| 08/13/2009 | An envelope containing a card and suspected marijuana concealed inside was confiscated from inmate mail. |
| 10/02/2009 | Staff found marijuana in fake incoming legal mail. |

| | |
|---|---|
| 10/22/2009 | Suspected marijuana found in inmate incoming mail. |
| 10/26/2009 | An envelope with a card containing suspected marijuana was found in incoming mail. |
| 11/03/2009 | Staff found suspected marijuana in incoming mail. |
| 11/13/2009 | Suspected marijuana found in fake legal mail. |
| 12/11/2009 | Contraband in incoming fake legal mail discovered at time of delivery. |
| 12/11/2009 | Search of legal mail found what appeared to be marijuana between pieces of paper glued together. |
| 01/13/2010 | Staff found contraband in fake legal mail while delivering legal mail. |
| 01/15/2010 | Suspected marijuana was found in fake incoming legal mail. |
| 02/08/2010 | Staff found suspected marijuana concealed inside greeting card in incoming inmate mail. |
| 03/02/2010 | Staff found green leafy substance concealed on the back of a photo in incoming inmate mail. |
| 03/03/2010 | Staff found contraband concealed in greeting card in incoming inmate mail. |
| 03/08/2010 | Staff found brown leafy substance concealed in greeting card in incoming inmate mail. |
| 03/11/2010 | Green substance found in inmate legal mail. |
| 03/11/2010 | Green substance found in an inmate's legal mail. (2nd Incident) |
| 04/16/2010 | Staff found contraband in incoming mail, suspected marijuana. |
| 05/26/2010 | 3 Pieces of dental floss were concealed between pieces of paper in incoming inmate mail, falsely marked "legal mail". |
| 06/11/2010 | During the process of opening incoming mail, staff discovered a laminated card concealed in a letter. |
| 06/24/2010 | Staff found a leafy green substance hidden in the pages of legal mail addressed to inmate Boland. |

07/27/2010    Staff found three sewing needles in incoming inmate mail concealed within a greeting card.

07/28/2010    Staff found needles in incoming mail.

08/04/2010    Staff found contraband in incoming inmate mail marked legal mail when opened in presence of inmate.

09/03/2010    Inmate's incoming mail was discovered to have a dark brown substance concealed in between the pages of a father's day card.

09/09/2010    While Processing incoming inmate mail, staff found a greeting card with a green leafy substance.

09/27/2010    Staff found contraband in outgoing mail being returned to an inmate. Three $20.00 bills.

11/30/2010    Staff was processing the inmates' incoming mail and while opening an envelope for inmate English Desmond, a green substance fell out of the envelope and was suspected to be drugs.

03/09/2011    Explicit sexual photographs were mailed to inmate Jenez Hueck.

04/21/2011    Staff found a razor blade concealed within a greeting card while searching inmate's property for delivery.

07/21/2011    Incoming letter addressed to inmate Mollie Herrera contained an unknown white powdery substance.

08/16/2011    While searching 1 of 44 boxes of legal mail for inmate Ronald Knight, staff found rolling paper taped to legal papers.

09/24/2012    While searching incoming inmate legal mail in the presence of the inmate, it was discovered to be personal mail containing unauthorized photos and not from the attorney identified on the envelope.

10/04/2012    Staff located a suspicious yellow and white substance while processing incoming inmate postcards addressed to inmate Ali, Zaheer.

I am attaching to my affidavit photographs of some of the contraband items that were discovered in envelopes prior to implementation of the postcard only policy.

Page 6 of 7

The postcard only policy has resulted in a significant decrease in the introduction of contraband through the use of correspondence contained within an envelope. It is the envelope and the need to physically open each envelope to inspect the contents of incoming mail that greatly increases the possibility that contraband will be introduced into the jail facility. Postcards are not contained in envelopes and do not contain multi-layered cards or sheets of paper and do not have to be opened and inspected by staff. The lack of an envelope has reduced the introduction of contraband into the jail and is less time consuming and easier to inspect and process, making it less likely, through human error, that contraband contained in an envelope will enter the facility.

FURTHER AFFIANT SAYETH NAUGHT.

**[Affiant Name]**

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF _Palm Beach_      )

BEFORE ME, the undersigned authority, this day personally appeared **MICHELLE De LAURA**, who upon oath, acknowledges and says that she has read the foregoing Affidavit and that all the facts contained herein are true and correct based upon personal knowledge, and who is personally known to me.

WITNESS my hand and seal this _25_ day of _October_, 2012.

Notary Public State of Florida
Julian K Bembry
My Commission EE041376
Expires 01/01/2015

NOTARY PUBLIC

_Julian K. Bembry_
TYPE OR PRINT NAME

My Commission expires: _1-1-2015_

CORR Incident #:3060-2008-08-083
Photo taken by: Lagana, Arthur 8177
Date: 8/21/08






CORR Incident #: 3060-2009-03-108
Photo taken by: McCrae, Carolyn 6671
Date: 3/27/09
Time: 1325 hrs.










CORR Incident #: 3060-2009-04-035
Photo taken by: McCrae, Carolyn 6671
Date: 4/9/09
Time: 1135 hrs.







CORR Incident #: 3060-2009-08-039
Photo taken by: McCrae, Carolyn 6671
Date: 8/13/09
Time: 1225 hrs.







CORR Incident #: 3060-2009-09-002
Photo taken by: McCrae, Carolyn 6671
Date: 9/1/09
Time: 0800 hrs.





