# EXHIBIT "B" CONTINUED

CORR Incident #: 3060-2009-09-046
Photo taken by: Delai, Donna 6840
Date: 9/11/09
Time: 0950 hrs.





CORR Incident #:3060-2009-10-008
Photo taken by: Lagana, Arthur 8177
Date: 10/2/09
Time: 1230 hrs.




CORR Incident #:3060-2009-10-007
Photo taken by: Lagana, Arthur 8177
Date: 10/2/09
Time: 1230 hrs.








CORR Incident #:3060.09.11.00284
Photo taken by: Johnson-Anderson, Robyn 6617
Date: 11/3/09
Time: 1450 hrs.






CORR Incident #:3060.09.12.00552
Photo taken by: Lagana, Arthur 8177
Date: 12/11/09
Time: 1420 hrs.






CORR Incident #:3060.10.02.00262
Photo taken by: Walker, Queen #8815
Date: 2/8/10
Time: 1325 hrs.







CORR Incident #:3060.10.03.00414
Photo taken by: Marben, Linda #5103
Date: 3/2/10
Time: 1043 hrs.



CORR Incident #:3060.10.03.00417
Photo taken by: Rich, Nancy #4986
Date: 3/3/10
Time: 1103 hrs.






CORR Incident #:3060.10.03.00446
Photo taken by: Rich, Nancy #4986
Date: 3/8/10
Time: 1220 hrs.

