# EXHIBIT "C"

|  | Palm Beach County Sheriff's Office Corrections Operating Procedures | C.O.P.# 930.00 | Page 1 of 4 |
|---|---|---|---|
| SUBJECT: **INMATE VISITATION** | | | |
| INDEX AS: VISITATION | | | |

| ISSUED DATE: | EFFECTIVE DATE: | REVISION DATE: | REFERENCE: ACA – 4 ALDF- 5B-01 through 5B-04 |
|---|---|---|---|
| 01/04/77 | 01/04/77 | 09/11 | FCAC 12.09, 12.10, 12.11 <br> FMJS 9.04 |

I. **PURPOSE:** The purpose of this Corrections Operating Procedure is to establish the inmate visitation program.

II. **SCOPE:** This Corrections Operating Procedure applies to all Sheriff's Office personnel assigned to the Department of Corrections.

III. **DISCUSSION:** All inmates are encouraged to maintain ties with their families and friends through regular visits. Inmates shall also be permitted to visit with their religious leader, any person who establishes a genuine and legitimate need to confer with an inmate on business matters, and those persons who are participating in service programs approved and authorized by the facility commander. The number of visitors an inmate may receive and the length of visitation shall be limited only by facility schedules, space and personnel constraints, except where there are substantial reasons to justify such limitations. Incarcerated individuals will be afforded visitation following the completion of all processing to include classification.

IV. **PROCEDURE:**
   A. Following first appearance, inmates in the Palm Beach County Sheriff's Office Corrections Facilities may complete and submit names for their approved visitor list. Visitation will only be permitted based on the names on the Authorized Visitation List. The Authorized Visitation List is submitted by the incarcerated individual and approved by the Sheriff's Office. Once approved by PBSO the incarcerated individual may receive approved visitors in accordance with the established visitation schedule.
   B. All visitors are required to register on line at www.jailvisit.pbso.org. In the event that a visitor does not have access to a computer; they can go to the West Detention Center, Main Detention Center or Video Visitation site where they will be assisted with the process. Once registration is complete, each visitor will be issued a visitor ID number. The visitor must provide the inmate with this number, and the inmate will include this number on the Authorized Visitation form. Once the visitor is registered and the Authorized Visitation form has been approved, visitors may schedule a visit. Information on times and days available for visiting will be provided online. Days and times will vary depending on the housing unit and any restrictions that may be imposed.
   C. Authorized Visitation List: Only those individuals designated by the incarcerated individual and approved by the Palm Beach County Sheriff's Office Department of Corrections will be permitted entry into the facilities for visitation purposes. Incarcerated individuals may submit up to five names, including children, on their approved visitation list. Inmates are allowed a maximum of three visitors per visit including children.
   D. Approved visitation lists may only be revised once in a (60) day period (absent exigent circumstances approved by Corrections Support Services Commander). The following visitor information is required on the form.
      1. Name
      2. Date of birth
      3. Visitors Number

- E. All adult visitors will be required to present acceptable photo identification.
    1. Valid driver's license with photograph
    2. State identification card with photograph
    3. Other official identification, depicting photograph, physical characteristics, and signature issued by a governmental body.
    4. Other types of identification approved by the visitation supervisor or video visitation manager.
- F. Spouses under the age of eighteen (18) must show proof of marriage and acceptable photo identification at each visit in order to visit without an adult present.
- G. Persons under the age of (18) must be accompanied by a parent or legal guardian (with proof of guardianship) at all times. The parent or legal guardian must also be on the inmate visitation list. The parent or legal guardian will be responsible for the conduct of the child.
- H. Emancipated juveniles must show proof of emancipation and acceptable photo identification in order to visit without an adult present.
- I. Dress requirements: All visitors will be denied entry if they are not appropriately clothed or are dressed in revealing attire. Dress requirements are posted in the MDC Release Lobby and Video Visitation Sites. Lockers are available for items not permitted (MDC only) that visitors are unable to leave outside the facility.
- J. Search of Visitors: All visitors are subject to search when necessary for the security of the facility. Visitors are searched by use of a scanning device. When there is reasonable suspicion that the visitor is carrying contraband, consent to search may be obtained. Refusal of search will deny/terminate the visit.
- K. Visitation Denial: Persons who pose a threat to the security and/or orderly running of the facility will not be allowed to visit.
    1. Persons with a known gang affiliation.
    2. Any person with a felony conviction within the last twenty-four (24) months or confined, due to a felony conviction, in a correctional facility within the last twelve (12) months cannot visit an inmate without authorization from the Corrections Support Services Commander.
    3. Disqualifying Criminal Offenses include, but may not be limited to:
        a. Carrying a weapon or explosive into a building where same is posted as prohibited.
        b. Destruction or vandalism to public buildings or property.
        c. Conveying false information and threats.
        d. Murder.
        e. Assault with the intent to murder.
        f. Espionage.
        g. Sedition.
        h. Kidnapping or hostage taking.
        i. Treason.
        j. Rape or aggravated sexual abuse.
        k. Unlawful possession, use, sale, distribution or manufacture of an explosive, weapon or weapon of mass destruction.
        l. Terrorism.
        m. Hate crimes.
        n. Extortion.
        o. Armed or felony unarmed robbery.
        p. Distribution of, or intent to distribute, a controlled substance.
        q. Felony arson.
        r. Felony involving a threat.
        s. Felony involving:

        1)     Willful destruction of property.
        2)     Importation or manufacture of stolen property.
        3)     Burglary.
        4)     Theft.
        5)     Dishonesty, fraud or misrepresentation.
        6)     Possession of distribution of stolen property.
        7)     Aggravated assault.
        8)     Bribery.
        9)     Illegal possession of a controlled substance punishable by a maximum term of imprisonment of more than one year.
        10)    Violence at any public airport.
        11)    Information technology crimes including, but not limited to, unlawful use of protected information or hacking.
    t.     Conspiracy or attempt to commit any of the criminal acts listed above.
    u.     Any felony involving violence.

L.     Frequency of visits: The visitation section shall establish visiting schedules for all facilities. This schedule shall provide each inmate with the opportunity for at least two (2) hours of visitation each week. The visiting schedule should allow for visits during the evenings, weekends and holidays.

M.    Special Visits: The Corrections Support Services Commander or designee may authorize special visits if such visits are thought to have a beneficial impact on the inmate. Lengths of visits, if approved, will be at the discretion of the approving authority. Visits to inmates in medical isolation require the prior approval of the health authority as well as the affected facility commander.

N.    High Risk Inmates: A visitation schedule shall exist which allows high risk inmates the same opportunities for visiting as the general inmate population. Restrictions may be imposed on an individual basis when considerations are necessary for the safety of staff and inmates, or for the security and order of the facility.

O.    News Media: Members of the news media may visit with inmates during regularly scheduled visitation periods. Such visits and denial of visits are regulated by the same procedures which govern regular visits and will be held in the visiting area. Under no circumstances will any type of recording or photographic equipment be allowed in the visiting area. The visit will be terminated or canceled immediately should this rule be violated. Visits with the media are not in addition to visits with family or friends. Visits by the News Media must be approved by a major or above, as well as Media Relations.

P.     Refusal of Visitor: Inmates have the option to refuse a visitor for any reason. Refusals must be stated before the visit begins and will not be charged against the inmate. Visits that have begun but are subsequently terminated by the inmate will be charged against the inmate.

Q.    Suspension and Termination of Visits: Visiting privileges may be suspended by the facility commander or designee, supervisor of visitation, video visitation manager, or shift supervisor. A visit may be denied or terminated and visiting privileges suspended for the following:
    1.     Visitors under the influence of drugs or alcohol.
    2.     Introduction of contraband (i.e. cell phones, weapons, etc.).
    3.     As necessary to preserve the order and security of the facility.
Prior to the termination of a visit or suspension of visiting privileges, less restrictive alternatives shall be employed when possible. Whenever a visit is terminated a report shall be prepared by the official taking the action. The report shall include the specific reason for the action.

| C.O.P. # 930 | Page 4 of 4 |
|---|---|

R.     Attorney Visits: Each facility shall provide a designated area for the purpose of private consultation between inmates and their attorney. PBSO maintains the right to deny a visit of official visitors (attorneys, etc.) if intoxication is suspected. If an attorney or any other official visitor is not visiting a family member on official business, they must go through the normal secure visitation provided to the general inmate population.

S.     Posted Rules: Rules and regulations pertaining to the time and conduct of visitation shall be posted for knowledge of the inmates and prospective visitors.