EXHIBIT "D"

|  | Palm Beach County Sheriff's Office Corrections Operating Procedures | C.O.P. # 928.00 | Page 1 of 2 |
|---|---|---|---|

| SUBJECT: Inmate Access to Telephones |||||
|---|---|---|---|---|
| INDEX AS: Inmate Access to Telephones |||||
| ISSUED DATE: | EFFECTIVE DATE: | REVISION DATE: | REFERENCE: ACA - 4ALDF - 2A-65, 2A-66, 5B-11, 5B-12, 6A-05 FCAC - 9.11, 9.17, 12.19 FMJS - 4.09, 9.08 ||
| 01/04/77 | 01/77 | 02/12 |||

I. **PURPOSE:** The purpose of this Corrections Operating Procedures is to establish a system, which allows inmates to have access to telephones to communicate with family, attorney, and others.

II. **SCOPE:** The Corrections Operating Procedure applies to all Sheriff's Office personnel assigned to the Department of Corrections.

III. **DISCUSSION:** Inmates have access to public telephones and are permitted to make collect calls. For the purpose of preserving security and orderly management of the facility, and to protect the public, inmate telephone calls are subject to monitoring and recording. "Free" calls are available to approved judicial entities during normal business hours. Inmates with speech and/or hearing disabilities, or those who wish to communicate with parties with these disabilities, have access to TDD (Telecommunications Devices for the Deaf). There also is volume controlled telephone service available for the hearing impaired. Contact for inmate telephone services provides the broadest range of calling options determined by the agency administrator to be consistent with the requirement of sound correctional management. All contract telephone services comply with all federal and state regulations and are based on rates and surcharges that are commensurate with the general public services (any additional fee reflects actual costs incurred with providing the service in a correctional environment).

IV. **PROCEDURE:**
   A. Admission:
      1. During the admission process, inmates shall be permitted to complete telephone calls to their attorney, family or others.
      2. Inmates transferred from another PBC Sheriff's Office detention facility shall be permitted to make phone calls from their assigned housing unit.
      3. Inmates requiring assistance will be assisted as needed to notify persons of their admission into custody.
   B. General Population Housing Units:
      1. Telephones are provided in each general inmate housing unit. Inmates may make collect calls daily.
      2. Facility commanders shall be responsible for setting the times that the telephones will be available for inmate use. The time schedule should include the opportunity for both day and evening calls.
   C. Special Management Units:
      1. Inmates in administrative confinement and protective custody shall have access to the telephone daily.
      2. Inmates in disciplinary confinement are allowed limited telephone privileges, which consists of calls related specifically to access to the judicial process and family emergencies, such as death or serious injury, which has been verified by facility personnel.

| C.O.P. # 928.00 | Page 2 of 2 |

D. Restrictions:
1. The facility commander, or his designee, as necessary to preserve the order and security of the facility, may impose restrictions on the use of telephone privileges. Such restrictions should still afford inmates the opportunity to make calls to their attorney to discuss legal matters and at least one daily personal call to their family or others.
2. Inmates who make harassing or threatening telephone calls may be restricted by court order from making any phone calls.
3. Upon notification, a supervisor shall direct a citizen complaint of harassing, annoying or threatening telephone calls originating from one of the correctional facilities as follows:
    a. Call the toll free telephone number provided by the contracted inmate telephone system provider.
    b. The complainant could have the calls blocked by the telephone carrier.
    c. The complainant can obtain an *Inmate Telephone System Restriction Request Form* from the Telecommunications Division.