UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:12-cv-80135-Marra/Vitunac

RICHARD CLYDE ALTHOUSE,

    Plaintiff,

vs.

PALM BEACH COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## ORDER

THIS MOTION is before the Court upon Defendant's Motion for Summary Judgment (and Memorandum of Law). The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (and Memorandum of Law) is hereby **GRANTED** for the reasons set forth in the Defendant's motion.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this ____ day of _____, 2012.

                                                   _____
                                                 HONORABLE KENNETH A. MARRA
                                                 United States District Judge

<u>Copies furnished</u>:
Richard A. Giuffreda, Esquire; richard@purdylaw.com
Richard Clyde Althouse, Pro Se, 505 ½ Plymouth Road, West Palm Beach, FL 33405