UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case Number 12-80135-CIV-MARRA/MATTHEWMAN

RICHARD CLYDE ALTHOUSE,
Plaintiff,

v.

PALM BEACH COUNTY SHERIFF'S OFFICE,
Defendant.
_____/

NOTICE OF *SCRIVERNOR'S* ERROR AND
FILING OF SUPPLEMENTAL EXHIBIT'S "H" and "I"

The Plaintiff, RICHARD CLYDE ALTHOUSE, Pro Se, does hereby file this Notice of *Scrivernor's* Error and Filing of Supplemental Exhibit's "H" and "I". The last sentence of the last paragraph of paragraph number #8 of the Facts and Specific Disputed Material facts portion reads, "The policy also permitted photographs (8) to be mailed in Ex. "C".

The last sentence of the last paragraph of paragraph number #8 of the Facts and Specific Disputed Material Facts should read:

"The previous Inmate Rules and Regulations Revised 11/10 allowed (5) family photos Ex. "H" and the current Rules and Regulations Revised 01/12 allows (3) family photo's Ex. "I"

Plaintiff apologizes to this Court and Defendant's Counsel for the error.

RICHARD CLYDE ALTHOUSE, Pro Se
505 ½ Plymouth Road
West Palm Beach, Florida 33405

1

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion has been delivered by US Mail to Mr. RICHARD A. GIUFFREDA, Esquire, of PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A., on the 13th day of November, 2012.

*[signature]*
RICHARD CLYDE ALTHOUSE, Pro Se



EXHIBIT "H"

- Clean recreational equipment before direct contact with your body or use a clean barrier such as a towel or shirt between your bare skin and exercise equipment.
- Shower after participating in close-contact recreational activities whenever possible.
- Do not get a tattoo while in jail, use injection drugs, or have sexual contact with other inmates.
- Keep any open wounds or sores covered and request medical attention

**B-3  HAIR CARE SERVICES**

Hair and nail clippers will be available from the Deputy assigned to your unit. When you have finished with the equipment it must be properly cleaned and returned to the Deputy assigned to your unit. All inmates cutting hair will spray the clippers with the disinfectant solution after each use. NO EXCEPTIONS!

**C.  INMATE PROPERTY AND MAIL**

**C-1  PERSONAL PROPERTY**

When you were booked into the facility, your personal property was listed on a RECEIPT FOR PRISONER'S PERSONAL PROPERTY form. You were given a copy of this - KEEP THIS RECEIPT.

Each personal item including clothing, which is authorized for retention, shall be recorded on the facility property receipt and will be allowed for you to retain.

Property taken from you at the time of your arrest may have been placed into evidence. You should have received an evidence receipt from the arresting officer. We cannot obtain this property for you.

**C-2  PERSONAL ITEMS ALLOWED IN YOUR POSSESSION**

Only the items listed below will be allowed in your housing unit unless otherwise specified by a Division Commander.

(2) Pair of Footwear (not metal)
(1) Pair of shower slides
(6) Pair of socks
(6) T-Shirts
(6) Pair of any type Underwear
(1) Pair of Gym Shorts
(2) Wireless Bras (Females Only)
(3) Nightgowns (Females Only)
(1) Plastic Compact without mirror (Females Only)
(12) Plastic Hair Rollers (Females Only)
(2) Sweatshirts
(1) P.B.S.O. Issued Uniform
(1) Comb (small/plastic, without a handle)

(1) Brush (small/plastic, without a handle)
(2) Each of Hygiene Articles (one being used and one new): Deodorant, Shampoo, Toothpaste, Toothbrush, etc.
(3) Pair of Glasses/Contacts
(4) Games (Dominos, Chess, Checkers, or Playing Cards)
(5) Books (including religious books)
(4) Magazines
(5) Family photos (no Polaroids)
(1) Address Book (no metal binding)
(5) Pens
(24) Colored Pencils
(1) Prayer Rug or Extra Towel as approved by Chaplain
(2) Packages or containers of each Canteen over-the-counter medications

\*\*\* Medication as approved by Medical
\*\*\* Medical Alert Badge or Bracelet
\*\*\* Brace, Bandage, Cane, Crutches, etc. as approved by Medical

Any items in excess of these amounts or any altered or misused items will be confiscated as contraband and disposed of.

**NOTE:** All T-Shirts, Sweatshirts, and Gym shorts must be solid white or gray with NO writing, pockets, logos, hoods, or zippers.

**To identify your property; you should mark your items with your name and pouch number inside the collar or waistband.**

NOTE: All other items will be stored in inmate property storage. You may submit one request for items you want in your housing unit. The Property Section will review the request and thoroughly search authorized items. Only one request will be accepted for property from inmate storage.

**C-3  MONEY**

All monies that you bring into the facility or which are sent to you shall be kept in your inmate account.

An account will be generated for you in the Property/Finance Office. All deposits and withdrawals (fees for subsistence, canteen purchases and transfers to outside parties) are processed in the computer for purpose of permanent record.



EXHIBIT "I"

Property taken from you at the time of your arrest may have been placed into evidence. You should have received an evidence receipt from the arresting officer. We cannot obtain this property for you.

Each personal item, including clothing, which is authorized for retention, shall be recorded on the facility property receipt and will be allowed for you to retain.

C-2.   PERSONAL ITEMS ALLOWED IN YOUR POSSESSION

Only the items provided or approved by the jails administration or any item approved or purchased through canteen, up to the amounts listed below, will be allowed in your housing unit unless otherwise specified by a division commander.

- (2) Pairs of issued footwear (clogs and inmate worker boots)
- (1) Pair of personal footwear (purchased through canteen)
- (1) Pair of shower slides
- (4) Pairs of socks
- (4) T-shirts
- (4) Pairs of any type underwear
- (1) Pair of gym shorts
- (2) Wireless bras (females only)
- (2) Sweatshirts
- (1) PBSO issued uniform
- (1) Comb (small/plastic, without a handle)
- (1) Brush (small/plastic, without a handle)
- (2) Each of hygiene articles (one being used and one new): Deodorant, shampoo, toothpaste, toothbrush, etc.
- (1) Pair of glasses/contacts (may have an additional pair of reading glasses available from medical or purchased from canteen only. May have full prescription of contacts, approved by medical only.
- (3) Games (dominos, chess, checkers or playing cards)
- (3) Books (including religious books)
- (2) Magazines
- (3) Family photos (no Polaroid's)
- (1) Address book (no metal binding)
- (3) Pens
- (24) Colored pencils
- (1) Prayer rug or extra towel as approved by the Chaplain
- (2) Packages or containers of each canteen over-the-counter medications

- *** Medication as approved by medical
- *** Medical alert badge or bracelet
- *** Brace, bandage, can, crutches, etc., as approved by medical

Any items in excess of these amounts or any altered or misused items will be confiscated as contraband and disposed of.

Revised 01/12                              8