UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:12-cv-80135-Marra/Vitunac

RICHARD CLYDE ALTHOUSE,

      Plaintiff,

vs.

PALM BEACH COUNTY SHERIFF'S
OFFICE,

      Defendant.

_____/

## NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORY NUMBER 1, PURSUANT TO COURT ORDER [DE 22]

Defendant PALM BEACH COUNTY SHERIFF'S OFFICE (Ric L. Bradshaw, in his official capacity as Sheriff of Palm Beach County, Florida), by and through undersigned counsel, files this his Supplemental Response to Plaintiff's Interrogatory Number 1, Pursuant to Court Order [DE 22], and would state as follows:

1.      See attached reports, statements and photographs responsive to Interrogatory 1 to the extent it requests records of persons arrested, indicted, informed against, noticed to appear or summoned for sending illegal items into the Palm Beach County Jail via mail between September 19, 2008 and September 19, 2011. [Bate Stamp Numbers PJGB 1 through PJGB 161].

1

_Sgt A.C #6472_

SGT. ANDREW CAVANAGH, Investigator for
PALM BEACH COUNTY SHERIFF'S OFFICE

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, duly licensed to administer oaths and take acknowledgments, personally appeared **SGT. ANDREW CAVANAGH** , who is personally known to me or who has produced _____ as identification, and who did take an oath that the foregoing is true and correct to the best of their knowledge.

SWORN TO AND SUBSCRIBED before me this _18_ day of _October_, 2012.

_Clarence E. Freeman JR_

Notary Public, State of Florida

_Clarence E. Freeman JR_

Printed Name

My commission expires:



Notary Public State of Florida
Clarence E Freeman Jr
My Commission EE 160077
Expires 02/24/2016

2

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. mail to **RICHARD CLYDE ALTHOUSE, Pro Se Plaintiff**, 505 ½ Plymouth Road, West Palm Beach, Florida 33405 this 24th day of October, 2012.

RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No. 705233
PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida  33304
Telephone:   (954) 462-3200
Facsimile:    (954) 462-3861
e-mail:        richard@purdylaw.com
Attorney for *Defendant SHERIFF*
Trial Counsel

```
          P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E    PAGE    1
                      O F F E N S E   R E P O R T          CASE NO. 08159708

                                    DISPOSITION: ZULU
                                    DIVISION: DETECTIVE

INFORMATION                              CODE: 9514  DATE: 12/09/08  THURSDAY
ZONE: B13 GRID:         DEPUTY ID.:   4387 ASSIST:       TIME D 1542 A 1542 C 1543
OCCURRED BETWEEN DATE: 10/09/08 , 0830 HOURS AND  DATE:           , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB             RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL        ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
OTHER                CALVIN L GRIFFIN                DOB:
              SEX: M RACE: B HT: 601 WT: 170 HR: BLACK      EYE: BROWN
RESIDENTIAL ADDRESS:  0          UNKNOWN                         0
          HOME PHONE: 561 000-0000
      BUSINESS PHONE: 561 000-0000
 ..
 ..
=================================================================================
STATUS   1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES    3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)    5 = LOST ITEMS    8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
=================================================================================
DATE   S T                          P R O P E R T Y
STLN/  T Y   BRAND    CALIBER  SERIAL/NUMBER   VALUE     VALUE        TELETYPE
RECOV  A P   NAME     (GUN)    DESCRIPTION     STOLEN    RECOVERED    NUMBER
=================================================================================
120908 8 Z            FAKE MONEY                1
 ..
 ..
```

    ON 10-09-08, CORRECTIONAL SUPPORT PERSONNEL, NANCY RICH, ID 4986,
WROTE A SWORN STATEMENT IN REFERENCE TO A ONE HUNDRED DOLLAR BILL THAT WAS
FOUND AT THE MAIN DETENTION CENTER, LOCATED AT 3228 GUN CLUB ROAD, WEST
PALM BEACH, FLORIDA 33406.  CSP RICH SAID AT 0830 HOURS, SHE WAS ANSWERING
TO AN INMATE'S REQUEST WRITTEN BY INMATE CALVIN GRIFFIN, WHO WANTED ALL
LOOSE PAPERS IN HIS PROPERTY TO BE SENT TO HIS CELL.  CSP RICH SEARCHED
THE PROPERTY BAG ASSIGNED TO GRIFFIN AND FOUND WHAT APPEARED TO BE A ONE
HUNDRED DOLLAR BILL HIDDEN AMONGST THE LOOSE PAPERS.  CSP RICH CONFISCATED
THE CURRENCY AND PLACED IT IN THE EVIDENCE LOCKER.  I REMOVED THE EVIDENCE
BAG FROM THE LOCKER AND EXAMINED THE ONE HUNDRED DOLLAR BILL.  THE BILL
EVEN THOUGH HAD SOME OF THE CHARACTERISTICS OF THE REGULAR U.S. CURRENCY
ONE HUNDRED DOLLAR BILL WAS PRINTED ON ROUGH PAPER AND HAD THE WORD
"BILLETE DELASUERITE" WHICH MEANT "BILL OF GOOD LUCK" WRITTEN ON IT.  I
PLACED THE BILL IN THE EVIDENCE BAG, SEALED IT AND PLACED IT IN THE MAIN
PROPERTY AND EVIDENCE SECTION TO BE DESTROYED.  THIS REPORT WAS DICTATED
FOR DOCUMENTATION PURPOSES.
DETECTIVE BAILEY ID 4387
12-09-08
TRANS 12-16-08 JOY

O F F E N S E   R E P O R T                      CASE NO. 08163639

DISPOSITION: ZULU
DIVISION: DETECTIVE

INFORMATION                        CODE: 9514   DATE: 12/18/08   MONDAY
ZONE: B13 GRID:        DEPUTY ID.:   4387 ASSIST:    TIME D 1521 A 1521 C 0120
OCCURRED BETWEEN DATE: 11/10/08 , 0830 HOURS AND   DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB           RD  APT. NO.:
          CITY: WEST PALM BEACH           STATE: FL       ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
OTHER                    CRAIG A ADAMS              DOB:
             SEX: M RACE: B HT: 601 WT: 155 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 1039  W  31        ST        W PALM BCH FL 33404
          HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
..
 ..

==================================================================
STATUS  1 = STOLEN               2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY         4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
==================================================================

| DATE STLN/ RECOV | S T T Y A P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|
| 121808 | 8 Z | | 1 | CLAY | | 1 | |

 ..
 ..

     ON 11-10-08, CORRECTIONAL SUPPORT PERSONNEL, NANCY RICH, ID 4986,
WROTE A SWORN STATEMENT IN REFERENCE TO CONTRABAND THAT SHE FOUND AT THE
MAIN DETENTION CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM BEACH,
FLORIDA 33406.  CSP RICH SAID ON 11-10-08 AT 0830 HOURS, SHE WAS COMPLETING
A PROPERTY REQUEST FOR INMATE CRAIG ADAMS WHEN SHE FOUND AN OBJECT THAT
APPEARED TO BE PLAY CLAY HIDDEN IN HIS PROPERTY BAG.  CSP RICH CONFISCATED
THE CLAY AND PLACED IT IN THE EVIDENCE LOCKER.  I REMOVED THE CLAY FROM THE
EVIDENCE LOCKER AND PLACED IN IN THE MAIN PROPERTY AND EVIDENCE SECTIONS
TO BE DESTROYED.  THIS REPORT WAS DICTATED FOR DOCUMENTATION PURPOSES.
DETECTIVE BAILEY ID 4387
12-18-08
TRANS 12-31-08 JOY

```
P A L M   B E A C H   C O U N T Y   S H E R I F F   O F F I C E   PAGE   1
          O F F E N S E   R E P O R T           CASE NO. 09031966

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS              CODE: 9557  DATE: 01/27/09  TUESDAY
ZONE: B13 GRID:        DEPUTY ID.:  3377 ASSIST:    TIME D 1546 A 1546 C 1546
OCCURRED BETWEEN DATE: 12/17/08 , 1450 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB            RD  APT. NO.:
           CITY: WPB                 STATE: FL       ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


   ..
  ..
  ..

=========================================================================
STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=========================================================================
DATE  S T                           P R O P E R T Y
STLN/ T Y  BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE
RECOV A P  NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED   TELETYPE
                                                                NUMBER
=========================================================================
012709 5 D        2      WHITE PILLS
                         (UNKNOWN)
 ..
 ..
   ON 121708, AT 1450 HOURS, CSP PATRICK TONER #4553, CONFISCATED TWO WHITE
PILLS FROM THE PROPERTY OF INMATE MICHAEL WALTERS (BM, 033084, JKT #0282260).
THE MARKINGS ON THE PILLS WERE ILLEGIBLE.  I SUBMITTED THE EVIDENCE TO THE
CRIME LAB FOR DESTRUCTION.
SGT. ALLEN 3377/MAJ/013009
```

P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E      PAGE   1
                O F F E N S E   R E P O R T                   CASE NO. 08163941

                                  DISPOSITION: ZULU
                                  DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                    CODE: 9557  DATE: 12/19/08  WEDNESDAY
ZONE: B13 GRID:          DEPUTY ID.:  4387 ASSIST:      TIME D 1511 A 1511 C 1511
OCCURRED BETWEEN DATE: 12/03/08 , 0815 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB              RD   APT. NO.:
            CITY: WEST PALM BEACH           STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


..
OTHER                    HORACE BROWN                  DOB:
                SEX: M RACE: B HT: 505 WT: 140 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 311    SW 11TH      ST        DELRAY BH  FL 33444
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
..
..
===============================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===============================================================================
DATE  S T                          P R O P E R T Y
STLN/ T Y  BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE      TELETYPE
RECOV A P  NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED  NUMBER
===============================================================================
121908 8 D M-MARIJUAN 1      RESI                      1
..
..
    ON 12-19-08, I READ A SWORN STATEMENT WRITTEN BY CORRECTIONAL SUPPORT
PERSONNEL, QUEEN TIMMONS, ID 8815, IN REFERENCE TO FOUND CONTRABAND FOUND
AT THE MAIN DETENTION CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM BEACH,
FLORIDA 33406.  CSP TIMMONS SAID ON 12-03-08 AT 0815 HOURS, SHE WAS FILLING
A REQUEST FOR INMATE HORACE BROWN, WHEN SHE FOUND MARIJUANA RESIDUE AND A
YELLOW COLORED RING TAPED TO A LETTER ADDRESSED TO HIM IN HIS PROPERTY
BAG.  CSP TIMMONS CONFISCATED THE RING AND MARIJUANA AND THEN PLACED THEM
IN THE EVIDENCE LOCKER.  I REMOVED THE EVIDENCE BAG CONTAINING THE MARIJUANA
RESIDUE AND PLACED IT IN THE MAIN PROPERTY AND EVIDENCE SECTION TO BE
DESTROYED.  THE RING WAS RETURNED BACK TO BROWN'S PROPERTY.  THIS REPORT
WAS DICTATED FOR DOCUMENTATION PURPOSES.
DETECTIVE BAILEY ID 4387
12-19-08
TRANS 01-05-09 JOY

5128     Case 9:12-cv-80135-KAM   Document 30-1   Entered on FLSD Docket 11/16/2012   Page 8 of 92
10/17/12                                                                          EN31

```
      P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E   PAGE   1
              O F F E N S E   R E P O R T              CASE NO. 09041249
```

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

INFORMATION                        CODE: 9514  DATE: 02/18/09  WEDNESDAY
ZONE: B13 GRID:        DEPUTY ID.:    4387 ASSIST:     TIME D 0954 A 0954 C 0954
OCCURRED BETWEEN DATE: 02/04/09 , 1030 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB          RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL    ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
OTHER              ANGEL R COLON              DOB:
          SEX: M RACE: W HT: 600 WT: 165 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 6072     LASCOLINAS CR     LAKE WORTH FL 33463
     HOME PHONE: 561 000-0000
  BUSINESS PHONE: 561 000-0000
..

```
=========================================================================
STATUS  1 = STOLEN                   2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY             4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=========================================================================
```

| DATE STLN/ RECOV | S T Y A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 021809 | 8 | Z | | 2 | LETTERS | | 1 | |
| 021809 | 8 | Z | | 1 | ENVELOPE | | 1 | |

..
..
     ON 02-04-09, CORRENCTIONS SUPPORT PERSONNEL (CSP) TEQUESTA MCKINNEY,
ID 6152, WROTE A SWORN STATEMENT IN REFERENCE TO THE SUSPICIOUS CONTENT OF
A LETTER AT THE MAIN DETENTION CENTER LOCATED AT 3228 GUN CLUB ROAD,
WEST PALM BEACH, FLORIDA 33406.  CSP MCKINNEY SAID ON 02-04-09 AT 1030
HOURS, SHE WAS WORKING IN THE INMATE PROPERTY SECTION WHEN SHE OPENED A
LETTER ADDRESSED TO INMATE JOSE MASS.  THE LETTER APPEARED TO BE STAINED
WITH BODILY FLUIDS AND HAD HAIR, AND A CIRCLE AND AN ARROW DRAWN ON THE
LETTER, WITH THE WORD "NUT" WRITTEN ON IT.  CSP MCKINNEY CONFISCATED THE
LETTER AND ENVELOPE AND PLACED THEM IN THE EVIDENCE LOCKER.  I REMOVED THE
CONTRABAND ITEMS FROM THE EVIDENCE LOCKER AND PLACED THEM IN THE MAIN
PROPERTY AND EVIDENCE SECTION TO BE DESTROYED.  THIS REPORT WAS DICTATED
FOR DOCUMENTATION PURPOSES.
DETECTIVE BAILEY ID 4387
02-18-09
TRANS 02-25-09 JOY

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
O F F E N S E   R E P O R T                       CASE NO.  09068565

DISPOSITION: ZULU
DIVISION: DETECTIVE

INFORMATION                    CODE: 9514   DATE: 04/21/09  MONDAY
ZONE: B13 GRID:        DEPUTY ID.:   4387 ASSIST:     TIME D 1023 A 1023 C 1023
OCCURRED BETWEEN DATE: 03/16/09 , 1005 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
            CITY: WEST PALM BEACH        STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
OTHER                NATHANIEL F SAMPSON           DOB:
             SEX: M RACE: B HT: 602 WT: 195 HR: BLACK   EYE: BROWN
RESIDENTIAL ADDRESS: 11638     DAHLIA     DR      RPB        FL 33411
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
  ..
  ..
================================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
================================================================================
DATE   S T                        P R O P E R T Y
STLN/  T Y   BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE      TELETYPE
RECOV  A P   NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED  NUMBER
================================================================================
042109 8 Z            3       LETTERS WITH            1
                              ENVELOPES
  ..
  ..

     ON 03-16-09, CORRECTIONS SUPPORT PERSONNEL (CSP) TEQUESTA MCKINNEY, ID
6152, WROTE A SWORN STATEMENT IN REFERENCE TO AN INMATE MAIL PRIVILEGES
INCIDENT THAT OCCURRED AT THE MAIN DETENTION CENTER LOCATED AT 3228 GUN
CLUB ROAD, WEST PALM BEACH, FLORIDA 33406.  CSP MCKINNEY SAID ON 03-16-09
AT 1005 HOURS, SHE WAS PERFORMING HER OFFICIAL DUTIES OF INSPECTING INCOMING
INMATES MAIL, WHEN SHE INSPECTED A LETTER ADDRESSED FROM INMATE NATHAN
WALKER, TO AN OUTSIDE ADDRESSEE.  THE LETTER WAS RETURNED FROM THE POST
OFFICE DUE TO AN INSUFFICIENT ADDRESS.  CSP MCKINNEY SAID AFTER INSPECTING
THE LETTER, SHE REALIZED IT WAS WRITTEN BY INMATE NATHANIEL SAMPSON WHO
HAD BEEN COURT ORDERED BY JUDGE SHEREED CUNNINGHAM THAT HE COULD RECEIVE
MAIL BUT WAS NOT ALLOWED TO SEND ANY MAIL.  SAMPSON ALSO TRIED TO SEND MAIL
TO AN OUTSIDE ADDRESS ON 04-01-09 AND 04-14-09 BY USING A FICTITIOUS NAME,
BUT THOSE LETTERS WERE ALSO INTERCEPTED.
     ON 04-21-09 AT 1105 HOURS, I WENT TO DISCIPLINARY CONFINEMENT HOUSING
UNIT EAST 1A, AND SPOKE TO SAMPSON ABOUT THE INCIDENT.  I SHOWED HIM A COPY
OF THE COURT ORDER WHICH STATED THAT HE COULD RECEIVE MAIL BUT WAS NOT
ALLOWED TO SEND ANY.  I REMINDED HIM THAT ANY VIOLATION AFTER 04-21-09,
WOULD BE REPORTED TO THE STATE ATTORNEY'S OFFICE AND HIS MAIL PRIVILEGES MAY
BE REVOKED.  I ALSO TOLD SAMPSON THAT I WAS GOING TO INFORM PROSECUTOR
GINA LEISER OF THE INCIDENT.  I CONTACTED ATTORNEY LEISER ABOUT THE
INCIDENT ON 04-21-09 AND FORWARDED COPIES OF THE LETTER TO HER.  THE ORIGINAL

Case 9:12-cv-80135-KAM   Document 30-1   Entered on FLSD Docket 11/16/2012   Page 10 of 92

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E       PAGE     2
            O F F E N S E   R E P O R T                    CASE NO.  09068565

LETTERS WERE PLACED IN EVIDENCE.
DETECTIVE BAILEY ID 4387
04-22-09 JOY

```
P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E     PAGE     1
            O F F E N S E   R E P O R T               CASE NO.  09068566

                             DISPOSITION: INACTIVE
                             DIVISION: DETECTIVE

CONTRABAND JAIL                    CODE: 9000  DATE: 04/21/09  THURSDAY
ZONE: B21 GRID:          DEPUTY ID.:  4387 ASSIST:    TIME D 1024 A 1024 C 1024
OCCURRED BETWEEN DATE: 02/24/09 , 0000 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 38840     STATE ROAD 80              APT. NO.:
          CITY: BELLE GLADE              STATE: FL     ZIP: 33430
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED: 0  FORCED ENTRY: 0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22       CIS CODE 9000
    ..
OTHER                 JAFF PIERRE LOUIS           DOB:
               SEX: M RACE: B HT: 600 WT: 185 HR: BLACK     EYE: BROWN
RESIDENTIAL ADDRESS: 190   N  SR 715      APT. 169  BELLEGLADE FL 33430
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
COMPLAINANT           SYDNEY L MCKELTON           DOB:
               SEX: M RACE: B HT: 506 WT: 130 HR: BLACK     EYE: BROWN
RESIDENTIAL ADDRESS: 8765     GREGORY   WY APT. 7   PAHOKEE    FL 33476
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
..
..

================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
================================================================
DATE  S T                         P R O P E R T Y
STLN/ T Y   BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE    TELETYPE
RECOV A P   NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED  NUMBER
================================================================
042109 8 Z       1      CELL PHONE            1
042109 8 Z       1      CHARGER               1
..
..
```

      OFFENSE INDICATOR: OFFENSE 1      VICTIM NUMBER: 1
VICTIM TYPE: GOVERNMENT
RESIDENCE TYPE: NOT APPLICABLE      RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

      REPORT NUMBER: 1
FLORIDA VICTIM ? Y
WITNESS TO CRIME KNOWN ?. N            SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? Y            SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. Y            STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... N            EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?........ N             SUSPECT'S VEHICLE KNOWN ?.. N

TAG NUMBER KNOWN ?....... N              PROPERTY DAMAGE ?......... N

ON 03-02-09, I WAS ASSIGNED TO CONDUCT A CRIMINAL INVESTIGATION INTO
AN INTRODUCTION OF CONTRABAND INCIDENT THAT OCCURRED AT THE WEST COUNTY
DETENTION CENTER LOCATED AT 38840 STATE ROAD 80, BELLE GLADE, FLORIDA
33430.

I READ AN INTEROFFICE MEMORANDUM WRITTEN BY SERGEANT JANICE BAIN, ID
2974.  SERGEANT BAIN SAID ON 02-24-09 AT 1645 HOURS, DEPUTY BERNARD JACKSON,
ID 2206, TOLD HER HE HAD RECEIVED INFORMATION FROM INMATE SYDNEY MCKELTON
IN REFERENCE TO A CONTRABAND CELL PHONE.  INMATE MCKELTON SAID A CELL PHONE
WAS PLACED IN DORM A-2 DURING LAUNDRY TIME ON B SHIFT.  MCKELTON SAID INMATE
JEFF PIERRE-LOUIS BROUGHT THE CELL PHONE INTO DORM B-5 ON 02-23-09, AFTER
HE RETURNED FROM CLEANING DETAILS.  ACCORDING TO MCKELTON PIERRE-LOUIS TOOK
THE CELL PHONE OUT OF THE HOUSING UNIT THAT MORNING, 02-24-09, AND PLACED
INTO A LAUNDRY BAG THAT CONTAINED INMATE DERLIN "BOY-YO" WILLIAMS PERSONAL
CLOTHING.  A CELL SEARCH WAS CONDUCTED IN DORM A-2 ON 02-24-09 AND A SILVER
AND WHITE CELL PHONE WAS FOUND BY CORPORAL JAMIE O'FARRIL, ID 5701, HIDDEN
IN THE WALL BEHIND ONE OF THE TELEPHONE OUTLETS.  THE INMATES IN DORM A-2
WERE GIVEN SWORN STATEMENTS TO WRITE WHAT THEY KNEW ABOUT THE INCIDENT AND
THE ALL WROTE THAT THEY DID NOT HAVE ANY KNOWLEDGE THE CELL PHONE WAS IN THE
DORM.  THE CELL PHONE WAS PLACED INTO EVIDENCE PENDING AN INVESTIGATION.

ON 02-24-09, DEPUTY ED OLIVENCIA, ID 5696, TOLD SERGEANT MYRTICE
CARRIGAN, ID 2443, THAT NEITHER PIERRE-LOUIS NOR ANY OTHER TRUSTEE WERE
TAKEN OUT OF DORM B-5 FOR CLEANING DETAILS ON 02-23-09, AS PREVIOUSLY
STATED BY INMATE MCKELTON.

ON 02-26-09 AT 1430 HOURS, A TELEPHONE CHARGER WAS FOUND BY FACILITIES
MAINTENANCE SUPERVISOR TRICIA EDGAR, NEAR GATE #6 OF THE LAUNDRY AREA.  THE
CHARGER WAS TURNED OVER TO SERGEANT CARLA LOTT, ID 3183, WHO PLACED IT IN
THE EVIDENCE LOCKER.

ON 04-21-09 AT 1330 HOURS, I WENT TO THE STOCKADE AND CONDUCTED A
SWORN TAPED INTERVIEW WITH PIERRE-LOUIS AFTER I READ HIM HIS MIRANDA RIGHTS.
I TOLD PIERRE-LOUIS THAT AN ALLEGATION WAS MADE THAT HE HAD POSSESSION OF
THE TELEPHONE THAT WAS FOUND IN DORM A-2 ON 02-24-09, AND HE HAD INTENDED
TO GIVE THE PHONE TO INMATE WILLIAMS.  I TOLD PIERRE-LOUIS THAT ACCORDING
TO THE INFORMATION I RECEIVED, HE CAME IN POSSESSION OF THE PHONE WHEN HE
WORKED THE CLEANING DETAILS ON 02-23-09.  PIERRE-LOUIS TOLD ME THAT HE DID
NOT KNOW WHAT I WAS TALKING ABOUT, NEITHER DID HE KNOW WILLIAMS.  HE ALSO
TOLD ME HE DID NOT WORK THE CLEANING DETAILS ON 02-23-09, WHICH CORROBORATED
WITH DEPUTY OLIVENCIA'S STATEMENT.  MCKELTON WAS RELEASED FROM THE WEST
COUNTY DETENTION ON 04-22-09 AND A FOLLOW UP INTERVIEW WAS NOT CONDUCTED.

ON 04-24-09 I SUBMITTED A REQUEST TO THE CRIME SCENE DEPARTMENT TO
HAVE THE TELEPHONE AND CHARGE EXAMINED FOR FINGERPRINTS.  THIS CASE WILL
REMAIN INACTIVE PENDING THE RESULTS FROM CRIME SCENE.
DETECTIVE BAILEY ID 4387
04-24-09
TRANS 04-30-09 JOY

5128                                                          PN69
P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E   PAGE   3
SUPPLEMENT 1   O F F E N S E   R E P O R T               CASE NO.  09068566

                          DISPOSITION: INACTIVE
                          DIVISION: DETECTIVE

CONTRABAND JAIL                      CODE: 9000  DATE: 06/23/09  THURSDAY
ZONE: B21 GRID:         DEPUTY ID.:  4387 ASSIST:    TIME D 1024 A 1024 C 1024
OCCURRED BETWEEN DATE: 02/24/09 , 0000 HOURS AND  DATE:       , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 38840      STATE ROAD 80             APT.  NO.:
        CITY: BELLE GLADE                  STATE: FL      ZIP: 33430
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0

OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22      CIS CODE 9000
  ..

      ON 03-02-09, I WAS ASSIGNED TO CONDUCT A CRIMINAL INVESTIGATION INTO
AN INTRODUCTION OF CONTRABAND INCIDENT THAT OCCURRED AT THE WEST COUNTY
DETENTION CENTER LOCATED AT 38840 STATE ROAD 80, WEST PALM BEACH, FLORIDA
33430.  I READ A REPORT WRITTEN BY DEPUTY SERGEANT JANICE BAIN, ID 2974.
SERGEANT BAIN SAID ON 02-24-09 AT 1645 HOURS, DEPUTY BERNARD JACKSON, ID
2206, INFORMED HER THAT HE HAD RECEIVED INFORMATION FROM INMATE SIDNEY
MCKELTON REGARDING A CELL PHONE THAT HIDDEN IN DORM A-2.  MCKELTON SAID
INMATE JEFF PIERRE LOUIS BROUGHT THE CELL PHONE INTO DORM B-5 ON 02-23-09
AFTER  HE RETURNED FROM HIS CLEANING DETAIL.  MCKELTON SAID PIERRE LOUIS
THEN TOOK THE CELL PHONE OUT OF B-5 ON 02-24-09 AND TOOK IT TO THE INMATE
LAUNDRY ROOM WHERE HE PLACED IT IN THE LAUNDRY BAG THAT WAS GOING TO
INMATE WILLIAM DERALIN WHO WAS HOUSED IN DORM A-2.
      ON 02-24-09, DEPUTY ED OLIVENCIA, ID 5696, TOLD SERGEANT MYRTICE
CARRIGAN, ID 2143, THAT HE DID NOT TAKE PIERRE LOUIS OUT OF THE DORM FOR
CLEANING DETAILS CONTRARY TO WHAT INMATE MCKELTON SAID.
      AT 1620 HOURS ON 02-24-09, A CELL SEARCH WAS CONDUCTED IN DORM A-2 BY
CORPORAL JAIME O'FARRILL, ID 5701.  CORPORAL O'FARRILL REMOVED THE COVERING
TO ONE OF THE TELEPHONE OUTLETS IN THE DAYROOM AND FOUND A SMALL BLACK AND
WHITE CELL PHONE.  HE CONFISCATED THE CELL PHONE AND PLACED IT IN THE
EVIDENCE LOCKER.
      THE FOLLOWING INMATES WERE QUESTIONED ABOUT THE CELL PHONE THAT WAS
FOUND IN DORM 2 AND THEY WROTE SWORN STATEMENTS SAYING THEY HAD NO
INFORMATION ABOUT IT.
CHARLES GIBBONS, BLACK MALE, D.O.B.
WILLIE BLACKMAN, BLACK MALE, D.O.B.
DERICK CHANDLER, WHITE MALE, D.O.B.
EFRAIN CRUZ, WHITE MALE D.O.B.
WILLIAM DERALIN, BLACK MALE, D.O.B.
GERALD HODGES, BLACK MALE, D.O.B.
EDDIE HOLLAND, BLACKMALE, D.O.B.
CHRISTIAN LEE, BLACK MALE, D.O.B.
BERNARDO LUCIO, WHITE MALE, D.O.B.
EMMANUEL LMORGAN, BLACK MALE, D.O.B.
EDGAR SALINAS, WHITE MALE, D.O.B.
      ON 02-26-09 AT 1430 HOURS, BUILDING FACILITY SUPERVISOR, TRICIA
EDGAR, GAVE SERGEANT CARLA LOTT, ID 3183, A CELL PHONE CHARGER THAT SHE
FOUND ON 02-27-09, OUTSIDE OF THE LAUNDRY, NEAR GATE #6.  THE CHARGER WHICH
APPEARED BELONGS TO THE CELL PHONE THAT WAS FOUND IN DORM A-2, WAS PLACED
IN THE EVIDENCE LOCKER.
      ON 04-21-09, AT 1300 HOURS, I CONDUCTED A SWORN TAPED INTERVIEW WITH

Case 9:12-cv-80135-KAM  Document 30-1  Entered on FLSD Docket 11/16/2012  Page 14 of 92

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE    4
SUPPLEMENT 1    O F F E N S E   R E P O R T                CASE NO. 09068566

PIERRE LOUIS AT THE STOCKADE.   PIERRE LOUIS TOLD ME HE DID NOT KNOW
ANYTHING ABOUT THE CELL PHONE THAT WAS FOUND IN DORM A-2; IN FACT HE TOLD
ME THAT HE DID NOT GO TO WORK ON THE NIGHT OF 02-23-09 AS STATED BY
MCKELTON.   HE ALSO SAID MCKELTON MAY HAVE PLACED THE PHONE IN DORM A-2 AND
HE WAS TRYING TO BLAME HIM FOR IT.
     ON 04-24-09, AMY OETINGER, ID 8372, OF THE PALM BEACH SHERIFF'S OFFICE
CRIME SCENE DIVISION, ANALYZED THE CELL PHONE AND BATTERY FOR FINGERPRINTS.
ONE SUBMISSION WAS SENT TO THE PALM BEACH SHERIFF'S OFFICE TECHNICAL
SERVICES BUREAU.   ON 04-28-09, THE TECHNICAL SERVICES SENT ME THE FOLLOWING
RESULT: LATENT SUBMITTED HAS INSUFFICIENT RIDGE DETAIL TO MAKE IDENTIFICATION.
THERE IS NO LEAD ON THIS CASE AND AS A RESULT IT WILL REMAIN INACTIVE.
DETECTIVE BAILEY ID 4387
06-23-09
TRANS 07-01-09 JOY

```
P A L M   B E A C H   C O U N T Y   S H E R I F F   O F F I C E     PAGE     1
                O F F E N S E   R E P O R T               CASE NO.  09059783
```

```
                            DISPOSITION: ZULU
                            DIVISION: DETECTIVE

INFORMATION                        CODE: 9514   DATE: 04/01/09  MONDAY
ZONE: B13 GRID:        DEPUTY ID.:   4387 ASSIST:    TIME D 1449 A 1449 C 1449
OCCURRED BETWEEN DATE: 03/30/09 , 1000 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


    ..
OTHER              GARY GRIMES              DOB:
          SEX: M RACE: W HT: 505 WT: 145 HR: GRAY    EYE: BLUE
RESIDENTIAL ADDRESS: 1722      SUWANEE     DR      WPB      FL 33409
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
..                 ..                 ..
======================================================================
STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
======================================================================
DATE   S T                         P R O P E R T Y
STLN/  T Y   BRAND    CALIBER  SERIAL/NUMBER  VALUE     VALUE      TELETYPE
RECOV  A P   NAME     (GUN)    DESCRIPTION    STOLEN    RECOVERED  NUMBER
======================================================================
040109 8 Z          6    LETTERS WITH            1
                         6 ENVELOPES
..
..
    ON 04-02-09 AT 1000 HOURS, SEVERAL LETTERS THAT WERE SENT THROUGH THE
U.S. POSTAL SYSTEM BY INMATE GARY GRIMES AT THE MAIN DETENTION CENTER LOCATED
AT 3228 GUN CLUB ROAD, WEST PALM BEACH, FLORIDA 33406, WERE TURNED OVER TO
ME BY CAPTAIN DONALD ROSS, ID 2915.  THE LETTERS WHICH WERE SENT TO SHERIFF
RIC BRADSHAW, ID 7795, MAJOR CHRISTOPHER KNEISLEY, ID 2596, CAPTAIN
ALFONSO STARLILNG, ID 4684, PAULA DOUGLAS, ID 4584 AND CONTRACTED NURSE
PRACTITIONER VETLANA SIMPSON.  THE LETTER SENT TO MS SIMPSON SMELLED LIKE
FECAL MATTER WHEREAS THE OTHER LETTERS APPEARED TO BE TAINTED WITH OTHER
SUSPICIOUS MATERIALS.  THE LETTERS WERE PLACED INTO EVIDENCE.  I CONTACTED
THE STATE ATTORNEY'S OFFICE AND THE U.S. ATTORNEY'S OFFICE ON 04-02-09
AND I WAS TOLD THAT GRIMES ACTIONS DID NOT VIOLATE ANY STATUTE.  THIS
REPORT WAS DICTATED FOR DOCUMENTATION PURPOSES.
DETECTIVE BAILY ID 4387
04-03-09
TRANS 04-22-09 JOY
```

PALM BEACH COUNTY SHERIFF'S OFFICE     PAGE     1
O F F E N S E    R E P O R T                CASE NO. 09078221

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS            CODE: 9557  DATE: 05/13/09  WEDNESDAY
ZONE: B13 GRID:        DEPUTY ID.:  3377 ASSIST:     TIME D 0831 A 0831 C 0831
OCCURRED BETWEEN DATE: 05/13/09 , 0800 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB        RD   APT. NO.:
          CITY: WEST PALM BEACH            STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0

  ..
  ..
  ..

============================================================================
 STATUS  1 = STOLEN                  2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY            4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
============================================================================
DATE  S T
STLN/ T Y   BRAND     CALIBER   SERIAL/NUMBER   VALUE     VALUE     TELETYPE
RECOV A P   NAME      (GUN)     DESCRIPTION     STOLEN    RECOVERED NUMBER
============================================================================
      8 D M-MARIJUAN 1     GRAM
                          ENVELOPE WITH
                          SUSPECTED
                          MARIJUANA
  ..
  ..
     ON APRIL 23RD, 2009, AT 1450 HOURS, CSP NANCY RICH, ID 4986, WHILE
WORKING IN THE INMATE PROPERTY MAIL ROOM OPENED A LETTER ADDRESSED TO INMATE
DANIEL FOSTER, JACKET 0203373.  THIS LETTER WAS THICK IN SIZE IN APPEARANCE
AND WARRANTED FURTHER INSPECTION.  AFTER PULLING APART THE ENVELOPE DUE TO
IT'S THICKNESS, CSP RICH FOUND A BROWN SUBSTANCE (SUSPECTED MARIJUANA)
BETWEEN THE ENVELOPE.  PHOTOGRAPHS WERE TAKEN AND THE CONTRABAND WAS PLACED
INTO THE EVIDENCE LOCKER IN THE MAIN DETENTION INTAKE AREA.  THIS EVIDENCE
WAS TURNED OVER TO THE CRIME LAB TO BE DESTROYED.
SGT L ALLEN ID 3377
DATE 05-14-09 TIME 1518 HOURS
TRANS 05-15-09 JOY

P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E     PAGE     1
O F F E N S E   R E P O R T                    CASE NO. 09104879

DISPOSITION: ZULU
DIVISION: DETECTIVE

INFORMATION                      CODE: 9514  DATE: 07/15/09  MONDAY
ZONE: B12 GRID:          DEPUTY ID.:   4387 ASSIST:   TIME D 1009 A 1009 C 1009
OCCURRED BETWEEN DATE: 06/29/09 , 0200 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB          RD APT. NO.:
           CITY: WEST PALM BEACH          STATE: FL    ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


..
OTHER                  DIMITRIC KOONCE              DOB:
             SEX: M RACE: B HT: 304 WT:  40 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 821      LIDO       CR      LAKE PARK  FL 33403
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
..
..

==================================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS    8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
==================================================================================
DATE   S T                           P R O P E R T Y
STLN/  T Y   BRAND    CALIBER   SERIAL/NUMBER   VALUE    VALUE      TELETYPE
RECOV  A P   NAME     (GUN)     DESCRIPTION     STOLEN   RECOVERED  NUMBER
==================================================================================
071509 8 U               U.S. CURRENCY            1
..
..

    ON 06-29-09 CORRECTIONS SUPPORT PERSONNEL (CSP) PHIL WALLS, ID 8588,
WROTE A REPORT IN REFERENCE TO U.S. CURRENCY FOUND AT THE MAIN DETENTION
CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM BEACH, FLORIDA 33406.
CSP WALLS SAID ON 06-29-09 AT 0200 HOURS, HE WAS PROCESSING THE OUTGOING
INMATE MAIL WHEN HE CAME ACROSS AN ENVELOPE THAT HAD A HARD MATERIAL IN
IT.  CSP WALLS OPENED THE ENVELOPE AND OBSERVED THAT IT CONTAINED U.S.
$1.80.  CSP CONFISCATED THE MONEY AND PLACED IT IN THE EVIDENCE LOCKER.  ON
07-15-09 I REMOVED THE EVIDENCE BAG CONTAINING THE MONEY FROM THE EVIDENCE
LOCKER AND PLACED THE U.S. $1.80 IN INMATE DIMITRIC KOONCE'S ACCOUNT.  THIS
REPORT WAS DICTATED FOR DOCUMENATION PURPOSES.
DETECTIVE BAILEY ID 4387
07-15-09
TRANS 07-23-09 JOY

P B S O   S H E R I F F ' S   O F F I C E   PAGE   1
O F F E N S E   R E P O R T                    CASE NO. 09089143

DISPOSITION: ZULU
DIVISION: DETECTIVE

INFORMATION                    CODE: 9514  DATE: 06/08/09  MONDAY
ZONE: B13 GRID:        DEPUTY ID.:  3377 ASSIST:     TIME D 1059 A 1059 C 1059
OCCURRED BETWEEN DATE: 05/21/09 , 0450 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB        RD  APT. NO.:
        CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:   0


..
PROPERTY OWNER        BERLIN CAMPFORT              DOB:
            SEX: M RACE: B HT: 511 WT: 220 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 1120  NW 135TH     ST      NORTH MIAM FL 33168
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
..
..

=======================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=======================================================================

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 060809 | 8 | Z | | 5 | WHITE NOTEBOOK PAPER | | 1 | |
| 060809 | 8 | Z | | 1 | ENVELOPE | | 1 | |

..
..

    ON MAY 21ST, 2009, AT 0450 HOURS, CSP SIMONE CUNAH, ID 7101, WHILE
SORTING THROUGH THE INMATES MAIL, SPECIFICALLY BERLIN CAMPFORT'S MAIL, SHE
CONFISCATED FIVE ONE DOLLAR BILLS, FIVE PIECES OF NOTE PAPER AND A TORN
ENVELOPE.  THESE ITEMS WERE PLACED INTO PBSO EVIDENCE FOR DISPOSAL.  THE
FIVE ONE DOLLAR BILLS WERE PLACED INTO CAMPFORT'S INMATE PROPERTY ACCOUNT.
THE FIVE PIECES OF NOTEBOOK PAPER AND TORN ENVELOPE WERE SUBMITTED TO PBSO
EVIDENCE FOR DESTRUCTION, AS IT WAS DEEMED CONTRABAND.  NOTHING FURTHER.
SGT L ALLEN ID 3377
DATE 06-08-09 TIME 1110 HOURS
TRANS 06-15-09 JOY

Case 9:12-cv-80135-KAM Document 30-1 Entered on FLSP Docket 11/16/2012 Page 19 of 92

5128

```
                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                CODE: 9557  DATE: 06/01/09  MONDAY
ZONE: B13 GRID:         DEPUTY ID.:  3377 ASSIST:    TIME D 1047 A 1047 C 1048
OCCURRED BETWEEN DATE: 05/29/09 , 1000 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228         GUN CLUB             RD  APT. NO.:
          CITY: WEST PALM BEACH             STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


     ..
     ..
     ..

========================================================================
STATUS  1 = STOLEN                      2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY                4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
========================================================================
```

| DATE STLN/ RECOV | S T T Y A P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|
| 060109 | 8 D | M-MARIJUAN | 12 | UNK SHEETS OF PAPER CONTAINING MARIJUANA | | 1 | |
| 060109 | 8 D | M-MARIJUAN | 12 | UNK SHEETS OF PAPER CONTAINING MARIJUANA | | 1 | |

```
 ..
 ..
     REPORT NUMBER: 1
PHOTOS TAKEN BY ........ MCKINNEY ID 6152

     ON MAY 29TH, 2009, AT APPROXIMATELY 0945 HOURS, CSP MCKINNEY, ID 6152,
WHILE SORTING THE INMATES MAIL DISCOVERED 12 SHEETS OF PAPER CONTAINING
SUSPECTED MARIJUANA (TOTAL PACKAGE WEIGHT 132.0 GRAMS).  SHE FURTHER
DISCOVERED ANOTHER PACKAGE WHICH CONTAINED 12 SHEETS OF PAPER AND SUSPECTED
MARIJUANA (TOTAL PACKAGE WEIGHT 133.4 GRAMS).  THESE SHEETS OF PAPER WERE
PLACED INTO THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER FOR DESTRUCTION.
SGT L ALLEN ID 3377
DATE 06-01-09 TIME 1121 HOURS
TRANS 06-09-09 JOY
```

```
5128                                  10/17/12                              EN31
      P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E   PAGE   1
                O F F E N S E   R E P O R T              CASE NO. 09092116
```

                                  DISPOSITION: ZULU
                                  DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                 CODE: 9557   DATE: 06/15/09   MONDAY
ZONE: B13 GRID:        DEPUTY ID.:   3377 ASSIST:      TIME D 0900 A 0900 C 0900
OCCURRED BETWEEN DATE: 06/12/09 , 1322 HOURS AND   DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB          RD  APT. NO.:
         CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
  ..
  ..
```
================================================================================
 STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
================================================================================
DATE  S T                             P R O P E R T Y
STLN/ T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE    VALUE        TELETYPE
RECOV A P  NAME    (GUN)    DESCRIPTION    STOLEN   RECOVERED    NUMBER
================================================================================
061509 8 D M-MARIJUAN 1032  GRAM                    1
                            SUSPECTED
                            MARIJUANA
                            CONCEALED IN
                            8 1/2 X 11
                            PAPER (TPW)
```

  ..
  ..
     ON JUNE 12TH, 2009, I RECEIVED A TELEPHONE CALL FROM CSP NANCY RICH,
ID 4986, ADVISING ME THAT SHE HAD DISCOVERED SUSPECTED MARIJUANA CONCEALED
WITHIN AN INMATE'S LEGAL MAIL.  I RESPONDED TO THE PROPERTY ROOM, INSPECTED
THE PACKAGE, OPENED THE PACKAGE AND IT REVEALED SUSPECTED MARIJUANA
CONCEALED BETWEEN 8 1/2 X 11 SHEETS OF PAPER.  THE ADDRESSEE WAS IDENTIFIED
TO BE INMATE MICHAEL HOSANG (43 SHEETS OF PAPER WAS CONTAINED CONCEALING
MARIJUANA).  ADDITIONALLY CSP RICH IDENTIFIED FOUR MORE ENVELOPES WHICH
CONTAINED SUSPECTED MARIJUANA.  THE ADDRESSEE WAS IDENTIFIED TO BE COURTNEY
DEMPSEY - 53 SHEETS OF PAPER; COURTNEY DEMPSEY - 41 SHEETS OF PAPER; CHARLIE
WYNE - 21 SHEETS OF PAPER AND ANDREA UPPERMAN - 25 SHEETS OF PAPER.  THESE
ENVELOPES AND SHEETS OF PAPER WHICH WERE APPROXIMATELY 183 SHEETS OF PAPER
WERE PLACED INTO THE PBSO EVIDENCE UNTIL FURTHER INVESTIGATION.  NO
ADDITIONAL INFORMATION, I WILL FOLLOW UP WITH THE U.S. POSTAL SERVICE
CONCERNING IDENTIFYING THE CORRECT ADDRESSEE AND SUSPECT IN THIS CASE.
SGT L ALLEN ID 3377
DATE 06-15-09 TIME 1400 HOURS
TRANS 06-30-09 JOY

Case 9:12-cv-80135-KAM Document 30-1 Entered on FLSD Docket 11/16/2012 Page 21 of 92

```
5128                                    30417/12                          FN31
              P A L M   B E A C H   C O U N T Y   S H E R I F F  S  O F F I C E   PAGE    1
                       O F F E N S E   R E P O R T              CASE NO. 09092117

                                     DISPOSITION: ZULU
                                     DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                    CODE: 9557  DATE: 06/15/09  MONDAY
ZONE: B13 GRID:         DEPUTY ID.:  3377 ASSIST:    TIME D 0900 A 0900 C 0900
OCCURRED BETWEEN DATE: 06/12/09 , 1400 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


    ..
    ..
    ..
=============================================================================
STATUS   1 = STOLEN                   2 = S/R DIFFERENT DAY
CODES    3 = S/R SAME DAY             4 = RECOVERED FOR OTHER JURISDICTION
(STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=============================================================================
DATE   S T                               P R O P E R T Y
STLN/  T Y   BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE      TELETYPE
RECOV  A P   NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED  NUMBER
=============================================================================
061509 8 D M-MARIJUAN 184.6 GRAM                       1
                      ENVELOPE 20
                      8 1/2 X 11
                      PAPER
                      CONTAINING
                      SUSPECTED
                      MARIJUANA
    ..
    ..
```

     ON JUNE 12TH, 2009, CLERICAL SECRETARY LAURA SEPPO RETREIVED THE LEGAL
MAIL FROM THE DOWNSTAIRS ADMINISTRATION MAILROOM.  SHE HANDED THE LEGAL MAIL
TO CSP TEQUESTA MCKINNEY, ID 6152, TO PROCESS FOR DELIVERY FOR INMATE DANIEL
FOSTER.  THE LEGAL ENVELOPE WAS FROM PICKETT MARSHALL AND ROSENSON P.A.
325 CLEMATIS STREET, WEST PALM BEACH, FLORIDA 33401.  CSP MCKINNEY INSPECTED
THE MAIL AND NOTICED A STRONG ODOR EMITTING FROM THE ENVELOPE.  THE ENVELOPE
WAS SEARCHED AND REVEALED SUSPECTED MARIJUANA HIDDEN BETWEEN SHEETS OF PAPER.
THIS EVIDENCE WAS PACKAGED AND PLACED INTO THE EVIDENCE LOCKER AND TURNED
OVER TO THE PBSO EVIDENCE SECTION.  I WILL FOLLOW UP WITH THE POSTAL SERVICE
TO DETERMINE AND REVEAL LEADS CONCERNING THIS ISSUE.
SGT L ALLEN ID 3377
DATE 06-15-09 TIME 1410 HOURS
TRANS 06-30-09 JOY

PJGB 18

```
5128
        P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E     PAGE    1
                    O F F E N S E   R E P O R T          CASE NO. 09093005
```

```
                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS              CODE: 9557  DATE: 06/17/09  WEDNESDAY
ZONE: B13 GRID:          DEPUTY ID.:  3377 ASSIST:     TIME D 1034 A 1034 C 1035
OCCURRED BETWEEN DATE: 06/15/09 , 0810 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB            RD  APT. NO.:
        CITY: WEST PALM BEACH            STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0
```

```
  ..
  ..
  ..
```

```
=================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=================================================================
```

| DATE STLN/ RECOV | S T T Y A P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | PROPERTY VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|
| 061709 | 8 D | U-UNKNOWN | 2 | TAB BROWN & YELLOW PILLS | | 1 | |
| 061709 | 8 D | U-UNKNOWN | 5 | TAB BROWN PILLS | | 1 | |
| 061709 | 8 D | U-UNKNOWN | 3 | TAB WHITE PILLS | | 1 | |
| 061709 | 8 D | U-UNKNOWN | 6 | TAB WHITE PILLS | | 1 | |
| 061709 | 8 Z | | 1 | CRUMBLED PIECE OF PAPER | | 1 | |

```
  ..
  ..
```

ON JUNE 17TH, 2009, AT APPROXIMATELY 1015 HOURS, THE EVIDENCE LOCKER
AT THE MAIN DETENTION FACILITY WAS CHECKED.  ON JUNE 15TH, 2009, AT
APPROXIMATELY 0810 HOURS, CSP A LAGUNA, ID 8177, CONFISCATED TWO BROWN AND
YELLOW PILLS, TWO BROWN PILLS, THREE WHITE PILLS, 6 WHITE PILLS AND ONE
CRUMBLED PIECE OF PAPER OUT OF THE MAIL-PROPERTY OF INMATE LEENTAVIOUS
FOWLER'S CANTEEN ITEMS.  CPS LAGUNA SEARCHED THE CANTEEN ITEMS AND OPENED
A PLASTIC BAG WHICH CONTAINE HYGIENE AND CANTEEN CRUMBLED UP.  UPON FURTHER
EXAMINATION, THERE WERE 16 PILLS LOCATED.  CSP LAGUNA ADVISED MEDICAL
THAT INMATE FOWLER WAS NOT TAKING HIS MEDICATION.  I SUBMITTED THE EVIDENCE
TO THE PBSO PROPERTY SECTION FOR DESTRUCTION.  NOTHING FURTHER.
SGT L ALLEN ID 3377
DATE 06-18-09 TIME 0317 HOURS
TRANS 07-01-09 JOY

```
5128                                                                      EN31
        P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E   PAGE   1
                    O F F E N S E   R E P O R T             CASE NO. 09104879


                                        DISPOSITION: ZULU
                                        DIVISION: DETECTIVE

INFORMATION                         CODE: 9514   DATE: 07/15/09  MONDAY
ZONE: B12 GRID:          DEPUTY ID.:   4387 ASSIST:      TIME D 1009 A 1009 C 1009
OCCURRED BETWEEN DATE: 06/29/09 , 0200 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228       GUN CLUB          RD  APT. NO.:
            CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


    ..
OTHER               DIMITRIC KOONCE              DOB:
            SEX: M RACE: B HT: 304 WT:  40 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 821      LIDO         CR      LAKE PARK  FL 33403
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
..
..
============================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
============================================================================
DATE   S T                          P R O P E R T Y
STLN/  T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE    VALUE
RECOV  A P  NAME    (GUN)    DESCRIPTION    STOLEN   RECOVERED   TELETYPE
                                                                 NUMBER
============================================================================
071509 8 U              U.S. CURRENCY          1
..
..

    ON 06-29-09 CORRECTIONS SUPPORT PERSONNEL (CSP) PHIL WALLS, ID 8588,
WROTE A REPORT IN REFERENCE TO U.S. CURRENCY FOUND AT THE MAIN DETENTION
CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM BEACH, FLORIDA 33406.
CSP WALLS SAID ON 06-29-09 AT 0200 HOURS, HE WAS PROCESSING THE OUTGOING
INMATE MAIL WHEN HE CAME ACROSS AN ENVELOPE THAT HAD A HARD MATERIAL IN
IT.  CSP WALLS OPENED THE ENVELOPE AND OBSERVED THAT IT CONTAINED U.S.
$1.80.  CSP CONFISCATED THE MONEY AND PLACED IT IN THE EVIDENCE LOCKER.  ON
07-15-09 I REMOVED THE EVIDENCE BAG CONTAINING THE MONEY FROM THE EVIDENCE
LOCKER AND PLACED THE U.S. $1.80 IN INMATE DIMITRIC KOONCE'S ACCOUNT.  THIS
REPORT WAS DICTATED FOR DOCUMENATION PURPOSES.
DETECTIVE BAILEY ID 4387
07-15-09
TRANS 07-23-09 JOY
```

```
                    P A L M   C O U N T Y   S H E R I F F   O F F I C E   PAGE   1
                    O F F E N S E   R E P O R T                   CASE NO.  09101478
```

                                      DISPOSITION: ZULU
                                      DIVISION: DETECTIVE

```
FOUND CONTRABAND DRUGS                     CODE: 9557  DATE: 07/07/09  TUESDAY
ZONE: B13 GRID:          DEPUTY ID.:  3377 ASSIST:      TIME D 0914 A 0914 C 0914
OCCURRED BETWEEN DATE: 07/01/09 , 1000 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB              RD   APT. NO.:
          CITY: WEST PALM BEACH             STATE: FL       ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED  ENTRY:  0


  ..
  ..
  ..
```

```
=================================================================================
 STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS    8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
=================================================================================
```

| DATE STLN/ RECOV | S T Y A | T P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 070709 | 8 | Z | | | PAPER CARD | | 1 | |
| 070709 | 8 | D | M-MARIJUAN | 79.6 | GRAM ENVELOPE CONTAINING MARIJUANA | | 1 | |

```
  ..
  ..
     ON JULY 1ST, 2009, AT APPROXIMATELY 1000 HOURS, CSP DELAI, ID 6840,
WAS PROCESSING INCOMING INMATE MAIL AND DISCOVERED AN ENVELOPE CONTAINING
MARIJUANA CONCEALED WITHIN.  THE TOTAL PACKAGE WEIGHED APPROXIMATELY
79.6 GRAMS.  THE PACKAGE WAS ADDRESSED TO INMATE RODNEY WHYTLE.  THE
MARIJUANA WAS TURNED OVER TO THE CRIME LAB ON JUNE 7, 2009 TO BE DESTROYED.
NOTHING FURTHER.
SGT L ALLEN ID 3377
DATE 07-07-09 TIME 1218 HOURS
TRANS 07-14-09 JOY
```

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
          O F F E N S E   R E P O R T                    CASE NO. 09101479

                          DISPOSITION: ZULU
                          DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                   CODE: 9557  DATE: 07/07/09  TUESDAY
ZONE: B13 GRID:          DEPUTY ID.:  3377 ASSIST:    TIME D 0914 A 0914 C 0914
OCCURRED BETWEEN DATE: 07/07/09 , 1300 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
          CITY: WEST PALM BEACH         STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0

  ..
  ..
  ..
==========================================================================
STATUS  1 = STOLEN                 2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY           4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
==========================================================================

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | P R O P E R T Y VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 070709 | 8 | Z | | 1 | ENVELOPE | | 1 | |
| 070709 | 8 | D | M-MARIJUAN | 73.3 | GRAM MARIJUANA CONCEALED IN A GREETING CARD | | 1 | |

  ..
  ..
    REPORT NUMBER: 1
PHOTOS TAKEN BY ........ CSP B THOMAS ID 6672

    ON JULY 1ST, 2009, AT APPROXIMATELY 1300 HOURS, CSP THOMAS, ID 6672,
WAS PROCESSING INCOMING MAIL AND DISCOVERED AN ENVELOPE WHICH CONTAINED
A GREETING CARD.  THE GREETING CARD CONCEALED MARIJUANA INSIDE THE CARD.
THE TOTAL PACKAGE WEIGHT WAS APPROXIMATELY 73.3 GRAMS.  THE PACKAGE WAS
ADDRESSED TO INMATE SERGIO THOMPSON.  I TURNED OVER THE MARIJUANA TO THE
CRIME LAB TO BE DESTROYED ON JULY 7TH, 2009.  NOTHING FURTHER.
SGT L ALLEN ID 3377
DATE 07-07-09 TIME 1226 HOURS
TRANS 07-14-09 JOY

```
P A L M  B E A C H  C O U N T Y  S H E R I F F' S  O F F I C E    PAGE    1
         O F F E N S E  R E P O R T           CASE NO. 09101480
```

                        DISPOSITION: ZULU
                        DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS          CODE: 9557  DATE: 07/07/09  TUESDAY
ZONE: B13 GRID:        DEPUTY ID.:  3377 ASSIST:    TIME D 0915 A 0915 C 0915
OCCURRED BETWEEN DATE: 07/01/09 , 1301 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
           CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


    ..
    ..
    ..
====================================================================
STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
(STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
====================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 070709 | 8 | Z |  | 1 | ENVELOPE |  | 1 |  |
| 070709 | 8 | D | M-MARIJUAN | 99.8 | GRAM MARIJUANA CONCEALED IN GREETING CARD |  | 1 |  |

```
    ..
    ..
    REPORT NUMBER: 1
PHOTOS TAKEN BY ........ CSP THOMAS ID 6672
```

    ON JULY 1ST, 2009, AT 1301 HOURS, CSP THOMAS, ID 6672, WAS PROCESSING
INCOMING INMATE MAIL AND DISCOVERED AN ENVELOPE CONTAINING MARIJUANA
CONCEALED WITHIN A GREETING CARD.  THE TOTAL PACKAGE WEIGHED APPROXIMATELY
99.8 GRAMS.  THE PACKAGE WAS ADDRESSED TO INMATE RODRIC JUDKINS.  I TURNED
OVER THE MARIJUANA TO THE CRIME LAB TO BE DESTROYED.  NOTHING FURTHER.
SGT L ALLEN ID 3377
DATE 07-07-09 TIME 1230 HOURS
TRANS 07-14-09 JOY

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE    1
          O F F E N S E   R E P O R T            CASE NO. 09104027
```

                    DISPOSITION: ZULU
                    DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS            CODE: 9557  DATE: 07/13/09  TUESDAY
ZONE: B13 GRID:        DEPUTY ID.:  3377 ASSIST:    TIME D 1049 A 1049 C 1049
OCCURRED BETWEEN DATE: 07/10/09 , 1352 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
        CITY: WEST PALM BEACH          STATE: FL    ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED: 0  FORCED ENTRY: 0


    ..
    ..
    ..

==================================================================
STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
==================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 071309 | 8 | Z | | 1 | ENVELOPE | | 1 | |
| 071309 | 8 | D | M-MARIJUAN | 1 | GRAM | | 1 | |
| | | | | | GREETING CARD | | | |
| | | | | | CONTAINING | | | |
| | | | | | MARIJUANA | | | |

```
    ..
    ..
    REPORT NUMBER: 1
EVIDENCE TAKEN BY ....... CSP MCCRAE ID 6671


    ON JULY 13TH, 2009, AT APPROXIMATELY 1015 HOURS, THE EVIDENCE LOCKER
AT THE MAIN DETENTION CENTER WAS CHECKED.  INSIDE THE LOCKER WAS AN EVIDENCE
BAG SUBMITTED BY CSP MCCRAE ID 6671.  ON JULY 10TH, 2009, AT APPROXIMATELY
1352 HOURS CSP MCCRAE SORTED THE INCOMING INMATE MAIL AND DISCOVERED AN
ENVELOPE AND A GREETING CARD CONTAINING SUSPECTED MARIJUANA.  THE MARIJUANA
WAS PACKAGED AND PLACED INTO THE EVIDENCE LOCKER FOR DESTRUCTION.  NOTHING
FURTHER.
SGT L ALLEN ID 3377
DATE 07-14-09 TIME 1108 HOURS
TRANS 07-23-09 JOY
```

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE    1
              O F F E N S E   R E P O R T           CASE NO. 09107994
```

```
                          DISPOSITION: ZULU
                          DIVISION: DETECTIVE

ASSIST TO ANOTHER DEPT.          CODE: 9576  DATE: 07/22/09  FRIDAY
ZONE: B13 GRID:        DEPUTY ID.:  4387 ASSIST: 94 TIME D 1457 A 1457 C 1457
OCCURRED BETWEEN DATE: 07/17/09 , 0144 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB          RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
OTHER                EDWARD T MITCHELL              DOB:
          SEX: M RACE: B HT: 601 WT: 210 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 220  NW 2ND     ST APT. 1/2  DELRAY BCH FL 0
       HOME PHONE: 561 000-0000
   BUSINESS PHONE: 561 000-0000
..
..
================================================================================
  STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
  CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
  (STA)    5 = LOST ITEMS  8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
================================================================================
 DATE  S T                         P R O P E R T Y
 STLN/ T Y  BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE    TELETYPE
 RECOV A P  NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED  NUMBER
================================================================================
 072209 8 J          1        YELLOW RING            1
 072209 8 Z          1        LETTER                 1
 072209 8 Z          1        ENVELOPE               1
 ..
 ..
```

    ON 07-17-09, CORRECTIONS SUPPORT PERSONNEL (CSP) PHIL WALLS, ID 8588,
WROTE A REPORT IN REFERENCE TO A RING FOUND IN A LETTER IN THE OUTGOING
MAIL AT THE MAIN DETENTION CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM
BEACH, FLORIDA 33406.
    WALLS SAID ON 07-19-09 AT 0144 HOURS, HE WAS PROCESSING THE INMATES
OUTGOING MAIL WHEN HE NOTICED THAT AN ENVELOPE FROM INMATE EDWARD MITCHELL
HAD A ROUND OBJECT IN IT.  CSP WALLS OPENED THE ENVELOPE AND FOUND A YELLOW
RING AND A LETTER.  HE TOOK POSSESSION OF THE ITEMS AND PLACED THEM IN THE
EVIDENCE LOCKER.
    ON 07-22-09 AT 1035 HOURS, I WENT TO EAST 6 FLOOR TO SPEAK TO MITCHELL
ABOUT THE INCIDENT.  MITCHELL ADMITTED HE HAD PLACED THE RING IN THE LETTER
WITH THE INTENTION OF IT BEING MAILED OUT.  HE SAID HE FOUND THE RING IN
MEDICAL CLINIC AND HE LATER CHANGED HIS MIND AND TOLD ME THE RING WAS FROM
A VICTIM WHOSE NAME HE SAID WAS PAUL CRONIE.  MITCHELL SAID HE WAS INVOLVED
IN AN INCIDENT WITH CRONIE ON 06-22-09 ON DIXIE HIGHWAY IN WEST PALM BEACH,
FLORIDA AND HE WAS ARRESTED AS A RESULT.  I CONTACTED DETECTIVE CRAIG BRYAN
AT THE WEST PALM BEACH POLICE DEPARTMENT AND ADVISED HIM WHAT HAD TRANSPIRED
BETWEEN MITCHELL AND ME.  I GAVE DETECTIVE BRYAN THE PALM BEACH SHERIFF'S
OFFICE CASE NUMBER TO THIS INCIDENT AND I PLACED THE EVIDENCE BAG IN THE MAIN
PROPERTY AND EVIDENCE SECTION.

DETECTIVE BAILEY ID 4387
07-22-09
TRANS 07-27-09 JOY

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     3
SUPPLEMENT  1    O F F E N S E   R E P O R T              CASE NO. 09107994

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

ASSIST TO ANOTHER DEPT.              CODE: 9576  DATE: 08/04/09  FRIDAY
ZONE: B13 GRID:        DEPUTY ID.:    4387 ASSIST: 00 TIME D 1457 A 1457 C 1457
OCCURRED BETWEEN DATE: 07/17/09 , 0144 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      NW GUN CLUB        RD   APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
    ON 08-04-09 AT APPROXIMATELY 1015 HOURS, I SPOKE TO DETECTIVE CRAIG
BRYAN FROM THE WEST PALM BEACH POLICE DEPARTMENT VIA TELEPHONE REGARDING
THIS CASE.  HE INFORMED ME THAT THEIR CASE NUMBER WAS 2009-0011466 AND
THE VICTIM'S NAME WAS PAUL CRORNEI, WHITE MALE, D.O.B. 10-19-29.  THERE
IS NO FURTHER INFORMATION ON THE CASE AT THIS TIME.
DETECTIVE BAILEY ID 4387
08-04-09
TRANS 08-05-09 JOY

```
5128
```

```
P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E    PAGE    1
          O F F E N S E  R E P O R T              CASE NO. 09118848
```

```
                          DISPOSITION: ZULU
                          DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS              CODE: 9557  DATE: 08/17/09  MONDAY
ZONE: B12 GRID:        DEPUTY ID.:  3377 ASSIST:    TIME D 0939 A 0939 C 0939
OCCURRED BETWEEN DATE: 08/13/09 , 1100 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB           RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL    ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


   ..
   ..
   ..
============================================================================
STATUS  1 = STOLEN                  2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY            4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
============================================================================
DATE   S T                          P R O P E R T Y
STLN/  T Y   BRAND    CALIBER  SERIAL/NUMBER   VALUE     VALUE      TELETYPE
RECOV  A P   NAME     (GUN)    DESCRIPTION    STOLEN    RECOVERED   NUMBER
============================================================================
081709 8 D M-MARIJUAN 1    GRAM                          1
                          ENVELOPE
                          CONTAINING
                          MARIJUANA
   ..
   ..
    ON AUGUST 13TH, 2009, AT APPROXIMATELY 1100 HOURS, CSP MCCRAE ID 6671,
CONFISCATED ONE ENVELOPE CONTAINING A CARD WITH SUSPECTED MARIJUANA
CONCEALED INSIDE.  CSP MCCRAE WAS CONDUCTING A SEARCH OF INCOMPING INMATE
MAIL IN THE MAILROOM PROPERTY SECTION.  THIS EVIDENCE WAS PLACED INTO THE
EVIDENCE LOCKER IN THE INTAKE AREA AT THE MAIN DETENTION CENTER.
    I TRANSPORTED THE ABOVE EVIDENCE TO PBSO EVIDENCE SECTION FOR
DESTRUCTION.  NO FURTHER ACTION WILL BE TAKEN.
SGT L ALLEN ID 3377
DATE 08-17-09 TIME 1134 HOURS
TRANS 08-27-09 JOY
```

```
P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E      PAGE    1
          O F F E N S E   R E P O R T              CASE NO. 09125081
```

```
                          DISPOSITION: ZULU
                          DIVISION: DETECTIVE
```

```
FOUND CONTRABAND DRUGS              CODE: 9557  DATE: 09/01/09  TUESDAY
ZONE: B12 GRID:         DEPUTY ID.:  3377 ASSIST:    TIME D 1024 A 1024 C 1024
OCCURRED BETWEEN DATE: 09/01/09 , 0750 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228         GUN CLUB         RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED  ENTRY:  0
```

```
   ..
   ..
   ..
===============================================================================
STATUS  1 = STOLEN                2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY          4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS  8 = EVIDENCE SEIZED  9 = OTHER (ARSON/VANDALISM)
===============================================================================
```

| DATE STLN/RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | PROPERTY VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 090109 | 8 | D | M-MARIJUAN | 1 | GRAM 1 ENVELOPE CONTAINING SUSPECTED MARIJUANA | | 1 | |

```
   ..
   ..
    ON SEPTEMBER 1ST, 2009, AT APPROXIMATELY 0750 HOURS, CSP MCCRAE, ID
6671, CONFISCATED ONE ENVELOPE WITH A CARD CONTAINING SUSPECTED MARIJUANA
CONCEALED INSIDE WHEN SHE INSPECTED INCOMING MAIL FOR INMATE JAMES GROUNDTREE,
BLACK MALE, D.O.B.          THE TOTAL PACKAGE WEIGHT OF THIS MARIJUANA
WAS 77.6 GRAMS. IT WAS TURNED OVER TO THE PBSO CRIME LAB FOR DESTRUCTION.
NO FURTHER INFORMATION.
SGT L ALLEN ID 3377
DATE 09-01-09 TIME 1254 HOURS
TRANS 09-02-09 JOY
```

5128 Case 9:12-cv-80135-KAM Document 30-17 Entered on FLSD Docket 11/16/2012 Page 33 of 92

```
P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E     PAGE    1
            O F F E N S E   R E P O R T              CASE NO. 09139210
```

```
                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS              CODE: 9557  DATE: 10/05/09  MONDAY
ZONE: B12 GRID:        DEPUTY ID.:  3377 ASSIST:     TIME D 0850 A 0850 C 0851
OCCURRED BETWEEN DATE: 10/02/09 , 1031 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL    ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


     ..
     ..
     ..
============================================================================
STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS  8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
============================================================================
DATE  S T                          P R O P E R T Y
STLN/ T Y  BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE     TELETYPE
RECOV A P  NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED NUMBER
============================================================================
100509 8 D M-MARIJUAN 1      UNK                     1
                            ENVELOPE WITH
                            SUSPECTED
                            MARIJUANA
100509 8 Z            MISC PAPERS             1
     ..
     ..
```

```
     ON OCTOBER 2ND, 2009, AT APPROXIMATELY 1031 HOURS, CSP ARTHUR
LAGUNA, ID 8177, CONDUCTED AN INSPECTION OF INCOMING INMATE MAIL FOR
INMATE RODRICK KENDRICKS, BLACK MALE,         HOUSING UNIT EAST 5A.
THE MAIL WAS IDENTIFIED TO BE LEGAL MAIL FROM THE PUBLIC DEFENDERS
OFFICE.  IT ALSO HAD A U.S.P.S PRIORITY MAIL STAMP ON THE MAIL.  CSP
LAGUNA OPENED THE MAIL AND DISCOVERED SUSPECTED MARIJUANA CONCEALED WITHIN
THE MAILING ENVELOPE.  THE MARIJUANA WAS PLACED INTO AN EVIDENCE BAG
AND TURNED OVER TO THE PBSO CRIME LAB FOR DESTRUCTION.  THE TOTAL PACKAGE
WEIGHT WAS 111.6 GRAMS.
SGT L ALLEN ID 3377
DATE 10-05-09 TIME 1058 HOURS
TRANS 10-22-09 JOY
```

Case 9:12-cv-80135-KAM   Document 30-1   Entered on FLSD Docket 11/16/2012   Page 34 of 92

P A L M  B E A C H  C O U N T Y  S H E R I F F S  O F F I C E     PAGE   1
O F F E N S E  R E P O R T           CASE NO. 09139211

DISPOSITION: ZULU
DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS        CODE: 9557   DATE: 10/05/09   MONDAY
ZONE: B12 GRID:       DEPUTY ID.:   3377 ASSIST:    TIME D 0851 A 0851 C 0851
OCCURRED BETWEEN DATE: 10/02/09 , 1031 HOURS AND   DATE:       , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228       GUN CLUB          RD   APT. NO.:
        CITY: WEST PALM BEACH       STATE: FL     ZIP: 33406
NO. OFFENSES: 00   NO. OFFENDERS: UK   NO. VEH. STOLEN: 0   NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00   NO. ARRESTED: 0   FORCED ENTRY: 0

```
..
..
..
```

```
=================================================================
STATUS   1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES    3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=================================================================
```

| DATE STLN/ RECOV | S T T Y A P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|
| 100509 | 8 D | M-MARIJUAN | 6 | UNK 6 PIECES OF PAPER GLUED TOGETHER CONTAINING GREEN LEAFY SUBSTANCE (SUSPECTED MARIJUANA) | | 1 | |
| 100509 | 8 D | U-UNKNOWN | 3 | UNK 3 PIECES OF PAPER GLUED TOGETHER CONTAINING MULTI COLORED SUBSTANCE | | 1 | |

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     2
              O F F E N S E   R E P O R T          CASE NO. 09139211

100509  8  Z                1        YELLOW ENVELOPE            1
100509  8  Z                         MISC PAPERS               1
..
..

     ON OCTOBER 2ND, 2009, AT APPROXIMATELY 1031 HOURS, CSP ARTHUR LAGANA,
ID 8177, WHILE INSPECTING INCOMING INMATE MAIL IDENTIFIED SIX PIECES OF
PAPER GLUED TOGETHER CONTAINING GREEN LEAFY SUBSTANCE, THREE PIECES OF
PAPER GLUED TOGETHER CONTAINING MULTI COLORED SUBSTANCE, A YELLOW ENVELOPE
AND MISCELLANEOUS PAPERS INSIDE AN ENVELOPE FOR INMATE SHARD MOODY, BLACK
MALE, D.O.B.          , HOUSING UNIT EAST 5A.  THIS ENVELOPE WAS STAMPED
LEGAL MAIL FROM THE PUBLIC DEFENDERS OFFICE.  THE TOTAL PACKAGE WEIGHT
WAS APPROXIMATELY 274.9 GRAMS.  THIS EVIDENCE WAS TURNED OVER TO PBSO CRIME
LAB FOR DESTRUCTION.
SGT L ALLEN ID 3377
DATE 10-05-09 TIME 1109 HOURS
TRANS 10-22-09 JOY

PALM BEACH COUNTY SHERIFF'S OFFICE     PAGE 1
        O F F E N S E    R E P O R T          CASE NO. 09147150

                        DISPOSITION: ZULU
                        DIVISION: DETECTIVE

INFORMATION                    CODE: 9514  DATE: 10/23/09  THURSDAY
ZONE: B12 GRID:        DEPUTY ID.:  4387 ASSIST:    TIME D 1054 A 1054 C 1054
OCCURRED BETWEEN DATE: 10/15/09 , 1150 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB          RD  APT. NO.:
        CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
OTHER            DERRICK JENKINS            DOB:
          SEX: M RACE: B HT: 603 WT: 300 HR: BROWN    EYE: BROWN
RESIDENTIAL ADDRESS: 107   SW 12TH      AV      DELRAY BCH FL 33444
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
..
..
..
..

    ON 10-15-09, CORRECTIONS SUPPORT PERSONNEL (CSP) DONNA DELAI, ID 6840,
WROTE A REPORT IN REFERENCE TO THREATENING LETTER INCIDENT THAT OCCURRED
AT THE MAIN DETENTION CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM BEACH,
FLORIDA 33406.
    CSP DELAI SAID AT 1150 HOURS ON 10-15-09, SHE WAS WORKING IN THE
MAILROOM WHEN SHE OPENED A LETTER THAT SAID, "RETURN TO SENDER". THE
LETTER WAS WRITTEN BY INMATE DERRICK JENKINS AND IT WAS SENT TO ZERLEAN
WILLIAMS AT 513 SW 6TH STREET, DELRAY BEACH, FLORIDA 33444. CSP DELAI
NOTICED ONE OF THE PAGES OF THE LETTER HAD A DRAWING OF A GUN SHOOTING
BULLETS AT THE HEAD OF A PERSON. UPON SCANNING THE LETTER, CSP DELAI ALSO
READ A STATEMENT IN WHICH JENKINS SAID IF HE WAS NOT IN JAIL HE WOULD KILL
HER. I ALSO READ THE LETTER AND CONFIRMED THAT JENKINS DID THREATEN TO DO
HARM TO ZERLEAN WILLIAMS.
    ON 10-22-09 AT 1520 HOURS, I WENT TO THE STOCKADE AND SPOKE TO JENKINS
ABOUT THE INCIDENT. JENKINS TOLD ME HE HAD SENT THREATENING STATEMENTS
TO ZERLEAN WILLIAMS IN A LETTER AND HE WAS UPSET BECAUSE SHE HAD USED
$30,000.00 OF HIS MONEY THAT HE HAD GIVEN TO HER FOR SAFEKEEPING. JENKINS
SAID THE MONEY WAS PROCEEDS FROM HIS MOTHER'S ESTATE AND HE HAD OPENED A
BANK ACCOUNT WITH WASHINGTON MUTUAL BANK AND MADE HER THE PRIMARY HOLDER
ON THE ACCOUNT BECAUSE HE WAS NOT MENTALLY ABLE TO DEAL WITH HIS MOTHER'S
DEATH AND FINANCIAL ISSUES AT THE TIME. I ASKED JENKINS IF HE WAS SERIOUS
ABOUT HURTING ZERLEAN WILLIAMS AND HE TOLD ME NO. HE SAID HE WROTE THE
STATEMENTS OUT OF ANGER BECAUSE HE WANTED HER TO USE $3300.00 OF HIS MONEY
TO BOND HIM OUT OF JAIL AND WHEN HIS FRIEND, ANTHONY HENDERSON, WENT TO
ZERLEAN WILLIAMS FOR THE MONEY, SHE TOLD HIM JENKINS DID NOT HAVE ANY MONEY.
I EXPLAINED TO JENKINS THAT I WAS GOING TO DOCUMENT THE CONVERSATION I
HAD WITH HIM IN THE FORM OF A REPORT AND I WOULD CONTACT THE VICTIM TO LET
HER KNOW WHAT HAD TRANSPIRED. THIS REPORT WAS DICTATED FOR DOCUMENTATION
PURPOSES.
DETECTIVE BAILED ID 4387
10-23-09
TRANS 11-06-09 JOY

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE    1
        O F F E N S E   R E P O R T             CASE NO. 09147238

                         DISPOSITION: ZULU
                         DIVISION: DETECTIVE

INFORMATION                       CODE: 9514  DATE: 10/23/09  THURSDAY
ZONE: B12 GRID:          DEPUTY ID.:   4387 ASSIST:   TIME D 1431 A 1431 C 1431
OCCURRED BETWEEN DATE: 10/23/09 , 0100 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB              RD  APT. NO.:
        CITY: WEST PALM BEACH           STATE: FL     ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


  ..
OTHER            THOMY THOMAS                DOB:
            SEX: M RACE: B HT: 600 WT: 175 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 352      CAROLINE    DR      WEST PALM  FL 33415
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
  ..
  ..
=============================================================================
 STATUS  1 = STOLEN           2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=============================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 102309 | 8 | Z | | 1 | ENVELOPE | | 1 | |
| 102309 | 8 | Z | | 3 | PAGES LETTERS | | 1 | |

```
  ..
  ..
     ON 10-23-09, CORRECTIONS SUPPORT PERSONNEL (CSP) PHIL WALLS, ID 8588,
WROTE A REPORT IN REFERENCE TO THREATENING WORDS WRITTEN IN A LETTER AT THE
MAIN DETENTION CENTER LOCATED AT 3228 GUN CLUB ROAD, WEST PALM BEACH, FLORIDA
33406.  CSP WALLS SAID ON 10-23-09 AT 0100 HOURS, HE WAS PROCESSING INMATES
OUTGOING MAIL WHEN HE NOTICED A LETTER, WHEN HE EXAMINED A LETTER WRITTEN
BY INMATE THOMY THOMAS, WHOSE NAME WAS ON THE MAIL WATCH LIST.  IN HIS
LETTER, THOMAS SPOKE ABOUT A FEDERAL INMATE THAT WAS INCARCERATED AT THE
MAIN DETENTION CENTER THAT WAS A WITNESS IN A CASE INVOLVING TWO OF HIS
FRIENDS.  THOMAS SAID THE ONLY THING THAT WAS KEEPING HIM FROM MUTILATING
THAT PERSON WAS THAT HE DID NOT WANT ANY ADDITIONAL CRIMINAL CHARGES
AGAINST HIM.  CSP WALLS TOOK POSSESSION OF THE LETTER AND PLACED IT IN THE
EVIDENCE LOCKER.  I REMOVED THE LETTER FROM THE EVIDENCE LOCKER AND PLACED
IT IN THE MAIN PROPERTY AND EVIDENCE SECTION.  I ALSO MADE CONTACT WITH
VIOLENT CRIMES DETECTIVE BRYON SMITH AND AGENT TROY RAINES AND ADVISED THEM
OF THE LETTER.  THIS REPORT WAS DICTATED FOR DOCUMENTATION PURPOSES.
DETECTIVE BAILEY ID 4387
10-23-09
TRANS 11-09-09 J OY
```

```
          P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
                    O F F E N S E   R E P O R T              CASE NO. 09152129

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                CODE: 9557  DATE: 11/04/09  WEDNESDAY
ZONE: B12 GRID:           DEPUTY ID.:  3377 ASSIST:     TIME D 1013 A 1013 C 1013
OCCURRED BETWEEN DATE: 11/03/09 , 1450 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB           RD  APT. NO.:
          CITY: WEST PALM BEACH           STATE: FL     ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00   NO. ARRESTED:  0   FORCED ENTRY:  0


  ..
  ..
  ..
 ================================================================================
  STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
  CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
  (STA)   5 = LOST ITEMS  8 = EVIDENCE SEIZED   9 = OTHER  (ARSON/VANDALISM)
 ================================================================================
  DATE  S T                        P R O P E R T Y
  STLN/ T Y   BRAND    CALIBER  SERIAL/NUMBER   VALUE    VALUE
  RECOV A P   NAME     (GUN)    DESCRIPTION     STOLEN   RECOVERED   TELETYPE
                                                                    NUMBER
 ================================================================================
 110409 8 Z              1       ENVELOPE                  1
 110409 8 D M-MARIJUAN 1       UNK                         1
                                GREETING CARD
                                CONTAINING
                                MARIJUANA
                                INSIDE
  ..
  ..
     ON NOVEMBER 4TH, 2009 THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER
WAS CHECKED.  INSIDE THE LOCKER WAS AN EVIDENCE BAG AND PROPERTY RECEIPT
SUBMITTED BY CSP R JOHNSON, ID 6617.   CSP JOHNSON CONFISCATED ONE ENVELOPE
AND ONE GREETING CARD CONTAINING SUSPECTED MARIJUANA CONCEALED INSIDE IT.
CSP JOHNSON WAS EXAMINING THE INCOMING INMATES MAIL FOR INMATE DORT SMITH,
JACKET #0289830 WHO WAS CURRENTLY BEING HOUSED IN WEST 1B.  CSP JOHNSON
PACKAGED THE EVIDENCE AND PLACED THE EVIDENCE INTO THE EVIDENCE LOCKER.
I SUBMITTED THIS EVIDENCE TO PBSO CRIME LAB.  THE TOTAL PACKAGE WEIGHT OF
THE EVIDENCE 61.8 GRAMS.  NOTHING FURTHER.
SGT L ALLEN ID 3377
DATE 11-04-09 TIME 1130 HOURS
TRANS 12-02-09 JOY
```

5128 Case 9:12-cv-80135-KAM Document 30-17 Entered on FLSD Docket 11/16/2012 Page 39 of 92

DISPOSITION: ZULU
DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS              CODE: 9557  DATE: 11/16/09  MONDAY
ZONE: B12 GRID:         DEPUTY ID.:  3377 ASSIST:    TIME D 1007 A 1007 C 1007
OCCURRED BETWEEN DATE: 11/13/09 , 1100 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
        CITY: WEST PALM BEACH          STATE: FL     ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0

  ..
  ..
  ..
==============================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
==============================================================================
DATE  S T                        P R O P E R T Y
STLN/ T Y  BRAND    CALIBER   SERIAL/NUMBER   VALUE     VALUE
RECOV A P  NAME     (GUN)     DESCRIPTION     STOLEN   RECOVERED   TELETYPE
                                                                  NUMBER
==============================================================================
111609 8 D M-MARIJUAN 391.7 GRAM                  1
                     SUSPECTED
                     MARIJUANA
                     CONCEALED IN
                     8 1/2 X 11
                     SHEETS OF PAPER
                     (TOTAL PACKAGE
                     WEIGHT 391.7
                     GRAMS)
  ..
  ..

    ON NOVEMBER 16TH, 2009, THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER
WAS CHECKED.  INSIDE THE LOCKER WAS AN EVIDENCE BAG SUBMITTED BY CSP
TEQUESTA MCKINNEY ID 6152.  CSP MCKINNEY CONFISCATED THE MARIJUANA WHERE
SHE WAS DELIVERING LEGAL MAIL ADDRESSED TO INMATE HORACE BROWN, JACKET
NUMBER 0276059.  CSP MCKINNEY CALLED BROWN'S NAME AND HE EXITED THE SHOWER
TO RETRIEVE THE LEGAL MATERIALS.  CSP MCKINNEY INSTRUCTED BROWN TO SIGN FOR
THE MATERIAL AND HE DID SO.  AFTER THE SIGNATURE WAS COMPLETED, CSP MCKINNEY
SEARCHED THE MATERIAL AND IT CONTAINED SOME PAGES STUCK TOGETHER.  SHE
FLIPPED THE PAPER OVER TO INSPECT THE BACK SIDE AND NOTICED A SMALL SQUARE
WITH SOMETHING CONCEALED UNDERNEATH.  CSP MCKINNEY THEN INFORMED INMATE BROWN
HE WOULD NOT BE RECEIVING THE LEGAL MATERIAL.  SHE THEN EXITED THE AREA AND
RETURNED TO THE PROPERTY ROOM WHERE SHE CONDUCTED A THOROUGH INSPECTION OF
THE PAPER AND ENVELOPE.  UPON FURTHER INSPECTION, SHE FOUND A GREEN LEAFY
ORGANIC SUBSTANCE (SUSPECTED MARIJUANA) INSIDE THE ENVELOPE.  CSP MCKINNEY
PACKAGED THE ENVELOPE INTO AN EVIDENCE BAG AND PLACED IT INTO THE EVIDENCE
LOCKER FOR INVESTIGATION.  ON NOVEMBER 16TH, 2009 I TURNED OVER THE SUSPECTED
MARIJUANA TO THE PBSO CRIME LAB SECTION.  THE TOTAL PACKAGE WEIGHT OF THE
ENVELOPE WITH THE MARIJUANA WAS 391.7 GRAMS.
SGT L ALLEN ID 3377

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE      2
O F F E N S E   R E P O R T                    CASE NO.  09157084

DATE 11-16-09  TIME 1157 HOURS
TRANS 12-07-09 JOY

5128 Case 9:12-cv-80135-KAM Document 30-17 Entered on FLSD Docket 11/16/2012 Page 41 of 92

P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E     PAGE     1
O F F E N S E   R E P O R T               CASE NO. 09168578

DISPOSITION: ZULU
DIVISION: ROAD PATROL

FOUND CONTRABAND DRUGS           CODE: 9557  DATE: 12/14/09  MONDAY
ZONE: B12 GRID:        DEPUTY ID.:  3377 ASSIST:    TIME D 1037 A 1037 C 1038
OCCURRED BETWEEN DATE: 12/11/09 , 1214 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD  APT. NO.:
          CITY: WPB                    STATE: FL    ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


..
..
..

================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
================================================================

| DATE S T | | | | P R O P E R T Y | | |
| STLN/ T Y | BRAND | CALIBER | SERIAL/NUMBER | VALUE | VALUE | TELETYPE |
| RECOV A P | NAME | (GUN) | DESCRIPTION | STOLEN | RECOVERED | NUMBER |
|---|---|---|---|---|---|---|
| 121409 8 Z | | 7 | PIECES OF PAPER GLUED WITH SUSPECTED MARIJUANA | | 1 | |
| 121409 8 Z | | 1 | YELLOW ENVELOPE | | 1 | |
| 121409 8 Z | | | MISC. PAPERWORK | | 1 | |

..
..

    ON 12-14-2009, AT APPROXIMATELY 0830HRS., THE EVIDENCE LOCKER
IN THE MAIN DETENTION CENTER WAS CHECKED. INSIDE THE LOCKER WAS AN
EVIDENCE BAG SUBMITTED BY CORRECTIONS SUPPORT PERSONNEL (CSP) ARTHUR
LAGANA, I.D. #8177. THE FOLLOWING WAS REPORTED:
    ON 12-11-1215 HOURS, CSP LAGANA WAS
SEARCHING INCOMING MAIL THAT WAS CLASSIFIED AS LEGAL MATERIAL, HE
DISCOVERED SEVEN (7) PIECES OF PAPER GLUED TOGETHER WHICH CONTAINED A
GREEN LEAFY SUBSTANCE (SUSPECTED MARIJUANA.) THIS PACKAGED HAD BEEN
MAILED TO INMATE SHELDON CHAPPLE, JACKET #0291935, WHO WAS HOUSED IN
HOUSING UNIT EAST 5A.
    UPON DISCOVERING THE MARIJUANA, CSP LAGANA PLACED THE PACKAGE INTO
THE EVIDENCE LOCKER.
    ON 12-14-2009, I WEIGHED THE PACKAGE. THE PACKAGE WEIGHED APPROXI-
MATELY 37.8 GRAMS. I SUBMITTED THE EVIDENCE TO PBSO EVIDENCE SECTION
TO BE RETAINED FOR FOLLOW UP INVESTIGATIVE LEADS. NOTHING FURTHER.
SGT. L. ALLEN, I.D. #3377
12-15-2009/TIME:1256 HOURS/TRANS:01-05-10/KK

5128

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
             O F F E N S E   R E P O R T               CASE NO.  10028083
```

```
                                    DISPOSITION: ZULU
                                    DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                  CODE: 9557   DATE: 01/19/10   WEDNESDAY
ZONE: B12 GRID:        DEPUTY ID.:   3377 ASSIST:      TIME D 1043 A 1043 C 1043
OCCURRED BETWEEN DATE: 01/13/10 , 0950 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB              RD   APT. NO.:
          CITY: WEST PALM BEACH           STATE: FL       ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


   ..
   ..
   ..
```

```
==============================================================================
STATUS  1 = STOLEN                     2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY               4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
==============================================================================
DATE   S T                            P R O P E R T Y
STLN/  T Y   BRAND    CALIBER   SERIAL/NUMBER   VALUE    VALUE      TELETYPE
RECOV  A P   NAME     (GUN)     DESCRIPTION     STOLEN   RECOVERED  NUMBER
==============================================================================
011910 8 D M-MARIJUAN 88    GRAM                         1
                           ENVELOPE WITH
                           LEGAL MAIL
                           CONTAINING
                           SUSPECTED
                           MARIJUANA
                           (88G TPW)
   ..
   ..
```

```
    ON JANUARY 19, 2010, THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER
WAS CHECKED.  INSIDE THE LOCKER WAS AN EVIDENCE BAG SUBMITTED BY CORRECTIONS
SUPPORT PERSONNEL (CSP) KATHY EBANKS, ID 7066.  THE FOLLOWING FACTS RELATED
TO THE INCIDENT.
    ON JANUARY 13, 2010, AT APPROXIMATELY 0950 HOURS, CSP EBANKS CONDUCTED
A SEARCH OF THE INMATES INCOMING MAIL AND IDENTIFIED AN ENVELOPE ADDRESSED
TO INMATE JOHN MICHEL GROSSMAN, WHITE MALE, D.O.B.          THE LETTER
INDICATED THE ENVELOPE CAME FROM AN ATTORNEY AND WAS THEREFORE CLASSIFIED
AS LEGAL MAIL.  CSP EBANKS CONDUCTED A SEARCH OF THE ENVELOPE AND
IDENTIFIED SUSPECTED MARIJUANA CONCEALED INSIDE THE ENVELOPE.  SHE PLACED
THE ENVELOPE, MARIJUANA AND THE PAPERS CONCEALED INSIDE INTO AN EVIDENCE
BAG AND PLACED IT INTO THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER.
    ON JANUARY 19, 2010, I PHOTOGRAPHED THE EVIDENCE TO OBTAIN THE
MAILING LABEL INFORMATION.  THIS INFORMATION WILL BE FORWARDED TO THE U.S.
POSTAL INSPECTOR.  I WEIGHED THE ENTIRE PACKAGING, WHICH WEIGHED APPROXIMATELY
88.0 GRAMS.  THIS EVIDENCE WAS SUBMITTED TO THE PBSO CRIME LAB.  THIS
EVIDENCE WILL BE HELD TO DEVELOP ADDITIONAL INVESTIGATIVE LEADS.
SGT L ALLEN ID 3377
01-20-10 AT 1233 HOURS
TRANS 02-02-10 JOY
```

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
O F F E N S E   R E P O R T                        CASE NO. 10028086

DISPOSITION: ZULU
DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS              CODE: 9557   DATE: 01/19/10   WEDNESDAY
ZONE: B12 GRID:         DEPUTY ID.:   3377 ASSIST:    TIME D 1044 A 1044 C 1044
OCCURRED BETWEEN DATE: 01/15/10 , 1010 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB             RD   APT. NO.:
         CITY: WEST PALM BEACH            STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0

 ..
 ..

=================================================================
STATUS  1 = STOLEN                  2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY            4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=================================================================
DATE   S T                              P R O P E R T Y
STLN/  T Y  BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE        TELETYPE
RECOV  A P  NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED    NUMBER
=================================================================
011910 8 D M-MARIJUAN 84    GRAM                       1
                           ENVELOPE
                           CONTAINING
                           MARIJUANA WITH
                           PAPER
                           (TPW 84 G)
 ..
 ..

      ON JANUARY 19, 2010, THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER
WAS CHECKED.   INSIDE THE LOCKER WAS AN EVIDENCE BAG SUBMITTED BY CORRECTIONS
SUPPORT PERSONNEL (CSP) ANNISKA FREEMAN, ID 8258.   THE FOLLOWING FACTS
RELATED TO THE INCIDENT:
      ON JANUARY 15, 2010, AT APPROXIMATELY 1010 HOURS, CSP FREEMAN
CONDUCTED A SEARCH OF THE INMATES INCOMING MAIL AND IDENTIFIED AN ENVELOPE
ADDRESSED TO INMATE JOSHUA SIMPSON, BLACK MALE, D.O.B.          THE LETTER
INDICATED THE ENVELOPE CAME FROM AN ATTORNEY AND WAS THEREFORE CLASSIFIED
AS LEGAL MAIL.   CSP FREEMAN CONDUCTED A SEARCH OF THE ENVELOPE AND
IDENTIFIED SUSPECTED MARIJUANA CONCEALED INSIDE THE ENVELOPE.   SHE PLACED
THE ENVELOPE, MARIJUANA AND THE PAPERS CONCEALED INSIDE INTO AN EVIDENCE
BAG AND PLACED IT INTO THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER.
      ON JANUARY 19, 2010, I PHOTOGRAPHED THE EVIDENCE TO OBTAIN THE MAILING
LABEL INFORMATION.   THIS INFORMATION WILL BE FORWARDED TO THE U.S. POSTAL
INSPECTOR.   I WEIGHED THE ENTIRE PACKAGING, WHICH WEIGHED APPROXIMATELY
84.0 GRAMS.   THE EVIDENCE WAS SUBMITTED TO THE PBSO CRIME LAB.   THIS EVIDENCE
WILL BE HELD TO DEVELOP ADDITIONAL INVESTIGATIVE LEADS.
SGT ALLEN ID 3377
01-20-10 1302 HOURS
TRANS 02-02-10 JOY

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E       PAGE      1
          O F F E N S E   R E P O R T                      CASE NO. 10039428

                              DISPOSITION: INACTIVE
                              DIVISION: DETECTIVE

CONTRABAND JAIL                      CODE: 350A  DATE: 02/16/10  TUESDAY
ZONE: B12 GRID:            DEPUTY ID.:   3377 ASSIST:    TIME D 0909 A 0909 C 0910
OCCURRED BETWEEN DATE: 02/08/10 , 1210 HOURS AND  DATE: 02/08/10 , 1210 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB           RD  APT. NO.:
          CITY:                       STATE: FL    ZIP:
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22        CIS CODE 350A
 ..
SUSPECT              CHERYL PARKS                DOB:
               SEX: F RACE: B HT:   0 WT:   0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENTIAL ADDRESS: 0        507 3RD ST           LAKE PARK  FL 33403
         HOME PHONE: 561 000-0000
      BUSINESS PHONE: 561 000-0000
WITNESS             CHRISTOPHER D FIELDS          DOB:
               SEX: M RACE: B HT: 505 WT: 130 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 4875     ORLEANS     CT APT. D    WEST PALM  FL 33415
         HOME PHONE: 561 000-0000
      BUSINESS PHONE: 561 000-0000
DISCOVERER           QUEEN WALKER              DOB:
               SEX: F RACE: B HT:   0 WT:   0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENTIAL ADDRESS: 3228     GUN CLUB   RD        WPB        FL 33406
         HOME PHONE: 561 000-0000
BUSINESS NAME ADDRESS: 3228 GUN CLUB RD WPB, FL 33406
      BUSINESS PHONE: 561 688-3000
 ..
 ..
==========================================================================
STATUS  1 = STOLEN                 2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY           4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
==========================================================================
DATE   S T                      P R O P E R T Y
STLN/  T Y  BRAND    CALIBER  SERIAL/NUMBER  VALUE    VALUE     TELETYPE
RECOV  A P  NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED NUMBER
==========================================================================
021610 8 D M-MARIJUAN 2      GRAM                      1
```

5128

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE    2
O F F E N S E   R E P O R T     CASE NO. 10039428

```
                              ONE SMALL BAG
021610 8 Z           1        ENVELOPE                      1
021610 8 Z           1        GREETING CARD                 1
                              VALENTINES
..
..
```

        OFFENSE INDICATOR: OFFENSE 1        VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE        RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

        REPORT NUMBER: 1
FLORIDA VICTIM ? Y
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y        SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N        SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. Y        STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y        EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?........ N         SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N        PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ....... Q. WALKER#8815


        ON FEBRUARY 16, 2010, AT APPROXIMATELY 0910HOURS, THE EVIDENCE LOCKER AT
THE MAIN DETENTION CENTER WAS CHECKED.  INSIDE THE LOCKER WAS AN EVIDENCE
BAG SUBMITTED BY CSP QUEEN WALKER.  THE FOLLOWING WAS REVEALED:
        ON FEBRUARY 8,2010 AT APPROXIMATELY 1210 HOUSE, CSP QUEEN WALKER OPENED
INCOMING MAIL FOR INMATE CHRISTOPHER FIELDS, JACKET#0329168.  HE WAS CURRENTLY
BEING HOUSED IN WEST 4A.  UPON INSPECTION OF THE MAIL, CSP WALKER FOUND
SUSPECTED MARIJUANA TAPED INSIDE A GREETING CARD.  SHE CONTACTED SUPERVISOR
ROBERT EDGAR UPON THE DISCOVERY.  SHE THEN PHOTGRAPHED THE ENVELOPE, GREETING
CARD, AND MARIJUANA AND PLACED THE ITEMS IN AN EVIDENCE BAG AND INTO THE
EVIDENCE LOCKER.
        I REMOVED THE ITEMS FROM THE EVIDENCE LOCKER.  I SEPARATED THE GREETING
CARD AND ENVELOPED FROM THE MARIJUANA.  THE GREETING CARD AND ENVELOPE WILL
BE FORWARD TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS INFOR-
MATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS:
CHERYL PARKS, 507 3RD STREET, LAKE PARK, FL 33403 ON THE ENVELOPED.
ADDITIONALLY THE CARD WAS SCRIPTED AND SIGNED, "THE CARD SAYS IT ALL! I
LOVE YOU AND MISS YOU SOOO MUCH!  CHERYLE, YA BOO.
DICT: SGT. L.ALLEN#3377/02162010
TRANS: TLS#6283/02172010

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
              O F F E N S E   R E P O R T              CASE NO. 10045777

                           DISPOSITION: OPEN
                           DIVISION: DETECTIVE

CONTRABAND JAIL                      CODE: 350A  DATE: 03/04/10  THURSDAY
ZONE: B12 GRID:          DEPUTY ID.:  3377 ASSIST:   TIME D 1011 A 1011 C 1012
OCCURRED BETWEEN DATE: 03/02/10 , 1043 HOURS AND  DATE: 03/04/10 , 1012 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB              RD  APT. NO.:
          CITY: WPB                     STATE: FL     ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED: 0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22       CIS CODE 350A
 ..
WITNESS            MATTHEW T ANDERSON           DOB:
            SEX: M RACE: B HT: 602 WT: 180 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 254   NE 15       TR        BOCA RATON FL 33432
       HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
DISCOVERER         LINDA MARBEN               DOB:
            SEX: F RACE: W HT:   0 WT:   0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENTIAL ADDRESS: 3228    GUN CLUB   RD       WEST PALM  FL 33406
       HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 688-3000
 ..
NAME ROLE LIST:
       ROLE:
SUSPECT NO. 1
  REAL: CARLOS                ATTIME              DOB:
            SEX: M  RACE:    HT:   0  WT:   0  HR:       EYE:
  HOME ADDRESS:  9767 NW 36           ST APT: MIAMI  FL 33167



 ..
============================================================================
STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
(STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
============================================================================
DATE  S T                       P R O P E R T Y
STLN/ T Y  BRAND    CALIBER   SERIAL/NUMBER   VALUE     VALUE      TELETYPE
RECOV A P  NAME      (GUN)    DESCRIPTION    STOLEN   RECOVERED    NUMBER
============================================================================
030410 8 D M-MARIJUAN 1.4    GRAM                   1
```

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    2
              O F F E N S E   R E P O R T            CASE NO. 10045777

```
                               MARIJUANA
030410  8 D M-MARIJUAN  1      GRAM                        1
                               WHI SHEET OF
                               PAPER W/MARIJUA
030410  8 Z                    ENVELOPE                    1
030410  8 Z            5        COPIES OF PICS             1
                               8.5 X 11
030410  8 Z                    8.5 X 11 COPY              1
                               OF PHOTO
..
..
```

     OFFENSE INDICATOR: OFFENSE 1       VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE    RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

     REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?......... N
EVIDENCE TAKEN BY ....... L. MARBEN #5103
PHOTOS TAKEN BY ........ L. MARBEN #5103

   ON MARCH 2, 2010, AT APPROXIMATELY 1043 HOURS, CORRECTIONS SUPPORT PERSONNEL
(CSP) LINDA MARBEN, ID 5103 OPENED INCOMING MAIL FOR INMATE MATTHEW ANDERSON,
JACKET #0292879.  HE WAS CURRENTLY BEING HOUSED IN SOUTH 10D.  UPON INSPECTION
OF THE MAIL, CSP MARBENFOUND SUSPECTED MARIJUANA TAPED TO A PHOTOGRAPH, ITEM
#3.  THERE WERE FIVE ADDITIONAL PHOTOS INSIDE THE ENVELOPE.  SHE CONTACTED
SUPERVISOR ROBERT EDGAR UPON THE DISCOVERY.  SHE THEN PHOTOGRAPHED THE
ENVELOPE, PHOTOGRAPHS, AND MARIJUANA AND PLACED THE ITEMS IN THE AN EVIDENCE
BAG AND INTO THE EVIDENCE LOCKER.
   I FIELD TESTED THE MARIJUANA, WHICH TESTED POSITIVE FOR THE PRESENCE OF THC.
THE MARIJUANA WEIGHED APPROXIMATELY 1.4 GRAMS.  THE PHOTOGRAPHS AND ENVELOPE
WAS FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS
INFORMATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS
OF:  CARLOS ATTIME, 9767 NW 36 STREET, MIAMI, FL  33167, ON THE ENVELOPE.
   I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE
CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO FORWARDED A COPY OF THE ENVELOPE TO THE US POSTAL INSPECTOR (JOHN
WALENDA) FOR INSPECTION.
   THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/030510

5128 Case 9:12-cv-80135-KAM   Document 30-11   Entered on FLSD Docket 11/16/2012   Page 48 of 92

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
          O F F E N S E   R E P O R T              CASE NO. 10045779

                         DISPOSITION: OPEN
                         DIVISION: DETECTIVE

CONTRABAND JAIL                      CODE: 350A  DATE: 03/04/10  THURSDAY
ZONE: B12 GRID:          DEPUTY ID.:  3377 ASSIST:   TIME D 1012 A 1012 C 1012
OCCURRED BETWEEN DATE: 03/03/10 , 1103 HOURS AND  DATE: 03/03/10 , 1103 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB            RD  APT. NO.:
           CITY: WPB                   STATE: FL      ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0   FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22        CIS CODE 350A
..
WITNESS                 JOHNSON MARCANDY           DOB:
              SEX: M RACE: B HT: 511 WT: 140 HR: BLACK     EYE: BROWN
RESIDENTIAL ADDRESS: 338    E GATEWAY    BD       BOYNTON BE FL 33435
         HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
DISCOVERER               NANCY RICH               DOB:
              SEX: F RACE: W HT: 502 WT: 160 HR: GRAY      EYE: BROWN
RESIDENTIAL ADDRESS: 3228      GUN CLUB    RD        WPB        FL 33406
         HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 688-3000
..
NAME ROLE LIST:
      ROLE:
SUSPECT NO. 1
   REAL: SUSAN                GARCIA              DOB:
          SEX:    RACE:    HT:   0  WT:   0  HR:         EYE:
  HOME ADDRESS:  8085    LAKE TERRACE        DR APT: DEERFIELD BEACH FL 00000



..
===============================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===============================================================
DATE   S T                         P R O P E R T Y
STLN/  T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE   VALUE     TELETYPE
RECOV  A P  NAME    (GUN)    DESCRIPTION   STOLEN  RECOVERED  NUMBER
===============================================================
030410 8 D M-MARIJUAN 3.9    GRAM                    1
```

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE    2
                O F F E N S E   R E P O R T                    CASE NO. 10045779

                              MARIJUANA
030410 8 Z                    GREETNG CARD                1
030410 8 Z                    ENVELOPE                    1
..
..

     OFFENSE INDICATOR: OFFENSE 1        VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE      RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

     REPORT NUMBER: 1
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ....... N. RICH #4986
PHOTOS TAKEN BY ........ N. RICH #4986

    ON MARCH 3, 2010, AT APPROXIMATELY 1103 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) NANCY RICH, ID 4986 OPENED INCOMING MAIL FOR INMATE JOHNSON
MACCANDY, JACKET #0315277.  HE WAS CURRENTLY BEING HOUSED IN WEST 4B.  UPON
INSPECTION OF THE MAIL, CSP RICH FOUND 2 ZIPLOCK PLASTIC BAG OF SUSPECTED
MARIJUANA CONCEALED INSIDE A GREETING CARD.  SHE CONTACTED SUPERVISOR ROBERT
EDGAR UPON THE DISCOVERY.  SHE THEN PHOTOGRAPHED THE ENVELOPE, GREETING CARD,
AND MARIJUANA AND PLACED THE ITEMS IN THE AN EVIDENCE BAG AND INTO THE
EVIDENCE LOCKER.
    I FIELD TESTED THE MARIJUANA, WHICH TESTED POSITIVE FOR THE PRESENCE OF
THC.  THE MARIJUANA WEIGHED APPROXIMATELY 3.9 GRAMS.  THE GREETING CARD AND
ENVELOPE WAS FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.
THIS INFORMATION WILL BE USED TO DEVELOP A SUSPECT.   THE CARD HAD A RETURN
ADDRESS OF:  SUSAN GARCIA, 8085 LAKE TERRANCE DRIVE, DEERFIELD BEACH, ON THE
ENVELOPE.
    I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE
CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO FORWARDED A COPY OF THE ENVELOPE TO THE US POSTAL INSPECTOR (JOHN
WALENDA) FOR INSPECTION.
    THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/030510

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
                O F F E N S E   R E P O R T           CASE NO. 10047778

                               DISPOSITION: OPEN
                               DIVISION: DETECTIVE

CONTRABAND JAIL                   CODE: 350A  DATE: 03/09/10  TUESDAY
ZONE: B12 GRID:        DEPUTY ID.:  3377 ASSIST:   TIME D 0925 A 0925 C 0925
OCCURRED BETWEEN DATE: 03/08/10 , 1220 HOURS AND  DATE: 03/09/10 , 0925 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB            RD  APT. NO.:
          CITY: WPB                     STATE: FL     ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22        CIS CODE 350A

  ..
WITNESS                 ANDREWS AARON              DOB:
              SEX: M RACE: B HT: 508 WT: 150 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 431    S E       ST        LAKE WORTH FL 33460
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
DISCOVERER              NANCY RICH                 DOB:
              SEX: F RACE: W HT: 502 WT: 160 HR: GRAY     EYE: BROWN
RESIDENTIAL ADDRESS: 3228    GUN CLUB  RD         WPB       FL 33406
        HOME PHONE: 561 000-0000
BUSINESS NAME ADDRESS: 3228 GUN CLUB ROAD WPB, FL 33406
     BUSINESS PHONE: 561 688-3000
  ..
NAME ROLE LIST:
     ROLE:
SUSPECT NO. 1
    REAL: ERICKA                   JONES              DOB:
            SEX: F  RACE:    HT:   0  WT:   0  HR:        EYE:
 HOME ADDRESS:  8439 S  DIXIE            HW APT: WPB FL 33405


  ..
===============================================================================
 STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
 CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
 (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===============================================================================
 DATE   S T                        P R O P E R T Y
 STLN/ T Y  BRAND    CALIBER   SERIAL/NUMBER  VALUE    VALUE
 RECOV A P  NAME     (GUN)     DESCRIPTION    STOLEN  RECOVERED   TELETYPE
                                                                  NUMBER
===============================================================================
030910 8 D M-MARIJUAN 4      GRAM                     1
```

5128   Case 9:12-cv-80135-KAM   Document 30-17   Entered on FLSD Docket 11/16/2012   Page 51 of 92

```
                              MARIJUANA
030910  8 Z                   GREETING CARD              1
030910  8 Z                   ENVELOPE                   1
..
..
```

```
     OFFENSE INDICATOR: OFFENSE 1        VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE      RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE
```

```
     REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ....... N. RICH #4986
PHOTOS TAKEN BY ........ N. RICH #4986
```

ON MARCH 8, 2010, AT APPROXIMATELY 1220 HOURS, CORRECTIONS SUPPORT PERSONNEL (CSP) NANCY RICH, ID 4986 OPENED INCOMING MAIL FOR INMATE AARON ANDREWS, JACKET #0299103.  HE WAS CURRENTLY BEING HOUSED IN WEST 4B.  UPON INSPECTION OF THE MAIL, CSP RICH FOUND SUSPECTED MARIJUANA CONCEALED INSIDE A GREETING CARD.  SHE CONTACTED SUPERVISOR ROBERT EDGAR UPON THE DISCOVERY.  SHE THEN PHOTOGRAPHED THE ENVELOPE, GREETING CARD, AND MARIJUANA AND PLACED THE ITEMS IN THE AN EVIDENCE BAG AND INTO THE EVIDENCE LOCKER.

I FIELD TESTED THE MARIJUANA, WHICH TESTED POSITIVE FOR THE PRESENCE OF THC.  THE MARIJUANA WEIGHED APPROXIMATELY 4.0 GRAMS.  THE GREETING CARD AND ENVELOPE WAS FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS. THIS INFORMATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS OF:  ERICKA JONES, 8439 SOUTH DIXIE HWY, WPB, FLA  33405, ON THE ENVELOPE.

I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I ALSO FORWARDED A COPY OF THE ENVELOPE TO THE US POSTAL INSPECTOR (OTTO FERNANDEZ) FOR INSPECTION.

THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/031210

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
            O F F E N S E   R E P O R T              CASE NO. 10050738

                              DISPOSITION: OPEN
                              DIVISION: DETECTIVE

CONTRABAND JAIL                       CODE: 350A   DATE: 03/16/10  TUESDAY
ZONE: B12 GRID:         DEPUTY ID.:  3377 ASSIST:     TIME D 1313 A 1313 C 1313
OCCURRED BETWEEN DATE: 02/11/10 , 0910 HOURS AND  DATE: 03/16/10 , 0910 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB            RD  APT. NO.:
          CITY: WPB                       STATE: FL    ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0   FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22         CIS CODE 350A
..
WITNESS                    DAVID E RUSSELL           DOB:
            SEX: M RACE: W HT: 510 WT: 170 HR: BROWN    EYE: BROWN
RESIDENTIAL ADDRESS: 3640       DUNES        RD       PBG       FL 33410
         HOME PHONE: 561 000-0000
      BUSINESS PHONE: 561 000-0000
DISCOVERER                 BIJUMOAN THOMAS           DOB:
            SEX: M RACE: W HT: 510 WT: 150 HR: BROWN    EYE: BROWN
RESIDENTIAL ADDRESS: 17916      ORANGE GRO BD      LOXAHATCHE FL 33470
         HOME PHONE: 561 000-0000
      BUSINESS PHONE: 561 688-3000
..
..
============================================================================
 STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
 CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
 (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
============================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | PROPERTY VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 031610 | 8 | D | M-MARIJUAN | 22 | GRAM MARIJUANA | | 1 | |
| 031610 | 8 | Z | | 29 | SHEETS OF 81/2 X 11" WHI PAPER | | 1 | |

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E       PAGE     2
        O F F E N S E   R E P O R T                  CASE NO. 10050738

031610 8 Z            1      9 X 12 YELLOW               1
                             ENVELOPE
..
..

     OFFENSE INDICATOR: OFFENSE 1        VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE      RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

     REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?........ N           SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ...... B. THOMAS #6672
PHOTOS TAKEN BY ........ B. THOMAS #6672

     ON MARCH 11, 2010, AT APPROXIMATELY 0910 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) BIJUMOAN THOMAS, ID 6672 OPENED INCOMING MAIL FOR INMATE DAVID
RUSSELL, JACKET #0264245.  HE WAS CURRENTLY BEING HOUSED IN EAST 5A.  UPON
INSPECTION OF THE MAIL, CSP THOMAS FOUND SUSPECTED MARIJUANA CONCEALED INSIDE
A WHITE SHEETS OF PAPER.  HE THEN PHOTOGRAPHED THE ENVELOPE, SHEETS OF PAPER,
AND MARIJUANA AND PLACED THE ITEMS IN THE AN EVIDENCE BAG AND INTO THE
EVIDENCE LOCKER.
     I FIELD TESTED THE MARIJUANA, WHICH TESTED POSITIVE FOR THE PRESENCE OF
THC.  THE MARIJUANA WEIGHED APPROXIMATELY 22.0 GRAMS.  THE TOTAL PACKAGE
WEIGHT OF THE MARIJUANA AND THE EVIDENCE BAG WAS 75 GRAMS.  THE 29 SHEETS OF
PAPER AND THE ENVELOPE WAS FORWARDED TO CRIME SCENE AND LATENTS FOR
FINGERPRINT ANALYSIS.  THIS INFORMATION WILL BE USED TO DEVELOP A SUSPECT.
THE CARD HAD A RETURN ADDRESS OF:  ALEX J. FONTAINE LAW OFFICES, 11911 US-1,
#201, NORTH PALM BEACH, FL  33408, ON THE ENVELOPE.
     I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE
CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO FORWARDED A COPY OF THE ENVELOPE TO THE US POSTAL INSPECTOR (OTTO
FERNANDEZ) FOR INSPECTION.
     THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/031610

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
          O F F E N S E   R E P O R T              CASE NO. 10061985

                              DISPOSITION: OPEN
                              DIVISION: DETECTIVE

CONTRABAND JAIL                    CODE: 9000  DATE: 04/12/10  MONDAY
ZONE: B12 GRID:        DEPUTY ID.:  3377 ASSIST:    TIME D 0915 A 0915 C 0915
OCCURRED BETWEEN DATE: 04/09/10 , 1019 HOURS AND  DATE: 04/09/10 , 1019 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228      GUN CLUB           RD  APT. NO.:
          CITY: WPB                  STATE: FL       ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22      CIS CODE 9000
 ..
WITNESS            KAMMEN COATES             DOB:
          SEX: M RACE: W HT: 508 WT: 172 HR: BROWN   EYE: BROWN
RESIDENTIAL ADDRESS: 435      PARK      AV      LAKE PARK  FL 33403
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
DISCOVERER         ARTHUR P LAGANA           DOB:
          SEX: M RACE: W HT: 603 WT: 160 HR: BROWN   EYE: BLUE
RESIDENTIAL ADDRESS: 4360  S  14TH      RD      WPB      FL 33406
        HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
 ..
 ..
============================================================
 STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
 CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
 (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
============================================================
DATE  S T                        P R O P E R T Y
STLN/ T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE    VALUE
RECOV A P  NAME    (GUN)    DESCRIPTION    STOLEN  RECOVERED    TELETYPE
                                                               NUMBER
============================================================
041210 8 Z              MANILA  ENVELOPE          1
041210 8 D M-MARIJUAN 4  GRAM                     1
                         SUSPCT MARIJUAN
041210 8 Z          2   SHTS WHI PPR              1
                        GLUED
```

P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E       PAGE     2
                    O F F E N S E   R E P O R T           CASE NO. 10061985

041210 8 Z              87      SHTS WHI PPR                    1
                                W/TYPING

..
..

    REPORT NUMBER: 1
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?......... N
EVIDENCE TAKEN BY ....... LAGANA #8177
PHOTOS TAKEN BY ........ LAGANA #8177

    ON APRIL 9, 2010, AT APPROXIMATELY 1019 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) ARTHUR LAGANA, ID 8177 OPENED INCOMING MAIL FOR INMATE KAMMEN
COATES, JACKET #0288447.  HE WAS CURRENTLY BEING HOUSED IN WEST 2C.  UPON
INSPECTION OF THE MAIL, CSP LAGANA FOUND SUSPECTED MARIJUANA CONCEALED INSIDE
TWO WHITE SHEETS OF PAPER.  HE THEN PHOTOGRAPHED THE ENVELOPE, SHEETS OF
PAPER, AND MARIJUANA AND PLACED THE ITEMS IN AN EVIDENCE BAG AND INTO THE
EVIDENCE LOCKER.
    I FIELD TESTED THE MARIJUANA, WHICH TESTED POSITIVE FOR THE PRESENCE OF
THC.  THE MARIJUANA WEIGHED APPROXIMATELY 4.0 GRAMS.  THE 89 SHEETS OF PAPER
AND THE ENVELOPE WAS FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT
ANALYSIS.  THIS INFORMATION WILL BE USED TO DEVELOP A SUSPECT.   THE CARD HAD A
RETURN ADDRESS OF:  PAUL M. HERMAN, ESQUIRE, 4400 PGA BLVD., SUITE 900, PALM
BEACH GARDENS, FLORIDA  33410, ON THE ENVELOPE.  THE PACKAGE WAS MAILED WITH
12 FIRST-CLASS FOREVER POSTAGE STAMPS.
    I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE
CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO REQUESTED CRIME SCENE AND LATENTS TO DEVELOP FINGERPRINT INFORMATION TO
ASSIST ME IN IDENTIFYING A SUSPECT.
    THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/041210

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE   1
              O F F E N S E   R E P O R T            CASE NO. 10064848

                              DISPOSITION: OPEN
                              DIVISION: DETECTIVE

CONTRABAND JAIL                     CODE: 350A  DATE: 04/19/10  MONDAY
ZONE: B12 GRID:         DEPUTY ID.:   3377 ASSIST:     TIME D 0921 A 0921 C 0921
OCCURRED BETWEEN DATE: 04/16/10 , 1500 HOURS AND  DATE: 04/16/10 , 1500 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228         GUN CLUB              RD  APT. NO.:
         CITY: WPB                      STATE: FL      ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22       CIS CODE 350A

  ..
WITNESS                 PARIS L JONES            DOB:
             SEX: M RACE: B HT: 604 WT: 190 HR: BROWN      EYE: BROWN
RESIDENTIAL ADDRESS: 3508     S        AV      RIV BEACH  FL 33404
         HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
DISCOVERER               DONNA J DELAI            DOB:
             SEX: F RACE: W HT: 505 WT: 180 HR: BROWN     EYE: HAZEL
     BUSINESS PHONE: 561 000-0000
..
..
```

```
=============================================================================
STATUS  1 = STOLEN             2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY       4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=============================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 041910 | 8 | Z | | | PURPLE ENVELOPE | 1 | | |
| 041910 | 8 | D | M-MARIJUAN | 2.2 | GRAM | 1 | | |
| | | | | | SUSPT MARIJUANA | | | |
| 041910 | 8 | Z | | | GEETING CARD | 1 | | |

```
..
..
    OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE    RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
```

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE     2
O F F E N S E   R E P O R T                    CASE NO. 10064848

LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?......... N
EVIDENCE TAKEN BY ....... DELAI #6840
PHOTOS TAKEN BY ........ DELAI #6840

    ON APRIL 16, 2010, AT APPROXIMATELY 1500 HOURS, CORRECTIONS SUPPORT
PERSONNEL TRAINER (CSPT) DONNA DELAI, ID 6840 OPENED INCOMING MAIL FOR INMATE
PARIS JONES, JACKET #0247343.  HE WAS CURRENTLY BEING HOUSED IN WEST 5C.  UPON
INSPECTION OF THE MAIL, CSPT. DELAI FOUND SUSPECTED MARIJUANA CONCEALED INSIDE
1 GREETING CARD.  SHE THEN PHOTOGRAPHED THE ENVELOPE, THE GREETING CARD, AND
THE MARIJUANA.  THESE ITEMS WERE PLACED IN AN EVIDENCE BAG AND INTO THE
EVIDENCE LOCKER.
    THE MARIJUANA WAS CONCEALED IN A PLASTIC VACUUMED SEALED WRAPPING.  THE
MARIJUANA WEIGHED APPROXIMATELY 2.2 GRAMS.  THE ENVELOPE AND GREETING CARD
WERE FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS
INFORMATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS
OF:  LANSSA SHAW, 1820 W. 13TH STREET, RIVIERA BEACH, FL 33404, ON THE
ENVELOPE.
    I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE
CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO FORWARDED THIS INFORMATION TO POSTAL INSPECTOR OTTO FERNANDES TO ASSIST
ME IN IDENTIFYING A SUSPECT.
    THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/042110

PALM BEACH COUNTY SHERIFF'S OFFICE　PAGE　1
OFFENSE REPORT　CASE NO. 10064849

DISPOSITION: OPEN
DIVISION: DETECTIVE

CONTRABAND JAIL　　　CODE: 350A  DATE: 04/19/10  MONDAY
ZONE: B12 GRID:　　DEPUTY ID.:　3377 ASSIST:　TIME D 0921 A 0921 C 0922
OCCURRED BETWEEN DATE: 04/16/10 , 1525 HOURS AND  DATE: 04/16/10 , 1525 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228　　GUN CLUB　　　RD  APT. NO.:
　　　CITY: WPB　　　　STATE: FL　　ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0

OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22　　CIS CODE 350A
..
WITNESS　　　LOUIS V MAXWELL　　　DOB:
　　　SEX: M RACE: B HT: 507 WT: 130 HR: BLACK　EYE: BROWN
RESIDENTIAL ADDRESS: 2602　　LAKEVIEW　DR　　RPB　　FL 33411
　　HOME PHONE: 561 000-0000
　BUSINESS PHONE: 561 000-0000
DISCOVERER　　　JAMES W MCGIMSEY　　　DOB:
　　　SEX: M RACE: W HT: 510 WT: 185 HR: GRAY　EYE: BROWN
RESIDENTIAL ADDRESS: 3228　　GUN CLUB　RD　　WPB　　FL 33406
　　HOME PHONE: 561 000-0000
　BUSINESS PHONE: 561 688-4570
..
..

=================================================================
STATUS　1 = STOLEN　　　2 = S/R DIFFERENT DAY
CODES　3 = S/R SAME DAY　　　4 = RECOVERED FOR OTHER JURISDICTION
(STA)　5 = LOST ITEMS　8 = EVIDENCE SEIZED　9 = OTHER (ARSON/VANDALISM)
=================================================================

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 041910 | 8 | Z | | | WHI ENVELOPE | | 1 | |
| 041910 | 8 | D | M-MARIJUAN | 2.5 | GRAM | | 1 | |
| | | | | | SUSPT MARIJUANA | | | |
| 041910 | 8 | Z | | | GREETING CARD | | 1 | |
| 041910 | 8 | Z | | | MAG CLIPPING | | 1 | |

..
..
　OFFENSE INDICATOR: OFFENSE 1　VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE　RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

　REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y　　SUSPECT NAME KNOWN ?....... Y

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE     2
O F F E N S E   R E P O R T                 CASE NO. 10064849

CAN VICTIM I.D. SUSPECT ? N            SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y            STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y            EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N            SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N            PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ....... MCGIMSEY #4262
PHOTOS TAKEN BY ........ MCGIMSEY #4262

    ON APRIL 16, 2010, AT APPROXIMATELY 1525 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) JAMES MCGIMSEY, ID 4262 OPENED INCOMING MAIL FOR INMATE LOUIS
MAXWELL, JACKET #0309601.  HE WAS CURRENTLY BEING HOUSED IN WEST 5C.  UPON
INSPECTION OF THE MAIL, CSP MCGIMSEY FOUND SUSPECTED MARIJUANA CONCEALED
INSIDE 1 GREETING CARD.  HE THEN PHOTOGRAPHED THE ENVELOPE, THE GREETING CARD,
MAGAZINE CLIPPING, AND THE MARIJUANA.  THESE ITEMS WERE PLACED IN AN EVIDENCE
BAG AND INTO THE EVIDENCE LOCKER.
    THE MARIJUANA WAS CONCEALED IN A PLASTIC VACUUMED SEALED WRAPPING.  THE
MARIJUANA WEIGHED APPROXIMATELY 2.5 GRAMS.  THE ENVELOPE AND GREETING CARD
WERE FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS
INFORMATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS
OF:  LUCY HILL, 910 9TH STREET, LAKE PARK, FL  33403, ON THE ENVELOPE.
    I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED
IN THE CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.
I ALSO FORWARDED THIS INFORMATION TO POSTAL INSPECTOR OTTO FERNANDES TO ASSIST
ME IN IDENTIFYING A SUSPECT.
    THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/042110

5128

```
         P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
                    O F F E N S E   R E P O R T                    CASE NO. 10092389

                                    DISPOSITION: OPEN
                                    DIVISION: DETECTIVE

CONTRABAND JAIL                              CODE: 350A   DATE: 06/24/10   THURSDAY
ZONE: B12 GRID:          DEPUTY ID.:   3377 ASSIST:    TIME D 1330 A 1330 C 1330
OCCURRED BETWEEN DATE: 06/23/10 , 1258 HOURS AND   DATE: 06/23/10 , 1258 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228       GUN CLUB              RD  APT. NO.:
          CITY: WPB                        STATE: FL      ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22         CIS CODE 350A
  ..
WITNESS                    ROBERT M BOLAND            DOB:
               SEX: M RACE: W HT: 602 WT: 175 HR: BROWN     EYE: BROWN
RESIDENTIAL ADDRESS: 1108  SE LADNER      ST        PRT ST LUC FL 33485
          HOME PHONE: 561 000-0000
       BUSINESS PHONE: 561 000-0000
DISCOVERER              TEQUESTA L MCKINNEY JAMES      DOB:
               SEX: F RACE: B HT: 503 WT: 125 HR: BLACK     EYE: BROWN
RESIDENTIAL ADDRESS: 1184      BANYAN      DR        WPB        FL 33415
          HOME PHONE: 561 000-0000
       BUSINESS PHONE: 561 688-4379
 ..
 ..
=================================================================================
 STATUS   1 = STOLEN              2 = S/R DIFFERENT DAY
 CODES    3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
 (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=================================================================================
```

| DATE STLN/RECOV | STA | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|
| 062410 | 8 Z | | | MANILA ENVELOPE | 1 | | |
| 062410 | 8 D | M-MARIJUAN | 5 | GRAM | 1 | | |
| | | | | < 5 GRAMS SUSPT | | | |
| | | | | MARIJUANA | | | |
| 062410 | 8 Z | | | EXPRESS MAILER | | 1 | |

PJGB 57

5128 Case 9:12-cv-80135-KAM   Document 30-11  Entered on FLSD Docket 11/16/2012   Page 61 of 92

```
                          ENVELOPE
062410 8 Z              63    SHEETS 81/2 X              1
                          11 TYPED PAPER
..
..
```

     OFFENSE INDICATOR: OFFENSE 1     VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE     RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE


     REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... N
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?......... N
EVIDENCE TAKEN BY ....... MCKINNEY #6152
PHOTOS TAKEN BY ........ MCKINNEY #6152

     ON JUNE 23, 2010, AT APPROXIMATELY 1258 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) TEQUESTA MCKINNEY, ID 6152 OPENED INCOMING MAIL FOR INMATE
ROBERT BOLAND, JACKET #0285670.  HE WAS CURRENTLY BEING HOUSED IN SOUTH 10C.
UPON INSPECTION OF THE MAIL, CSP MCKINNEY FOUND SUSPECTED MARIJUANA CONCEALED
INSIDE 6 SHEETS OF PAPER.  SHE THEN PHOTOGRAPHED THE ENVELOPES, THE PAPERS,
AND THE MARIJUANA.  THESE ITEMS WERE PLACED IN AN EVIDENCE BAG AND INTO THE
EVIDENCE LOCKER.
     THE TOTAL PACKAGE WEIGHT OF MARIJUANA IN THE EVIDENCE BAG WAS APPROXIMATELY
65 GRAMS.  UPON MY INSPECTION OF THE MARIJUANA THERE WAS APPROXIMATELY LESS
THAN 5 GRAMS INSIDE THE ENTIRE PACKAGE.  THE ENVELOPES AND PAPERS WERE
FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS
INFORMATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS
OF:  ADAM FRANZEN, P.A., 400 SOUTHEAST EIGHTH STREET, FT. LAUDERDALE, FL
333316, ON THE ENVELOPE.
     I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS TO
ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN THE
CRIME LAB,  PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO FORWARDED THIS INFORMATION TO POSTAL INSPECTOR OTTO FERNANDES TO ASSIST
ME IN IDENTIFYING A SUSPECT.
     THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/062510

5128

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
        O F F E N S E   R E P O R T              CASE NO. 10106254
```

```
                            DISPOSITION: ZULU
                            DIVISION: DETECTIVE
```

```
LOST/FOUND PROPERTY                 CODE: 9572  DATE: 07/29/10  TUESDAY
ZONE: B12 GRID:        DEPUTY ID.:  3377 ASSIST:     TIME D 1327 A 1327 C 1327
OCCURRED BETWEEN DATE: 07/27/10 , 1032 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB              RD  APT. NO.:
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0
```

```
  ..
  ..
  ..
============================================================================
 STATUS  1 = STOLEN              2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY        4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
============================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 072910 | 8 | Z | | 1 | ENVELOPE | | 1 | |
| 072910 | 8 | Z | | 1 | GREETING CARD | | 1 | |
| 072910 | 8 | Z | | 3 | SEWING NEEDLES | | 1 | |

```
  ..
  ..
     REPORT NUMBER: 1
EVIDENCE TAKEN BY ....... CSP EBANKS ID 7066
```

```
    ON JULY 27, 2010, AT APPROXIMATELY 1032 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) KATHY EBANKS, ID 7099, WHILE CONDUCTING SEARCHING INCOMING
MAIL FOR INMATE IVAN HUTCHENS (JACKET 0379767) FOUND CONTRABAND.  THE MAIL
PACKAGE WAS AN EVELOPE CONTAINING A GREETING CARD WITH THREE SEWING NEEDLES
ATTACHED TO THE CARD.  THIS EVIDENCE IS DEEMED TO BE CONTRABAND.
    I TURNED OVER THE EVIDENCE TO THE PBSO EVIDENCE SECTION FOR DESTRUCTION.
NOTHING FURTHER TO REPORT.
SGT L ALLEN ID 3377
07-29-10 1824 HOURS
COPY/PASTE 08-02-10 JOY
```

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    1
        O F F E N S E   R E P O R T                   CASE NO. 10106255

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

LOST/FOUND PROPERTY                CODE: 9572   DATE: 07/29/10  TUESDAY
ZONE: B12 GRID:        DEPUTY ID.:   3377 ASSIST:     TIME D 1328 A 1328 C 1328
OCCURRED BETWEEN DATE: 07/27/10 , 1050 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB              RD   APT. NO.:
         CITY: WEST PALM BEACH            STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


  ..
  ..
  ..
==========================================================================
 STATUS  1 = STOLEN                2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY          4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
==========================================================================
 DATE   S T                           P R O P E R T Y
 STLN/  T Y   BRAND     CALIBER  SERIAL/NUMBER  VALUE     VALUE     TELETYPE
 RECOV  A P   NAME      (GUN)    DESCRIPTION    STOLEN    RECOVERED  NUMBER
==========================================================================
072910 8 Z           1        ENVELOPE               1
072910 8 Z           1        GREETING CARD          1
072910 8 Z           2        SEWING NEEDLES         1
  ..
  ..
     REPORT NUMBER: 1
EVIDENCE TAKEN BY ....... CSP EBANKS ID 7066

    ON JULY 27, 2010, AT APPROXIMATELY 1050 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) KATHY EBANKS, ID 7099, WHILE CONDUCTING SEARCHING INCOMING
MAIL FOR INMATE IVAN HUTCHENS (JACKET 0379767) FOUND CONTRABAND.  THE MAIL
PACKAGE WAS AN EVELOPE CONTAINING A GREETING CARD WITH THREE SEWING NEEDLES
ATTACHED TO THE CARD.  THIS EVIDENCE IS DEEMED TO BE CONTRABAND.
    I TURNED OVER THE EVIDENCE TO THE PBSO EVIDENCE SECTION FOR DESTRUCTION.
NOTHING FURTHER TO REPORT.
SGT L ALLEN ID 3377
07-29-10 1826 HOURS
COPY/PASTE 08-02-10 JOY
```

```
        P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
                    O F F E N S E   R E P O R T             CASE NO. 10108990

                                     DISPOSITION: OPEN
                                     DIVISION: DETECTIVE

CONTRABAND JAIL                          CODE: 350A   DATE: 08/05/10   THURSDAY
ZONE: B12 GRID:            DEPUTY ID.:   3377 ASSIST:      TIME D 1033 A 1033 C 1033
OCCURRED BETWEEN DATE: 08/04/10 , 1100 HOURS AND   DATE: 08/04/10 , 1100 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB              RD   APT. NO.:
          CITY: WPB                       STATE: FL       ZIP: 33406
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  951 22          CIS CODE 350A

  ..
WITNESS               SONY TERMILIEN               DOB:
              SEX: M RACE: B HT: 508 WT: 120 HR: BROWN     EYE: BLUE
RESIDENTIAL ADDRESS: 6177     NEWTON WOO DR         WPB       FL 0
          HOME PHONE: 561 000-0000
     BUSINESS PHONE: 561 000-0000
..
..
=================================================================
STATUS  1 = STOLEN                    2 = S/R DIFFERENT DAY
CODES   3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=================================================================
DATE   S T                       P R O P E R T Y
STLN/  T Y   BRAND   CALIBER  SERIAL/NUMBER  VALUE     VALUE
RECOV  A P   NAME    (GUN)    DESCRIPTION    STOLEN    RECOVERED    TELETYPE
                                                                   NUMBER
=================================================================
080510 8 Z              MANILA ENVELOPE          1
080510 8 D M-MARIJUAN 5 GRAM                     1
                        LESS THAN 5 GRM
                        SUSPCTD MARIJUA
                        ATTACHED TO PPR
080510 8 Z              EXPRESS MAILER           1
                        ENVELOPE
080510 8 Z         82   SHEETS 81/2X 11          1
                        TYPED PAPER
..
..
    OFFENSE INDICATOR: OFFENSE 1     VICTIM NUMBER: 1
VICTIM TYPE: OTHER
RESIDENCE TYPE: NOT APPLICABLE      RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

    REPORT NUMBER: 1
FLORIDA VICTIM ? Y
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... N
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... N
```

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    2
O F F E N S E   R E P O R T                    CASE NO. 10108990

WILL VICTIM PROSECUTE ?.. Y        STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y        EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?........ N         SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N        PROPERTY DAMAGE ?......... N
EVIDENCE TAKEN BY ....... N. RICH #4986
PHOTOS TAKEN BY ........ N. RICH #4986


     ON AUGUST 5, 2010, AT APPROXIMATELY 1100 HOURS, CORRECTIONS SUPPORT
PERSONNEL (CSP) NANCY RICH, ID 4986 OPENED INCOMING MAIL FOR INMATE SONY
TERMILIEN, JACKET #0315430.  HE WAS CURRENTLY BEING HOUSED IN SOUTH 10D.  UPON
INSPECTION OF THE MAIL, CSP RICH FOUND SUSPECTED MARIJUANA CONCEALED INSIDE 8
SHEETS OF PAPER.  SHE THEN PHOTOGRAPHED THE ENVELOPES, THE PAPERS, AND THE
MARIJUANA.   THESE ITEMS WERE PLACED IN AN EVIDENCE BAG AND INTO THE EVIDENCE
LOCKER.
     THE TOTAL PACKAGE WEIGHT OF MARIJUANA IN THE EVIDENCE BAG WAS APPROXIMATELY
39 GRAMS.  UPON MY INSPECTION OF THE MARIJUANA THERE WAS APPROXIMATELY LESS
THAN 5 GRAMS INSIDE THE ENTIRE PACKAGE.  THE ENVELOPES AND PAPERS WERE
FORWARDED TO CRIME SCENE AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS
INFORMATION WILL BE USED TO DEVELOP A SUSPECT.  THE CARD HAD A RETURN ADDRESS
OF: SUSKAUER LAW FIRM, 1601 FORUM PLACE STE. 1200, WEST PALM BEACH, FL.
33401, ON THE ENVELOPE.
     I REQUESTED A BACKGROUND CHECK THROUGH PBSO CRIMINAL ANALYST D. ELLIS
TO ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.  THE EVIDENCE WAS PLACED IN
THE CRIME LAB, PENDING THE IDENTITY OF THE SUSPECT AND INVESTIGATIVE LEADS.  I
ALSO FORWARDED THIS INFORMATION TO POSTAL INSPECTOR OTTO FERNANDES TO ASSIST
ME IN IDENTIFYING A SUSPECT.
     THIS CASE IS CONSIDERED TO BE OPEN AT THIS TIME.
SGT. ALLEN 3377/MAJ/080510

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     1
O F F E N S E   R E P O R T                 CASE NO. 10123379

                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS             CODE: 9557  DATE: 09/10/10  FRIDAY
ZONE: B12 GRID:       DEPUTY ID.:  5128 ASSIST:    TIME D 1056 A 1056 C 1056
OCCURRED BETWEEN DATE: 09/09/10 , 0935 HOURS AND  DATE: 09/09/10 , 0935 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228       GUN CLUB            RD  APT. NO.:
          CITY: WPB                     STATE: FL      ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0


  ..
  ..
  ..

=========================================================================
 STATUS  1 = STOLEN                 2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY           4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=========================================================================
 DATE  S T                          P R O P E R T Y
 STLN/ T Y  BRAND    CALIBER   SERIAL/NUMBER   VALUE     VALUE
 RECOV A P  NAME      (GUN)    DESCRIPTION    STOLEN   RECOVERED   TELETYPE
                                                                  NUMBER
=========================================================================
091010 5 D M      1       GRAM
                          BRWN LEAFY
                          SUBTANCE
                          MARIJUANA
091010 5 Z               ENVELOPE
091010 5 Z               CARD W/WORDS
  ..
  ..
   ON SEPTEMBER 10, 2010 THE EVIDENCE LOCKER AT THE MAIN DETENTION CENTER WAS
CHECKED. THE FOLLOWING WAS REVEALED
   CSP NANCY RICH # 4986 OPENED INCIMING MAIL FOR INMATE MARCUS PERRY
CURRENTLY BEING HOUSED IN THE WEST 2B DORMITORY. UPON INSPECTION OF THE MAIL,
CSP RICH FOUND ONE CARD INSIDE A ENVELOPE ALSO WHAT APPEARED TO BE SUSPECTED
MARIJUANA THAT WAS INSIDE THE CARD AND ENVELOPE.
UPON COMPLETION OF MY INVESTIGATION THE TOTAL WEIGHT OF THE MARIJUANA WILL BE
DETERMINED BY THE CRIME LAB. HE ENVELOPE AND CARD WERE FORWARDED TO CRIME SCENE
AND LATENTS FOR FINGERPRINT ANALYSIS.  THIS INFORMATION WILL BE USED TO
DEVELOP A SUSPECT.  THE ENVELOPE HAD A RETURN ADDRESS OF: TASHA MACKIE 1698
REESEVILLIE BLVD  WPB FL 33416.  I RE2UESTED A BACKGROUND CHECK THROUGH PBSO
CRIMINAL ANALYST DENNIS ELLIS TO ASSIST ME IN IDENTIFYING THE ACTUAL SUSPECT.
   THE EVIDENCE WAS PLACED IN THE CRIME LAB.  PENDING THE IDENTIFY OF THE
SUSPECT AND INVSTIGATIVE LEADS.  THIS INFORMATION WILL ALSO BE FORWARED TO THE
POSTAL INSPECTOR TO ASSIST IN IDENTIFYING A SUSPECT.
INV. GARCIA 5128/MAJ/091010

```
P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE    1
              O F F E N S E   R E P O R T           CASE NO. 10158239
```

```
                              DISPOSITION: ZULU
                              DIVISION: DETECTIVE

FOUND CONTRABAND DRUGS                CODE: 9557  DATE: 12/08/10  WEDNESDAY
ZONE: B21 GRID:        DEPUTY ID.:   5128 ASSIST:    TIME D 1310 A 1310 C 1310
OCCURRED BETWEEN DATE: 11/30/10 , 1033 HOURS AND DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228        GUN CLUB          RD   APT. NO.:
         CITY: WEST PALM BEACH            STATE: FL     ZIP: 33406
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: JAIL / PRISON
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0


   ..
OTHER               DESMOND D ENGLISH           DOB:
              SEX: M RACE: B HT: 508 WT: 145 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: 13625    YARMOUTH   CT      WELLINGTON FL 33414
        HOME PHONE: 561 000-0000
    BUSINESS PHONE: 561 000-0000
 ..
 ..
=============================================================================
 STATUS  1 = STOLEN                  2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY            4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=============================================================================
```

| DATE STLN/ RECOV | S T Y A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 120810 | 8 | D | M-MARIJUAN | 2 | GRAM SMALL AMOUNT OF GREEN AND BROWN SUBSTANCE POSSIBLY MARIJUANA | 1 | | |
| 120810 | 8 | Z | | 1 | GREETING CARD | | 1 | |
| 120810 | 8 | Z | | 1 | WHITE ENVELOPE | | 1 | |

```
 ..
 ..
    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
```

    ON DECEMBER 8, 2010 I REMOVED EVIDENCE SUBMITTED BY CORRECTIONAL SUPPORT
PERSONAL KATHY EBANKS FROM THE MAIN DETENTION FACILITY EVIDENCE LOCKER.  MRS.
EBANKS STATED NOVEMBER 30, 2010 SHE WAS INSPECTING INCOMING MAIL RECEIVED FOR
INMATES IN CUSTOSDY AT THE MAIN DETENTION FACILITY. SHE OPENED UP A LETTER
ADDRESSED TO ENGLISH DESMOND.  WHEN SHE TOOK THE CARD OUT TO INSPECT THE MAIL
A GREEN SUBSTANCE FELL OUT OF THE LETTER.  THE SENDER ON THE ENVELOPE WAS
ADDRESSED TO A ASLEY TAYLOR 1624 CROOKED STREET,  GREENACRES, FLORIDA 38415.
THE EVIDENCE WAS TESTED WITH A NARCOTICS ANALYSIS REAGENT KIT AND TESTED
POSITIVE FOR MARIJUANA WEIGHT 2 GRAMS.
    CONTACT WAS MADE WITH CRIMINAL ANALYSIS DENISE ELLIS TO TRY AND LOCATED
SENDER ASLEY TAYLOR.  VISITATION LOG WAS CHECKED AND NO VISITOR WAS ASSIGNED

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E     PAGE     2
O F F E N S E   R E P O R T                    CASE NO. 10158239

TO VISIT UNDER THE NAME ASLEY TAYLOR.  INVESTIGATOR SPOKE WITH ENGLISH WHO
DENIED KNOWING AN ASLEY TAYLOR.   CONDUCTED A SEARCH OF OTHER MAIL/GREETING
CARDS ENGLISH RECEIVED NO OTHER LETTERS WERE RECEIVED WITH THE SENDER
ADDRESSED AS ASLEY TAYLOR OR THE SENDERS ADDRESS.   ENGLISH RECEIVED  SIX
GREETING CARDS PREVIOUSLY.   GREETING CARD WILL BE SENT TO CRIME LATENT PRINTS
FOR A ANALYSIS REQUEST FOR LATENT PRINTS. REPORT WAS GENERATED FOR
INFORMATIONAL PURPOSES.
INVESTIGATOR T GARCIA ID 5128
TRANS 12-13-10 JOY



**PALM BEACH COUNTY**
# SHERIFF'S OFFICE
**RIC L. BRADSHAW, SHERIFF**

## INTER-OFFICE MEMORANDUM
**IMD- Property**

**TO:** Michelle DeLaura                                    **DATE:** July 13, 2009

**FROM:** Mabel Kulovitz                                   **FILE:**

**SUBJECT:** Employee of the Month

---

I would like to submit CSP Carolyn McCrae # 6671 for my nomination for employee of the month.

On 7/10/09, CSP McCrae was processing the inmate's incoming mail and inmate Judkins, Rodrick jacket# 0192298 located in E5A received 2 greeting cards addressed to him. While she was carefully inspecting the envelopes CSP McCrae found a green leafy substance hidden in both of the greeting card. She suspects it was Marijuana. I would like to commend Ms. McCrae for an excellent job and her outstanding efforts in preventing contraband from entering the facility.

This is an example of her professional duty that is above and beyond her daily work in our department. Carolyn McCrae should be awarded for Employee of the Month for her extra efforts and continuously exceptional work performance.

Respectfully Submitted,

*Mabel Kulovitz*

Mabel Kulovitz- O.S.S.

Page _____ of _____

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS    ☐ VICTIM    ☐ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement: | Month: 07 | Day: 10 | Year: 09 | Time: 1350 |
|---|---|---|---|---|

**Offense:** Contraband

**Agency Case #:** 30602009070042

| Date of Offense: | Month: 07 | Day: 10 | Year: 09 | Time: 1350 |
|---|---|---|---|---|

**Suspect/Arrestee:** Last: Judkins   First: Rodrick   Middle:

**Location of Offense:** 3228 Gun Club Rd. WPB Fl. 33406   **Zone:** B-13

**Name: (Witness/Victim)** Last: McCrae   First: Carolyn   Middle:

**Age:** 41   **D.O.B.:**   **Race:** B   **Sex:** F

**Address: Res.:**   **Zip:**   **Phone:**

**Address: Bus.:** 3228 Gun Club Rd WPB   **Zip:** 33406   **Phone:** (561) 688-4351

I, _CSP. Carolyn McCrae_ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

On 7/10/09 I was assigned to the mail room
while opening mail for East S A I found
a Green leafy substance in a card for
Rodrick Judkins I Reported it to CSpt. Donna
Delai She Reported it to manager michelle
Delaura and Photos where took and
report was completed and prepared
the contraband for evidence.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes ☐ No | Initial: |
|---|---|---|---|

| Sworn To and Subscribed Before Me, This: | | I will prosecute criminally: ☒ Yes ☐ No | Initial: |
|---|---|---|---|

_____ Day of _____ year _____

**Deputy Sheriff ☐    Notary Public ☐    FSS 117.10**

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

**Signature:** _____

**Signature:** Carolyn McCrae

PJGB 67

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE # 3060 2009 07042

PBSO CASE #

Date 7/10/09   Time 1350   Zone B-13   Type Case Contraband   LOC Number

- ☒ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☒ Destroy
- ☐ Hold for Forfeiture

Send Report To: Investigator Bailey

Release After Processing per F.S.S. 90.91? ☐ Yes   ☐ No

Division: Jail Investigations

☐ To Whom

Photographed by & I.D. # CSPT D. Delai 6840

Address Where Property Recovered: 3228 Gun Club Rd  WPB  FL 33406

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | CSP C. McCrae | 7/10/09 | | B/F | 3228 Gun Club WPB | 6884386 |
| Owner | | | | | | |
| Victim | State of Florida | | | | | |
| Suspect(s) | Judkins, Rodrick   J# 0192298 | | | B/M | 3228 Gun Club Rd  WPB | ESA |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Envelope |
| 2 | 1 | | Greeting Card with green leafy substance concealed inside. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name:

Signature:

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn mccrae  I.D. # 6671  Div.

Signature: Carolyn mccrae 6671

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |

DISTRICT

PAGE

PJGB 68

561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE # 3060 2009 07 042

PBSO CASE #

Date 7-10-09   Time 1350   Zone B-13   Type Case Contraband   LOC Number

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☑ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy
- ☐ Hold for Forfeiture

Send Report To: Investigator Bailey   Division: Jail Investigations

Release After Processing per F.S.S. 90.91? ☐ Yes ☐ No   ☐ To Whom

Photographed by & I.D. # CSPT D. Delai 6840

Address Where Property Recovered: 3228 Gun Club Rd. W.P.B FL 33406

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|
| Discovered by CSP C. McCrae | 7/10/09 | | B/F | 3228 Gun Club Rd WPB | 688-4386 |
| Owner | | | | | |
| Victim | | | | | |
| Suspect(s) Judkins, Rodrick Jr. 0192278 | | | B/M | 3228 Gun Club WPB | ESA |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Memory Card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn McCrae I.D. # 6671 Div. ___

Signature: Carolyn McCrae 6671

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |

DISTRICT

PJGB 69





Sergio Thompson IMD CS# 3060-2009-07-043





Rodrick, Judkins IMB CS# 3060-2009-07-042

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE # **3060 200907043**

PBSO CASE #

Date **7/10/09**  Time **1352**  Zone **B-13**  Type Case **Contraband**  LOC Number

- ☑ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☑ Destroy
- ☐ Hold for Forfeiture

Send Report To: **Investigator Bailey**

Division: **Jail Investigations**

Release After Processing per F.S.S. 90.91? ☐ Yes  ☐ No  ☐ To Whom

Photographed by & I.D. # **CSPT D. Delai 6840**

Address Where Property Recovered: **3228 Gun Club Rd WPB FL 33406**

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | CSP C. McCrae | 7/10/09 | | B/F | 3228 Gun Club Rd | 688-4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Thompson, Sergio J# 0247648 | | | B/m | 3228 Gun Club Rd WPB | ESA |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Envelope |
| 2 | 1 | | Greeting Card with green leafy substance concealed inside. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: **Carolyn McCrae** I.D. # **(667)** Div. _____

Signature: **Carolyn McCrae (667)**

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |

DISTRICT _____

PAGE _____ OF _____

PJGB 72

561-588-2400

21-133985-KY

## PALM BEACH COUNTY SHERIFF'S OFFICE

Page _____ of _____

☐ WITNESS       ☐ VICTIM       ☐ OTHER

| Date of Statement: | Month: 07 | Day: 10 | Year: 09 | Time: 1352 |
|---|---|---|---|---|

# STATEMENT
### Please complete in full detail

Offense: Contraband

| Date of Offense: | Month: 07 | Day: 10 | Year: 09 | Time: 1352 |
|---|---|---|---|---|

Agency Case #: 30602009 07043

Suspect/Arrestee:
Last: Thompson   First: Sergio   Middle:

Location of Offense: 3228 Gun Club Rd WPB Fl. 33406   Zone: B-13

Name: (Witness/Victim)
Last: Mccrae   First: Carolyn   Middle:   Age: 41   D.O.B.:   Race: B   Sex: F

Address: Res.:   Zip:   Phone:

Address: Bus.: 3228 Gun club rd wpb   Zip: 33406   Phone: (561) 688-4351

I, CSP Carolyn mccrae _____ make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever. _____ do hereby voluntarily

On 7/10/09 I was assigned to the mail
room while opening mail for East 5A
I found a Green leafy substance in a card
for Sergio Thompson I Reported it to
SPT. Donna Delai She Reported it to manage
michelle Delaura Report was completed
and Photo's where taken and contraband
was prepared for evidence.

e received the Victim's Rights package:   Initial:

n To and Subscribed Before Me, This: _____ Day of _____ yeat

y Sheriff ☐   Notary Public ☐   FSS 117.10

ture:

| I will testify in court: | ☒ Yes | ☐ No | Initial: |
| I will prosecute criminally: | ☒ Yes | ☐ No | Initial: |

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

Signature: Carol mccra

PJGB 73

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE #

PBSO CASE #

Date 1-10-09   Time 1352   Zone B-13   Type Case Contraband   LOC Number

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☑ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy
- ☐ Hold for
Forfeiture

Send Report To: Investigator Bailey   Division: Jail Investigations

Release After Processing per F.S.S. 90.91? ☐ Yes ☐ No   ☐ To Whom

Photographed by & I.D. # CSPT D. Delai 6840

Address Where Property Recovered: 3228 Gun Club Rd WPB FL 33406

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | CSP C. McCrae | 7/10/09 | | | 3228 Gun Club Rd WPB | 688-438 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Thompson, Sergio  J# 0247648 | | | B/M | 3228 Gun Club Rd | ESA |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Memory Card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name:

Signature:

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn McCrae I.D. # 6671 Div.

Signature: Carolyn McCrae 6671

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |

DISTRICT _____

PAGE _____ OF _____   PJGB 74





Sergio Thompson IMD CS# 3060-2009-07-043

Page _____ of _____

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS   ☐ VICTIM   ☐ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement: | Month: 07 | Day: 10 | Year: 09 | Time: 1350 |
|---|---|---|---|---|

Offense: Contraband

Agency Case #: 30602009070042

| Date of Offense: | Month: 07 | Day: 10 | Year: 09 | Time: 1350 |
|---|---|---|---|---|

Suspect/Arrestee: Last: Judkins   First: Rodrick   Middle:

Location of Offense: 3228 Gun Club Rd. WPB Fl. 33406

Zone: B-43

Name: (Witness/Victim) Last: McCrae   First: Carolyn   Middle:   Age: 41   D.O.B.:   Race: B   Sex: F

Address: Res.:   Zip:   Phone:

Address: Bus.: 3228 Gun Club Rd WPB   Zip: 33406   Phone: (561) 688-4351

I, Csp. Carolyn McCrae _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

On 7/10/09 I was assigned to the mail room
while opening mail for East S A I found
a Green leafy Substance in a card for
Rodrick Judkins I Reported it to Cspt. Donna
Delai She Reported it to manager michelle
Delaura and Photos where took and
report was completed and prepared
the contraband for evidence.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes ☐ No | Initial: CM |
|---|---|---|---|
| Sworn To and Subscribed Before Me, This: | | I will prosecute criminally: ☐ Yes ☐ No | Initial: CM |
| _____ Day of _____ year _____ | | I Swear/Affirm the Above and/or Attached Statements are Correct and True. | |
| Deputy Sheriff ☐   Notary Public ☐   FSS 117.10 | | | |
| Signature: _____ | | Signature: Carolyn McCrae | |

PBSO #0134 REV 1001

PJGB 76

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE # 3060 2009 07042

PBSO CASE #

Date 7/10/09   Time 1350   Zone B-13   Type Case Contraband   LOC Number

- ☒ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☒ Destroy
- ☐ Hold for Forfeiture

Send Report To: Investigator Bailey
Division: Jail Investigations

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☐ No   ☐ To Whom

Photographed by & I.D. # CSPT D. Delai 6840

Address Where Property Recovered: 3228 Gun Club Rd WPB FL 33406

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|------|------|--------|----------|---------|-------|
| Discovered by CSP C. McCrae | 7/10/09 | | B/F | 3228. Gun Club WPB | 688 4386 |
| Owner | | | | | |
| Victim State of Florida | | | | | |
| Suspect(s) Judkins, Rodrick J# 0192298 | | | B/M | 3228 Gun Club Rd WPB | ESA |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|--------|------|-------|-------------------------|
| 1 | 1 | | Envelope |
| 2 | 1 | | Greeting Card with green leafy substanced concealed inside. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name:

Signature:

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer o Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn mccrae   I.D. # 6671   Div.

Signature: Carolyn mccrae (6671)

| Received By | Reason | Date & Time |
|-------------|--------|-------------|
| | | |
| | | |
| | | |

DISTRICT

PAGE

PJGB 77

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE # 3060 2009 07 042

PBSO CASE #

Date 7-10-09    Time 1350    Zone B-13    Type Case Contraband    LOC Number

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☑ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy
- ☐ Hold for Forfeiture

Send Report To: Investigator Bailey

Division: Jail Investigations

Release After Processing per F.S.S. 90.91?  ☐ Yes  ☐ No   ☐ To Whom

Photographed by & I.D. # CSPT D. Delai 6840

Address Where Property Recovered: 3228 Gun Club Rd. W.P.B. FL 33406

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|------|------|--------|----------|---------|-------|
| Discovered by CSP C. McCrae | 7/10/09 | | B/F | 3228 Gun Club Rd WPB | 688-438 |
| Owner | | | | | |
| Victim | | | | | |
| Suspect(s) Judkins, Rodrick J# 0192278 | | | B/M | 3228 Gun Club WPB | ESA |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|--------|------|-------|-------------------------|
| 1 | 1 | | Memory Card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn McCrae  I.D. # 6671  Div. _____

Signature: Carol McCrae 6671

| Received By | Reason | Date & Time |
|-------------|--------|-------------|
| | | |
| | | |
| | | |

DISTRICT

PJGB 78





Rodrick, Judkins IMB CS# 3060-2009-07-042

Junto, Por cada

To My Honer
Lover
Por
Best friend an
- conseare

From me
your
Butt naked Pictures
4th Butt naged
MInor OK
© USPS 2009

This Letter Demands your Attention!
County Facility Dade
The Sheriff Claims / Assume Responsibility

STRELLD
BOOGIE

MR.
DOLLAR BILL

Always Your

TAMPA
Contents

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

PJGB 80

Junto. Por cada

To My House
Lover
Best Friend in
- consecere

From me
you
Butt Naked Petrol
the Butt Naked Manok
© USPS 2009

O.T.

STELLA DOGGIE

Mr. DOLLAR BILL

Attention:
Always

This Letter Originates From
County Facility. All Mails is Uncensored.
The Sheriff Cannot Assume Responsibility
of its Contents

TAMPA

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

Hey Beautiful I'm so confused an scared.
I just wish I knew what is going on or going
to happened. I don't know if Broward is coming
to get me or what? Well I really Appreciate
you!! If I didn't have you I would really Be
fucked up. My Dad Act like He don't want
to help me out. I'm just so frustrated, men
when they didn't call my name for visitation
my heart was crushed. It felt like like I
self just stop, I want to change for you
so Bad. But it's going to Be really hard to
stop doing the only thing I know Best. But if
I have someone there with me. By my side
Maybe it won't Be that hard? I don't know
if I can stop?! I can't use my Dad As A
example an say "if my Dad can change so can I"
Because He was a Drug Addict. An Addicted to Hairon.
I'm Addicted to Addicts An Addicted to Hairon.
Big Difference, I mean He trys to help me. But
well He's new At this Being A father thing.
I just met him in 2007 for the second time in
my life. the fyrt time was At my Graduation party,
I allways told my self that I would Be A Better
father then my Dad. But I guese the Apple
Don't fall to far from the tree Hueya I'm
sure Mr. Areial told you How Bad I had it growing
up An How my Brother use to Beat my ass

Hey Beautifull Im so confused An scared.
I just wish I knew what is going on or going
to happened. I don't know if Broward is coming
to get me or what? well I really Appreciate
you!! If I Didn't have you I would really Be
fucked up. My Dad Act's like He Don't want
to Help me out. I'm Just so frustrated, man
when they Didn't call my name for Visitation
my Heart was crushed. It felt like life it
self Just stop. I want to change for you
so bad. But it's going to Be Really hard to
stop Doing the only thing I know Best. But if
I have someone there with me. By my side
Maybe It won't Be that hare? I Don't know
if I can stop?! I can't use my Dad As A
ekample An say "If my Dad can change so can I"
Because He was A Drug Addict. An Addicted to Hairon.
I'm Addicted to Addicts An moneys An Entrepreneurism
Big Diffrence. I mean He trys to Help me. But
well Hes new At this Being A father thing
I just met Him in 2007 for the second time in
my life. the f+bt time was At my Graduation parrty
I allways told my self that I would Be A Better
father then my Dad. But I guese the Apple
Don't fall to far From the tree Hueya Im
sure Mr. Areial told you How Bad I Had it growing
up An How my Brother use to Beat my ass



PALM BEACH COUNTY
# SHERIFF'S OFFICE
RIC L. BRADSHAW, SHERIFF

## Jail Information Model
## Information Referral Form

| Corrections Division #:3060 | Date/ Time: | 2/28/11 | /1330 |
|---|---|---|---|
| Routing #: | | | |

| Internal Security ☒ | | Internal Criminal ☐ | | External Criminal Jurisdiction: ☐ | |
|---|---|---|---|---|---|
| ☐ | Inmate Safety | ☐ | Assaults | ☐ | Burglary |
| ☐ | Staff Safety | ☐ | Narcotics | ☐ | Auto theft |
| ☒ | Contraband | ☐ | Sexual assault | ☐ | Narcotics |
| ☐ | Weapons | ☐ | Witness tampering | ☐ | Gang activity |
| ☐ | Escape Information | ☐ | Other | ☐ | Robbery |
| ☐ | Riot Information | | | ☐ | Homeland security |
| ☐ | Gang activity | | | ☐ | Homicide |
| ☐ | Security Concern | | | ☐ | Violent Crimes |
| ☐ | Other | | | ☐ | Weapons |
| | | | | ☐ | Other |

### Source of information

| Name:Dominick Oswiecinski | Inmate I.D. # 0394383 | Housing Unit: E6A |
|---|---|---|
| Gang affiliation Y: ☐   N: ☐ | | |

Details: (Attach reports if necessary) I opened the returned letter from Inmate above and found his wristband inside.

Submitted by (Print):CSP Nancy Rich
Signature: CSP Nancy Rich                                        I.D. #4480

### Validation

| Watch Commander Name: | | | I.D. # 5737 |
|---|---|---|---|
| Internal Normal ☐ | Internal Priority ☐ | External Normal ☐ | External Priority ☐ |

### Notifications

| Notification to Agency/Division: | | | Method of notification: Phone, E-mail, Fax, other (explain) |
|---|---|---|---|
| Person Notified: Manager Robert Edgar | Date: 02/28/11 | Time:1310 | In-person |
| Person Notified: LtD Smith 4780 | Date: 2-28-11 | Time: 1532 | In person |
| Person Notified: | Date: | Time: | |
| Person Notified: | Date: | Time: | |
| Notification made by: CSP N. Rich | | | |
| Additional Comments/Information: | | I.D. #:4986 | |

PJGB 84

THE PALM BEACH COUNTY
**SHERIFF'S OFFICE**



# DEPARTMENT OF CORRECTIONS - INCIDENT REPORT

☒ MDC   ☐ CDC   ☐ WDC   ☐ CSS   ☐ IMD   ☐ SSD   ☐ CCS

Incident Type: Other

Corrections Case #: _____

I/M Name: DOMINICK OSWIECINSKI          Role: Suspect   Jacket #: 0394383   R/Sex: W/M   Housing Unit: E6A

Jacket #: _____   R/Sex: _____   Housing Unit: _____

Jacket #: _____   R/Sex: _____   Housing Unit: _____

Location of Incident (cell, bldg., area, etc.): MDC-Property

Date of Incident: 02/28/2011          Day of Incident: Monday          Time of Incident: 13:10

Reporting Staff Member's Name (print): CSP Nancy Rich          ID #: 4986

**INCIDENT**   (Explain in detail; what transpired, list staff & inmate witnesses, etc.):

While verifying returning mail to Inmate Dominick Albert Accetturo,# 0394383.
The name and jacket number did not match. I opened the letter to see if I could
find the inmates correct information and I found his wristband. The correct
Inmates name is, Dominick Oswiecinski, #0394383.

☒ Continued on back......

**ACTION TAKEN BY STAFF**   (Inmates moved, bloodborne pathogens cleanup, repair notification to Facilities Management, photographs taken by whom, etc.):

I informed Manager Robert Edgar, and was asked to write this report.

Reporting Staff Member's Signature: CSP, Nancy Rich          ID #: 4986   ☐ Continued on back......   Date: 2-28-11

**MEDICAL**   (Required for injury/illness, all Use of Control incidents):

List inmates examined and treated per protocol:          ☐ Medical Assessment Not Applicable

Name (print): _____   ID #: _____   Signature: _____   ☐ Continued on back......   Date: _____

**SUPERVISOR'S COMMENTS**   (Action taken, notifications to IA, Crime Scene, etc.):

CSP Rich was instructed to complete all necessary forms/reports.

Name (print): R Edgar   ID #: 5477   Signature: R Edgar   ☐ Continued on back......   Date: 2/28/11

**SHIFT COMMANDER'S REVIEW:**

| SUPPLEMENT DOCUMENTS: | DISPOSITION PENDING: | DISTRIBUTION: |
|---|---|---|
| ☐ Blue Team Report | ☐ No Further Action | ☐ Records Custodian/original |
| ☐ Disciplinary Report | ☐ Disciplinary Investigation/hearing | ☐ Classification |
| ☐ Mental Health Referral | ☐ IA Investigation | ☐ Legal Advisor's Office |
| ☐ Major Case Report | ☐ Jail Investigation | ☐ Internal Affairs |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Corr. Crime Analyst |
| | | ☐ Other: _____ |

Name (print): _____   ID #: _____   Signature: _____   Date: _____

PBSO CF #0015 CG REV 02/11

PALM BEACH COUNTY
**SHERIFF'S OFFICE**



# DEPARTMENT OF CORRECTIONS - INCIDENT REPORT

| ☒ MDC | ☐ CDC | ☐ WDC | ☐ CSS | ☐ IMD | ☐ SSD | ☐ CCS |

Incident Type: Other                                                      Corrections Case #:

I/M Name: DOMINICK OSWIECINSKI          Role: Suspect    Jacket #: 0394383    R/Sex: W/M   Housing Unit: E6A

_____            Jacket #: _____   R/Sex: _____   Housing Unit: _____

_____            Jacket #: _____   R/Sex: _____   Housing Unit: _____

Location of Incident (cell, bldg., area, etc.): MDC-Property

Date of Incident: 02/28/2011          Day of Incident: Monday                     Time of Incident: 13:10

Reporting Staff Member's Name (print):   CSP Nancy Rich

ID #: 4986

**INCIDENT**   (Explain in detail; what transpired, list staff & inmate witnesses, etc.):

While verifying returning mail to Inmate Dominick Albert Accetturo,# 0394383.
The name and jacket number did not match. I opened the letter to see if I could
find the inmates correct information and I found his wristband. The correct
Inmates name is, Dominick Oswiecinski, #0394383.

☒ Continued on back......

**ACTION TAKEN BY STAFF**   (Inmates moved, bloodborne pathogens cleanup, repair notification to Facilities Management, photographs taken by whom, etc.):

I informed Manager Robert Edgar, and was asked to write this report.

Reporting Staff Member's Signature: _CSP Nancy Rich_     ID #: 4986      ☐ Continued on back......
                                                                            Date: 2-28-11

**MEDICAL**   (Required for injury/illness, all Use of Control incidents):

List inmates examined and treated per protocol:                         ☐ Medical Assessment Not Applicable

Name (print): _____   ID #: _____   Signature: _____   ☐ Continued on back......
                                                               Date:

**SUPERVISOR'S COMMENTS**   (Action taken, notif cations to IA, Crime Scene, etc.):

CSP Rich was instructed to complete all necessary forms/report.

Name (print): R. Edgar     ID #: 543?   Signature: _____   ☐ Continued on back......
                                                               Date: 2/28/11

**SHIFT COMMANDER'S REVIEW:**

| SUPPLEMENT DOCUMENTS: | DISPOSITION PENDING: | DISTRIBUTION: |
|---|---|---|
| ☐ Blue Team Report | ☒ No Further Action | ☒ Records Custodian/original |
| ☐ Disciplinary Report | ☐ Disciplinary Investigation/hearing | ☒ Classification |
| ☐ Mental Health Referral | ☐ IA Investigation | ☐ Legal Advisor's Office |
| ☐ Major Case Report | ☐ Jail Investigation | ☒ Internal Affairs |
| ☒ Other: Photos | ☐ Other: | ☐ Corr. Crime Analyst |
| | | ☐ Other: |

Name (print): LT. D. Smith     ID #: 4704   Signature: _____   Date: 2/28/11

PBSO CF #0015 CG REV 02/11




**PALM BEACH COUNTY**
# SHERIFF'S OFFICE
RIC L. BRADSHAW, SHERIFF

## Jail Information Model
## Information Referral Form

| Corrections Division #:3060 | Date/ Time: | 2/28/11 | /1330 |
|---|---|---|---|
| Routing #: | | | |

| Internal Security ☒ | Internal Criminal ☐ | External Criminal Jurisdiction: |
|---|---|---|
| ☐ Inmate Safety | ☐ Assaults | ☐ Burglary |
| ☐ Staff Safety | ☐ Narcotics | ☐ Auto theft |
| ☒ Contraband | ☐ Sexual assault | ☐ Narcotics |
| ☐ Weapons | ☐ Witness tampering | ☐ Gang activity |
| ☐ Escape Information | ☐ Other | ☐ Robbery |
| ☐ Riot Information | | ☐ Homeland security |
| ☐ Gang activity | | ☐ Homicide |
| ☐ Security Concern | | ☐ Violent Crimes |
| ☐ Other | | ☐ Weapons |
| | | ☐ Other |

### Source of information

| Name:Dominick Oswiecinski | Inmate I.D. # 0394383 | Housing Unit: E6A |
|---|---|---|

Details: (Attach reports if necessary) I opened the returned letter from Inmate above and found his wristband inside.

Submitted by (Print):CSP Nancy Rich
Signature:  *CSP Nancy Rich*                          I.D. #4480

### Validation

Watch Commander Name:                               I.D. # 5757

| Internal Normal ☐ | Internal Priority ☐ | External Normal ☐ | I.D. # |
|---|---|---|---|
| | | | External Priority ☐ |

### Notifications

Notification to Agency/Division:

| | | | Method of notification: Phone, E-mail, Fax, other (explain) |
|---|---|---|---|
| Person Notified: Manager Robert Edgar | Date: 02/28/11 | Time:1310 | In-person |
| Person Notified: | Date: | Time: | |
| Person Notified: | Date: | Time: | |
| Person Notified: | Date: | Time: | |

Notification made by: CSP N. Rich

Additional Comments/Information:                      I.D. #:4986



TOMY LORE: JACQUELYN SCHMIDE

FOREVER

USA
FIRST CLASS

4784 ORLANDO AV
WPB FL 33417

NIXIE      327   4E 1      05 02/23/11
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 33415471616   *0375-15412-10-33

33417/3333
33415471615

DOMENIC ALBERT RESCIGNO
P.O. BOX 24716
WPB FL 33416

LAWRENCE ALBERT KESSTLARO

23044383 E6A

PO. Box 24416

WPB FL 33416

TO MY LOVE, JACQUELYN SCHMIDE

4784 ORLANDO AV

WPB FL 33417

FIRST-CLASS FOREVER USA

NIXIE          327      4E  1          85  02/23/11

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  33415471515          *0375-15412-10-33

33417/33717
30415471515