**PALM BEACH COUNTY**
**SHERIFF'S OFFICE**



# DEPARTMENT OF CORRECTIONS - INCIDENT REPORT

| ☒ MDC | ☐ CDC | ☐ WDC | ☐ CSS | ☐ IMD | ☐ SSD | ☐ CCS |

Incident Type: __Other__                                    Case #: _____

I/M Name: __Brian Yeary__          Role: __Suspect__   Jacket #: __0226023__   R/Sex: __W/M__   Housing Unit: __S10-A__
_____          Jacket #: _____   R/Sex: _____   Housing Unit: _____
_____          Jacket #: _____   R/Sex: _____   Housing Unit: _____

Location of Incident (cell, bldg., area, etc.): __MDC Property__

Date of Incident: __01/25/2011__          Day of Incident: __Tuesday__          Time of Incident: __06:30 AM__

Reporting Staff Member's Name (print): __CSPT D. Delai__          ID #: __6840__

**INCIDENT**    (Explain in detail; what transpired, list staff & inmate witnesses, etc.):

While training CSP Rizzo on outgoing inmate mail we noticed an envelope with a
bulky item inside. I opened the letter and we found the wristband of inmate
Brian Yeary. The letter was addressed to Lindsey Kline. The return address is
Brian Yeary #0226023.

☐ Continued on back......

**ACTION TAKEN BY STAFF**    (Inmates moved, bloodborne pathogens cleanup, repair notification to Facilities Management, photographs taken by whom, etc.):

I reported my findings to Manager Robert Edgar,and was instructed to follow up
with a Incident Report.

Reporting Staff Member's Signature: __CSPT D Delai__          ID #: __6840__          ☐ Continued on back......
Date: _____

**MEDICAL**    (Required for injury/illness, all Use of Control incidents):          ☐ Medical Assessment Not Applicable

List inmates examined and treated per protocol:
_____
_____

Name (print): _____   ID #: _____   Signature: _____          ☐ Continued on back......
Date: _____

**SUPERVISOR'S COMMENTS**    (Action taken, notifications to IA, Crime Scene, etc.):
_____
_____
_____

Name (print): _____   ID #: _____   Signature: _____          ☐ Continued on back......
Date: _____

**SHIFT COMMANDER'S REVIEW:**

| SUPPLEMENT DOCUMENTS: | DISPOSITION PENDING: | DISTRIBUTION: |
|---|---|---|
| ☐ Blue Team Report | ☐ No Further Action | ☐ Records Custodian/original |
| ☐ Disciplinary Report | ☐ Disciplinary Investigation/hearing | ☐ Classification |
| ☐ Mental Health Referral | ☐ IA Investigation | ☐ Legal Advisor's Office |
| ☐ Major Case Report | ☐ Jail Investigation | ☐ Internal Affairs |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Corr. Crime Analyst |
|  |  | ☐ Other: _____ |

Name (print): _____   ID #: _____   Signature: _____          Date: _____

PBSO CF #0015 CG REV 07/10

BRiAN HEARN #13226023
P.o. BoX 247116
W.P.B. FL. 33416

LiNDSEY KLiNE
Po BoX 587
CHURCHViLLE, N.Y. 014428





Jacket#: 0226023     ID#: 20101111037     Pch: 3070
Name YEARY, BRIAN M
R/S: W/M   DOB:

*201011111

Lindsey                                                    1/23/12

DAMN WOMAN! I REALLY DONT GET YOU AT ALL! YOU SHOULD ALREADY KNOW HOW HARD IT IS FOR ME TO CALL YOU AND STILL YOU DONT NEVER ANSWER THE DAMN PHONE! I TRIED CALLING YOU ALL NIGHT FRIDAY AND SATURDAY BUT I GUESS YOU WERE TOO BUSY WITH WHATEVER NIGGA YOU WITH UP THERE THAT YOU CANT EVEN ANSWER MY PHONE CALLS. I MEAN COME ON! NOT ONLY AM I CALLING LONG DISTANCE, BUT I'M CALLING SOMEBODY ELSE COLLECT JUST TO 3 WAY YOU AND YOU DONT EVEN ANSWER?! THAT IS SO FUCKED UP! IT AIN'T LIKE BEFORE WHEN I HAD CANTEEN MONEY TO BUY 3 WAYS WITH, NO. I HAVE NO CANTEEN AND WHEN I DO GET 3 WAYS ITS BECAUSE IM GOING HUNGRY FOR THE NIGHT AND TRADING MY DINNER TRAY JUST SO I CAN TALK TO YOU AND YOUR UNGRATEFUL ASS IS TOO BUSY WITH SOME SORRY ASS NIGGA UP YA ASS AND WONT EVEN TELL HIM TO HOLD ON AND ANSWER THE DAMN PHONE!

THAT IS SO DAMN RUDE AND UNFAIR! IT SHOWS ME YOU DONT GIVE A FUCK ABOUT ME AND COULD CARE LESS WHAT I HAVE TO GO THROUGH JUST TO PAY FOR THE CALL BECAUSE IT DONT COST YOU SHIT JUST TO ANSWER. I WOULD THINK YOU CAN PUT WHATEVER YOU ARE DOIN ASIDE AND TALK TO ME LIKE YOU ACTUALLY GIVE A

PJGB 93

IN HERE ON THE OTHER SIDE OF THE COUNTRY FROM YOU! I JUST DONT UNDERSTAND YOU AT ALL! I LOVE YOU MORE THAN LIFE ITSELF, BUT I CANT GET YOU TO SHOW ME ANY KIND OF CONSIDERATION AT ALL. I MEAN YOU DONT SEND PICTURES, OR WRITE ME AT ALL. I CAN REMEMBER A TIME WHEN YOU ACTUALLY CARED AND EVEN ACTUALLY SHOWED IT OPENLY AND TRYED TO BE THERE FOR ME EMOTIONALLY AND FINACIALLY. NOW I SIMPLY ASK YOU TO GOOGLE VOICE AND GET A "561" NUMBER AND YOU DONT EVEN DO THAT!

IT WAS SIMPLE AND DONT COST SHIT, BUT REGUARDLESS OF THAT, YOU COULDNT DO THAT OR ANYTHING ELSE JUST TO SHOW ME YOU CARE OR EVEN ATTEMPT TO SHOW. DAMN LINDSEY, YOU SHOULD KNOW ITS HARD ENOUGH IN HERE AS IT IS AND THEN TO TOP IT OFF MY ONE AND ONLY, SOULMATE, AND QUEEN IS NOT SHOWING ME ANY ATTENTION AT ALL. I THOUGHT YOU COULD UNDERSTAND AFTER THAT NIGGA AND ALL YA FRIENDS LEFT YOU IN HERE, BUT YOU SHOULD ONLY FEEL THE PAIN THAT I GO THROUGH JUST WORRYING ABOUT YOU & DESI. ITS ALL I GO THROUGH IN HERE AND IF FOR SOME CRAZY REASON I GAVE YOU THE MISCONCEPTION THAT IT DOESNT MATTER, THEN I'M SORRY BECAUSE IT DOES! YOU AND DESI ARE THE ONLY THING I HAVE TO LOOK

UP, AND THEN YOU LOST INTEREST IN ME JUST AS FAST. YOU CANT TELL ME I'M OVERREACTING, IT'S LIKE I BREAK MYSELF TO TALK TO YOU AND YOU LOOK AT THE PHONE AND SEE IT'S ME AND ARE LIKE "NAH I DON'T WANNA INTERUPT BOB'S GREAT CONVERSATION ABOUT HOW HE LIKES MY SHOES"! LOL I'M THE ONE WHO USED TO MAKE FUN OF YOUR PUMA SHOES, BUDWIESER DRINKIN, AND MARLBORO SMOKIN ASS! BUT THEN DADDY HAD YOU SIPPIN HENNESSY & HEINIKIN, WEARIN JORDANS, AND SMOKING NEWPORTS DIDNT I? WELL, I LOVE YOU EITHER WAY AND I WISH YOU WOULD LOVE ME EITHER WAY AND PAY ME SOME ATTENTION CUZ I TOOK CARE OF YOU 3 LONG YEARS AND ALL I'M ASKIN IS FOR YOU TO BE THERE FOR ME NOW. I DON'T THINK THATS TOO MUCH DO YOU MISS OCD FEET FETISH? DAMN I CAN'T STOP THINKING ABOUT YOU.... I MISS YOU TO DEATH AND ITS DRIVING ME CRAZY.

   LINDSEY, JUST PLEASE TIGHTEN UP & START ACTING LIKE YOU CARE AND PAY ME SOME ATTENTION! SEND SOME PICTURES AND LETTERS! THAT WILL HELP ALOT, AND TRY AND PUT T-NETICS ON YA GOOGLE VOICE NUMBER. I TRULY LOVE YOU AND MISS YOU AND DESI MORE THAN ANYTHING.... LOVE YA HUSB

Slowly taking that away. I can't take it if you are giving up on me because I am nothing without you. I thought you knew that you truly are my other half and I can't function without you. Can't you just understand that I have to be one of your top priorities? In every girl I was with didn't I let her know right from the beginning that you were number one?!

In all I've ever done I've always made it clear to everybody and anybody who cared that you were my "WIFE" and my world revolved around you! Now why can't you do the same?

I just don't know how to get through to you! I thought that you meant everything that you said in the one and only letter that you wrote me and I thought me getting shot up grabbed your attention and changed your perspective but....
That letter was only words and your actions show a different story and I'm not a part of it obviously if I'm not important enough to answer the phone for. The only thing me getting shot up did was grab your attention long enough to find

PJGB 96

BABY,                                                                    1/19/11

    DAMN I MISS YOU SO MUCH! I CAN'T BELIEVE I
EVER LET YOU GET ON THAT PLANE FROM BEING HARD
HEADED AND TRYING TO PROVE A POINT! WELL YOU
FINALLY HAVE MY MYSPACE PASSWORD YOU ALWAYS HAD
WANTED! I JUST HAVE NO REASON TO HOLD BACK
ANYTHING FROM YOU EVER AGAIN. I JUST HOPE YOU
WILL USE IT FOR GOOD AND CHANGE IT HOW YOU WANT
BUT PUT ALL 3 OF US ON IT AND MAKE IT "OURS"
SO NOBODY WILL MISTAKE IT OR THE LOVE WE SHARE.
I REALLY DON'T NEED IT ANYMORE ANYWAYS UNLESS ALL
US ARE ON IT.

        I HOPE YOU KNOW THAT I WILL DO WHATEVER IT
TAKES FOR US TO BE TOGETHER AND MAKE IT WORK FOR
THE REST OF OUR LIVES. I WANT TO BE WITH YOU AND
ONLY YOU BABY. I DON'T EVEN NEED TO LOOK AT ANY
ONE ELSE. I KNOW YOU ARE THE SWEETEST, KIND, AND
LOVABLE PERSON I'VE MET, AND ALSO THE MOST ATTRACTIVE
AND BEAUTIFUL, SO I DON'T NEED TO LOOK ANYWHERE
ELSE. I JUST HOPE YOU FEEL THE SAME. I NEVER DID GET
WHAT SUCH A BEAUTIFUL AND POPULAR GIRL WOULD WANT
WITH ME. BUT I AM SO GLAD YOU DID GET ON THAT BUS
AND MY ONLY REGRET IS THAT WE DIDN'T COME BACK
WITH THE REAL MARIAGE (CERTIFICATE) I WOULD GIVE ANY
THING TO HAVE THAT NOW! DAMN I WISH SO BAD YOU HAD
MY LAST NAME AND WE WERE BONDED TOGETHER

PJGB 97

FOREVER! I KNOW IN MY HEART THERE COULD NEVER BE ANYONE WHO COULD COME CLOSE TO TAKING YOUR PLACE IN MY HEART OR IN MY LIFE, AND I AM SO BLESSED TO HAVE YOU AS DESI'S MOMMY BECAUSE YOU KNOW SHE'S GOING TO INHERIT YOUR TRUE BEAUTY, I CANT WAIT TO SEE YOU!

DAMN TO SEE YOUR SEXY FINE ASS, AND HEAR DESI SAYIN "I CANT HEAR YOU" WITH HER HANDS OVER HER EARS! DAMN I MISS YOU BOTH SO DAMN MUCH! MY MINNIE MOUSE & MY LIL KOALA BEAR! DAMN BABY, AFTER THIS I'M DONE AND I JUST WANT TO MOVE THERE WITH YOU AND DO RIGHT SO I NEVER HAVE TO RISK LOSING YOU EVER AGAIN. WELL, I'M SORRY TO HEAR HOW UNHAPPY YOU ARE AT YOUR JOB THERE! YOU JUST STARTED BACK YESTERDAY AND ALREADY LOOKING FOR OTHER JOBS TODAY?! YOU NEVER WANTED TO WORK IN A HOSPITAL WHEN YOU WERE DOWN HERE, SO I GUESS YOU ARE OVER YOUR FEAR OF BLOOD? ARE YOU GOING TO FINISH YOUR LAST COUPLE CREDITS TO GET YOUR NURSE DEGREE THAT YOU NEVER HAD FINISHED?

WELL DAMN I'M GLAD YOU ANSWERED THE PHONE AND HAD TODAY OFF CUZ I ALWAYS GET SO HAPPY WHEN I HEAR YOUR VOICE, IT DRIVES ME CRAZY I CANT BE NEAR YOU! YOU HAD TO PICK THE FARTHEST AWAY PLACE HUH?! WELL, BABY I LOVE YOU AND MISS YOU SO DAMN MUCH! PLEASE WRITE BACK AND SEND PICTURES!!

LOVE, YOUR HUSBAND

PALM BEACH COUNTY
SHERIFF'S OFFICE

CSP. Smachers 01

# PALM BEACH COUNTY
# SHERIFF'S OFFICE

# EVIDENCE

**Case Number** 3060-11-03-00453

**Date** 3/8/11 **Time** 6:45

**Place** Property · Request Room

**Victim** State of Florida

**Suspect** NEALE BRIAN

**Recovered by** CSP · B. THOMAS #6672

**Contents** Envelope
Containing Suspected
Tobacco
Wrapped in Paper

**Sealed by** CSP - B. THOMAS #6672

INTERNATIONAL PRINTING, INC., WEST PALM BEACH, FL 33405

Page _____ of _____

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS    ☐ VICTIM    ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement: | Month: 03 | Day: 08 | Year: 2011 | Time: 6:45 |
|---|---|---|---|---|

| Offense: Contaraband | Agency Case #: |
|---|---|

| Date of Offense: | Month: 03 | Day: 08 | Year: 2011 | Time: | Suspect/Arrestee: Last: NEALE    First: BRIAN    Middle: A |
|---|---|---|---|---|---|

| Location of Offense: 3228 Gunclub Rd W.P.B FL - 33406 | Zone: B - 13 |
|---|---|

| Name: (Witness/Victim) Last: THOMAS   First: BIJUMOAN   Middle: T | Age: 45 | D.O.B.: | Race: A | Sex: M |
|---|---|---|---|---|

| Address: Res.: | Zip: | Phone: |
|---|---|---|

| Address: Bus.: 3228 Gunclub Rd WPB | Zip: 33406 | Phone: 561 - 688 - 4386 |
|---|---|---|

I, CSP Bijumoan Thomas #6672 do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I was assiged to work in the innate Request, I was porePair the innate Request name I NEALE BRIAN #0326017 In F-2B. I was found Tobacco Wrapped in paper inside the Envelope.

I reported to my Supervisor took photos, Completed this report and the Prepaid the Contraband for Evidence

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes  ☐ No | Initial: |
|---|---|---|---|

| Sworn To and Subscribed Before Me, This: 08 Day of March year 2011 | I will prosecute criminally: ☒ Yes  ☐ No | Initial: |
|---|---|---|

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

PBGB 101

pbsoprintshop.com
561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| | | | OTHER AGENCY & CASE # 3060~11-03-00453 | | PBSO CASE # |
| Date 3~8~2011 | Time 6:45 | Zone 13-13 | Type Case 3060~11-03-00453 | | LOC Number |

☒ Drugs    ☐ Firearms    ☐ Photo Lab    ☐ Stolen - Recovered
☐ Toxicology    ☐ Crime Scene    ☐ Lost Property    ☐ Trial     ☐ Hold for
☐ Serology/DNA    ☐ Latent Prints    ☐ Property of Deceased    ☐ Destroy     Forfeiture

Send Report To: Investigator Garcia

Division: Jail Investigator

Release After Processing per F.S.S. 90.91? ☐ Yes ☐ No    ☐ To Whom

Photographed by & I.D. # CSP - B. THOMAS

Address Where Property Recovered: 3228 Gunclub Jail, Main Jail, inmate Property 3060

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | Benjamin Thomas | 3/8/11 | | A/M | 3228 Gunclub Rd. WPB-Fl 33406 | 688-4250 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | NEALE BRIAN #0326012 | / / | 36/M | 3228 Gunclub RL WPB-FL 33406 | |
| | | | | | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Envelope |
| 2 | 1 | | Containing Suspected Tobacco |
| 3 | 1 | | Wrapped paper |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Benjamin THOMAS   I.D. # 6672   Div. 3060

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |

PJGB 102

pbsoprintshop.com
561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| OTHER AGENCY & CASE # | PBSO CASE # |
|---|---|
| 3060-11-03-06453 | |

| Date 23/08/2011 | Time 6:45 | Zone B-13 | Type Case Contraband | LOC Number |
|---|---|---|---|---|

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☒ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy
- ☐ Hold for Forfeiture

Send Report To: _Investigator Garriba_

Division: _Jail Investigator_

Release After Processing per F.S.S. 90.91? ☐ Yes ☐ No   ☐ To Whom

Photographed by & I.D. # CSP-B. Thomas #6672

Address Where Property Recovered: 3228 Gun club Jail, Main Jail - inmate property 3060

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | Bijuman Thomas | 3/8/11 | | A/M | 3228 Gunclub Rd WPB 33406 | 680-4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | NEALE BRIAN # 0326017 | / / | | W/M | 3228 Gunclub RD WPB-33406 | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Memory CARD |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Bijuman Thomas I.D. # 6672 Div. 3060

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |

PJGB 103



**PALM BEACH COUNTY**
# SHERIFF'S OFFICE

*RIC L. BRADSHAW, SHERIFF*



## Jail Information Model
### Information Referral Form

| Corrections Division #: 3060 | Date/ Time: 3/8/11 16:45 |
|---|---|

Routing #:

| Internal Security | Internal Criminal | External Criminal Jurisdiction |
|---|---|---|
| ☐ Inmate Safety | ☐ Assaults | ☐ Burglary |
| ☐ Staff Safety | ☐ Narcotics | ☐ Auto theft |
| ☒ Contraband | ☐ Sexual assault | ☐ Narcotics |
| ☐ Weapons | ☐ Witness tampering | ☐ Gang activity |
| ☐ Escape Information | ☐ Other | ☐ Robbery |
| ☐ Riot Information | | ☐ Homeland security |
| ☐ Gang activity | | ☐ Homicide |
| ☐ Security Concern | | ☐ Violent Crimes |
| ☐ Other | | ☐ Weapons |
| | | ☐ Other |

### Source of information

| Name: NEALE BRIAN | Inmate I.D. # 0326017 | Housing Unit: E2B |
|---|---|---|

Gang affiliation Y: ☐    N: ☒

Details: (Attach reports if necessary)

Envelope Containing Suspected Tobacco Wrapped in Paper

| Submitted by (Print): BIJUMOAN THOMAS | I.D. # 667 |
|---|---|

Signature:

### Validation

Watch Commander Name: R. Costa      I.D. # 5437

| Internal Normal ☐ | Internal Priority ☐ | External Normal ☐ | External Priority ☐ |
|---|---|---|---|

### Notifications

| Notification to Agency/Division: | Method of notification: Phone, E-mail, Fax, other (explain) |
|---|---|
| Person Notified: Robert Edgar  Date: 3/8/11  Time: 6:45 | |
| Person Notified: T. Garcia  Date: 3/8/11  Time: 10:00 | |
| Person Notified:  Date:  Time: | |
| Person Notified:  Date:  Time: | |
| Notification made by: | I.D. #: |
| Additional Comments/Information: | |

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST

☐ A-Shift Mid Night Shift
☒ B-Shift Day Shift
☐ C-Shift Evening Shift
Shift Request Submitted

E2B

☒ MAIN DETENTION CENTER     ☐ CENTRAL DETENTION CENTER     ☐ WEST DETENTION CENTER

☐ **Colonel of Corrections**
Colonel de Correcciones / Kanèl Koreksyon

☐ **Commanding Officer**
Oficial de Mando / Ofisye siperyè

☐ **Public Defender**
Defensor Público / Avoka defans piblik

☐ **Notary Service**
Servicio de Notario / Sèvis notè

☒ **Classification**
Clasificacion / Klasifikasyon

☒ **Property**
Propiedad / Pwopriyete

☐ **Canteen**
Cantina / Kantin

☐ **Inmate Records/Court Information**
Registro de Reclusos/Informacion de Corte / Dosye prizonye/enfòmasyon sou jijman

☐ **Other**
Otro / Lòt

☐ **Programs**
Programas / Pwogram

☐ **Reading Library**
Biblioteca para lectura / Bibliyotèk lekti

☐ **Educational Program**
Programas Educacionales / Pwogram edikasyonèl

☐ **AA/NA Meetings**
Reuniones de AA/NA / Reyinyon AA/NA

☐ **Life Skill Dorm**
Dormitorio de Aprendices de oficios / Dòmitwa pou aprantisaj nesesè nan lavi

☐ **Drug Dorm**
Dormitorio de Drogadictos / Dòmitwa dwòg

☐ **Secure Treatment & Recovery Program**
Programa de Tratamiento Efectivo y de Recuperación / Pwogram pou refè ak tretman san danje

**S A A P**

**R E L I G I O U S   S E R V I C E S**

☐ **Chaplain**
Capellan / Chaplen

☐ **Bible Study**
Estudio Bíblico / Li labib

☐ **Spanish Church Service**
Servicio en Español / Legliz panyòl

☐ **Catholic Church Service**
Servicio Catolico / Legliz katolik

☐ **Jewish Service**
Servicio Judio / Legliz jyif

☐ **Jehovah's Witness**
Testigo de Jehová / Temwen jewova

☐ **Muslim Prayer**
Oración Musulman / Priyè mizilman

☐ **Non Denominational Church**
Servicio No-Denominacion / Legliz san denominasyon

☐ **Request for Bible**
Pedido de Biblia / Demann pou labib

---

**Name (Print):** Brian A. Neale
Nombre (Letra de molde / Non (ekri ak gwo lèt)

**Date of Birth:** _____
Fecha de Nacimiento / Dat nesans

**Date:** 3-7-11  **Jacket #:** 0326017  **Pouch #:** 3212
Fecha / Dat   Numero de "Jacket" / Nimewo "Jakèt"   Numero de "Pouch" / Nimewo "Pouch"

**Housing Unit:** E 2 B
Unidad de Vivienda / Inite lojman
c. Petery
3-8-11

**State the reason for submitting this request:**
Explique la razón porque somete esta solicitud: / Èksplike rezon pou demann sa a:

Im requesting to get my Property back. I went to
the Box on 2-16-11; I have a couple Bags with my
stuff in it.

- My canteen
- my Shoes, slides, clothes
- Paper work

Thank you very much

**Official Response:**
Respuesta Oficial / Repons ofisyèl:

Soap
Soap Dish        See Attached        RECEIVED
Tooth brush
pen
Deondant          X on 3/8/11         MAR 08 2011
One Daily
Book          Record on 3/8/11       PROPERTY
                                      SIGNED  C. Petery

Official's Name (Print)  6402    Official's Signature  3/8/11  Date

PBSOCF #0019 REV. 09/09                                        PJGB 105

CORR Incident #:3060-2009-06-046
Photo taken by: Rich, Nancy 4986
Date: 6/12/09
Time: 1332 hrs.







Page ___ of ___

# PALM BEACH COUNTY SHERIFF'S OFFICE

☑ WITNESS   ☐ VICTIM   ☐ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement: | Month: | Day: | Year: | Time: |
|---|---|---|---|---|
| 6-12-09 | June | 12 | 2009 | 1322 |

Offense: | Agency Case #:

| Date of Offense: | Month: | Day: | Year: | Time: | Suspect/Arrestee: |
|---|---|---|---|---|---|
| 6 | 12 | 2009 | 1322 | | |

Last: ___ First: ___ Middle:

Location of Offense: 3228 Gun Club Rd (M.J.) r  Zone: B13

| Name: (Witness/Victim) | | | Age: | D.O.B.: | Race: | Sex: |
|---|---|---|---|---|---|---|
| Last: Rich | First: Nancy | Middle: L | 63 | | W/F | F |

Address: Res.: 3228 Gun Club Rd.  Zip: 33406  Phone: 561-688-4386

Address: Bus.:  Zip:  Phone:

I, CSP Nancy Rich 4986 _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

While delivering to East side Legal mail, I opened for Inmate Michael Hosang's Legal mail in front of him. While searching, I found some papers that seemed to be glued. I could not pull them appart. I informed the Inmate that I could not give him said papers. Returning to the property Room, I inspected said papers, And it appeared to contain marijuana between the sheets of paper. Further, I inspected legal mail Addressed to Inmates: Courtney Depsey X2
Charlite Wyne
Andre Upperman
The legal mail for the above name Inmates was opened AND checked because they had similar labels. AND they contain marijuana as well. I placed the Evidence into the Evidence locker.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☑ Yes ☐ No | Initial: NLR |
|---|---|---|---|
| | | I will prosecute criminally: ☑ Yes ☐ No | Initial: NLR |

Sworn To and Subscribed Before Me, This:
12th Day of June year 2009

Deputy Sheriff / Notary Public FSS 117.10
Signature: Sgt. L. Allen / 3377

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

Signature: Nancy Rich

4986

PJGB 107

# ACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE #  3060-09-06-046

PBSO CASE #

| 6-12-09 | Time 1322 | Zone B13 | Type Case | LOC Number |
|---|---|---|---|---|

☒ Drugs  ☐ Firearms  ☐ Photo Lab  ☐ Stolen - Recovered
☐ Toxicology  ☐ Crime Scene  ☐ Lost Property  ☐ Trial
☐ Serology/DNA  ☐ Latent Prints  ☐ Property of Deceased  ☐ Destroy

nd Report To: Sgt Allen    Division: Jail

elease After Processing per F.S.S. 90.91?  ☐ Yes  ☒ No    ☐ To Whom

hotographed by & I.D. # CSP N Rich 4986    (Inmate Property Area)

ddress Where Property Recovered: 3228 Gun Club Rd. West Palm Bch. FL 33406

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| iscovered by | CSP N Rich | 6-12-09 | | W/F | 3228 Gun Club Rd (PBSO) | X 4379 |
| wner | | | | | | |
| ictim | | | | | | |
| uspect(s) | (See below Names) | | | | | |

ype of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 5 | | Envelopes. |
| 2 | 183 | | Sheets 8½ X 11 of paper (containing marijuana.) |
| | | | ( 43 - Hosang, Michael |
| | | | 53 - Dempsey, Courtney. |
| | | | 41 - Dempsey; Courtney |
| | | | 21 - Wyne; Charlie |
| | | | 25 - Upperman, Andre.) |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: CSP N Rich    I.D. # 4986  Div 306

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DISTRICT _____    PAGE _____ OF _____

PJGB 108



Tara A. Finnigan, ESQ
The Comeal Building
319 Clematis Street
Suite 526
West Palm Beach, FL 33407

PALM BEACH COUNTY
CORRECTIONS
LEGAL MAIL

Mr. Michael Hosang
Jacket No. 0269658
Palm Beach County Jail
3228 Gun Club Road
West Palm Beach, Fl 33406

U.S. POSTAGE
WEST PALM BEACH, FL
33417
JUN 10, 09
AMOUNT
$2.07
00029582-11

UNITED STATES
POSTAL SERVICE

1000        33406

Law Office of Gonzalez & Henley
324 Datura St
West Palm Beach, FL 33401

E5A 2/m s21

Mr. Courtney Dempsey
Jacket No. 0197521
Palm Beach County Jail
3228 Gun Club Road
West Palm Beach, Fl 33406

PALM BEACH COU
CORRECTIONS
LEGAL MAIL

UNITED STATES
POSTAL SERVICE

1000

33406

U.S. POSTAGE
PAID
WEST PALM BCH, FL
33415
JUN 10, 09
AMOUNT
$2.07
00029582-11



Tara A. Finnigan, ESQ
The Comeal Building
19 Clematis Street
Suite 526
West Palm Beach, FL 33407

Mr. Charlie Wyne
Jacket No. 0232839
Palm Beach County Jail
3228 Gun Club Road
West Palm Beach, Fl 33406

PALM BEACH COUNTY
CORRECTIONS
LEGAL MAIL

UNITED STATES
POSTAL SERVICE

1000

33406

U.S. POSTAGE
PAID
WEST PALM BEACH, FL
JUN 30 '09
AMOUNT
$1.55
0002958Z-11

Fleischman & Fleischman P.A.
Attorney at Law
2161 Palm Beach Lakes Boulevard
Suite 403
West Palm Beach, FL 33409

No Court
Bond
6-17-06

PALM BEACH COUNTY
CORRECTIONS
LEGAL MAIL

Mr. Andre Upperman
Jacket No. 0335124
Palm Beach County Jail
3228 Gun Club Road
West Palm Beach, Fl 33406

