Law Office of Gonzalez & Henley
324 Datura St
West Palm Beach, FL 33401

ESA
first

PRIORITY MAIL ®

UNITED STATES POSTAL SERVICE

Visit us at usps.com

Label 107, January 2008

PALM BEACH CORREC
LEGAL MAIL

Mr. Courtney Dempsey
Docket No. 0197521
Palm Beach County Jail
3228 Gun Club Road
West Palm Beach, Fl 33406

United States Postal Service ®

DELIVERY CONFIRMATION ™

0308 2690 0002 0129 5670

UNITED STATES
POSTAL SERVICE

1005        33-406

U.S. POSTA
PAID
WEST PALM BEA
JUN 10, 1
AMOUNT

$5.6
0002658

PJGB 113

CORR Incident #: 3060-2009-09-002
Photo taken by: McCrae, Carolyn 6671
Date: 9/1/09
Time: 0800 hrs.









# EVIDENCE

Case Number

Date 09/01/09 Time 0750

Place mail Room Prop

Victim State of Fl.

Suspect James Boundtree

Recovered by C.S.P. mcCrae 1671

Contents

1 memory card

Sealed by C.S.P. mcCrae 1671

DURO
Standard Products Company, Inc

02 05 07    TA 12 A

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS   ☐ VICTIM   ☐ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement: 09/01/09 | Month: Sept | Day: 01 | Year: 09 | Time: 0750 |
|---|---|---|---|---|

| Offense: | Agency Case #: 3060-2009-09-002 |
|---|---|

| Date of Offense: | Month: Sept | Day: 01 | Year: 09 | Time: 0750 | Suspect/Arrestee: Last: | First: | Middle: |
|---|---|---|---|---|---|---|---|

Location of Offense: 3228 Gun club Rd. MJ mail room Property   Zone: B13

| Name: (Witness/Victim) Last: McCrae | First: Carolyn | Middle: | Age: 41 | D.O.B.: | Race: B | Sex: F |
|---|---|---|---|---|---|---|

| Address: Res.: 3228 Gun club Rd | Zip: 33406 | Phone: (561) 688-4386 |
|---|---|---|

| Address: Bus.: | Zip: | Phone: |
|---|---|---|

I, CSP. Carolyn McCrae #6671 _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

On 09/01/09 I was opening mail In the mail Room I opend a letter addressed to Inmate James Roundtree In side of enjelope and card was suspected mariJuana I told the superviser I than placed the card + enjelope into Evidene Bag and started to write my Report.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes  ☐ No | Initial: cmc |
|---|---|---|---|
| Sworn To and Subscribed Before Me, This: _____ Day of _____ year _____ | | I will prosecute criminally: ☒ Yes  ☐ No | Initial: cmc |
| Deputy Sheriff ☐   Notary Public ☐   FSS 117.10  Signature: _____ | | I Swear/Affirm the Above and/or Attached Statements are Correct and True.  Signature: Carolyn McCrae | |

PBSO #0134 REV. 10/01

RECORDS COPY

PJGB 116

# PROPERTY RECEIPT

| 09 | Time 0750 | Zone B13 | Type Case 3060-3001-01-0021 | LOC Number |

| ☐ Firearms | ☑ Photo Lab | ☐ Stolen - Recovered | ☐ Hold for Forfeiture |
|---|---|---|---|
| ☐ Crime Scene | ☐ Lost Property | ☐ Trial | |
| ☐ Latent Prints | ☐ Property of Deceased | ☐ Destroy | |

ology
ogy/DNA

rt To: | Division:

er Processing per F.S.S. 90.91?   ☐ Yes   ☐ No   ☐ To Whom

ned by & I.D. # McCrae 6671

here Property Recovered:

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|
| I by csp. mccrae (6671) | 9/1/09 | | | P.B.S.O. Property | Ex.4386 |
| James Rountree | | | Blm | | |

alysis Requested (attach Crime Lab Information Form)

| ty. | Value | Description of Property |
|---|---|---|
| 1 | | memory card |

acknowledge that the above list represents all taken from my possession and that I have copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn mccrae   I.D.# 6671   Div 3060

Signature: Carolyn mccrae

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |

PAGE _____ OF _____

EVIDENCE COPY

V. 01/08

PJGB 117

# PROPERTY RECEIPT

3060300909-002

| Date | Time | Zone | Type Case | LOC Number |
|---|---|---|---|---|
| 09/01/09 | 0750 | B13 | | |

☒ Drugs  ☐ Firearms  ☐ Photo Lab  ☐ Stolen - Recovered  ☐ Hold for Forfeiture
☐ Toxicology  ☐ Crime Scene  ☐ Lost Property  ☐ Trial
☐ Serology/DNA  ☐ Latent Prints  ☐ Property of Deceased  ☐ Destroy

**Send Report To:** _____ **Division:** _____

**Release After Processing per F.S.S. 90.91?** ☐ Yes  ☐ No  ☐ To Whom

**Photographed by & I.D. #** McCrae 6671

**Address Where Property Recovered:**

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | CSP. McCrae 6671 | 9/1/09 | | | P.B.S.O. Property | EX.4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | James RoundTree | | | B/m | | |

**Type of Analysis Requested (attach Crime Lab Information Form)**

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | 1 Envelop with card containing suspected marijuana consealed Inside. |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn McCrae  I.D. # 6671  Div. 3060

Signature: Carolyn McCrae

| Received By | Reason | Date & Time |
|---|---|---|
| | | |

DISTRICT _____

PAGE _____ OF _____

#0149 REV. 01/08

EVIDENCE COPY

PJGB 118

2108074 SA

21-134971-KY

**pbsoprintshop.com**
561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE #   0360-2009-03-10

PBSO CASE #

Date 3/27/09   Time 1325   Zone B13   Type Case

☑ Drugs
☐ Toxicology
☐ Serology/DNA
☐ Firearms
☐ Crime Scene
☐ Latent Prints
☐ Photo Lab
☐ Lost Property
☐ Property of Deceased

LOC Number

☐ Stolen - Recovered
☐ Trial
☐ Destroy

Send Report To:

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☐ No

Division:

☐ To Whom

Photographed by & I.D. # mccrae(671)

Address Where Property Recovered: Property mail room/main jail

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|
| Discovered by mccrae(671) | 3/27/09 | | | | |
| Owner | | | | PBSO Property | 4386 |
| Victim | | | | | |
| Suspect(s) Tommy Poindexter | | | B/m | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | One envelope with Green Substance |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name:

Signature:

Received By

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: Carolyn mccrae   I.D. # 671   Div 3rd

Signature: Carolyn mccrae

Reason

Date & Time

PJGB 119

2168074 SA

21-134971-KY

pbsoprintshop.com
561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

**OTHER AGENCY & CASE #** 0360-209-03-108

**PBSO CASE**

| Date 3/27/09 | Time 1325 | Zone 13/3 | Type Case | LOC Number |
|---|---|---|---|---|

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy

**Send Report To:**

**Division:**

**Release After Processing per F.S.S. 90.91?** ☐ Yes ☐ No  ☐ To Whom

**Photographed by & I.D. #** McCrae 6671

**Address Where Property Recovered:**

| | Name | Date | D.O.B. | Race/Sex | Address | |
|---|---|---|---|---|---|---|
| Discovered by | CSP. McCrae 6671 | 3/27/09 | | | P.B.S.O. Property | 4 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Tommy poindexter | | | B/m | | |

**Type of Analysis Requested (attach Crime Lab Information Form)**

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | memory card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impoun in the official performance of duty as a Law Enforcement Officer o Personnel as defined in F.S.S. 943.10.

Print Name: _____

Print Name: Carolyn McCrae  I.D. # 6671

Signature: _____

Signature: Carolyn McCrae

| | Received By | | Reason | Date & Tim |
|---|---|---|---|---|
| | | | | |
| | | | | |

PJGB 120

pbsoprintshop.com
561.586.2400

21-133935-KY

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS   ☐ VICTIM   ☐ OTHER

Page _____ of _____

# STATEMENT
### Please complete in full detail

| Date of Statement: | Month: march | Day: 27 | Year: 09 | Time: 1325 |
|---|---|---|---|---|
3/27/09

Agency Case #:

| Date of Offense: | Month: 3/27/09 | Day: 27 | Year: 09 | Time: 1325 |
|---|---|---|---|---|

Suspect/Arrestee:  Last:            First:            Middle:

Location of Offense: 3228 Gun club Rd MJ mail room property      Zone: B13

Name: (Witness/Victim)

| Last: mccrae | First: Carolyn | Middle: | Age: 41 | D.O.B. | Race: B/F | Sex: F |
|---|---|---|---|---|---|---|

Address: Res.: 3228 Gunclub Rd      Zip: 33406      Phone: (561) 688-4386

Address: Bus.:      Zip:      Phone:

I, CSA carolyn mccrae #6671 _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

While opening mail In the mail Room
I opend a lette addressed to Inmate
Tommy Poindexter the Card had a
Green Leafy Substance In It. the
Card was placed Into an Evidence
Bag

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☐ Yes ☐ No | Initial: |
|---|---|---|---|
| Sworn To and Subscribed Before Me, This: | | I will prosecute criminally: ☐ Yes ☐ No | Initial: |

PJGB-21

**EVIDENCE** **EVIDENCE** **EVIDENCE**

**Case Number** 30b-2000-xxxx

**Date** 3/27/09 **Time** 1225

**Place** Mail Room-Property

**Victim** State of Fl.

**Suspect** Tommy Poindexter

**Recovered by** C.S.P. McCrae (6071)

**Contents**

Green leafy substance
In court

**Sealed by** C.S.P. McCrae (6071)

**EVIDENCE**

**Case Number** 3060-2069.03-103

**Date** 3/27/09 **Time** 1325

**Place** mail room property

**Victim**

**Suspect** Tommy Poindexter

**Recovered by** csp. mccrae (667)

**Contents**

1 memory card

**Sealed by** csp. mccrae (667)



CSP. mccrae (b/o)

PJGB 125

Case # 3060-2009-07-004







**PALM BEACH COUNTY SHERIFF'S OFFICE**

☒ WITNESS   ☐ VICTIM   ☐ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement: | Month: 07 | Day: 01 | Year: 09 | Time: 1000 |
|---|---|---|---|---|

| Offense: Contraband | Agency Case #: 3060-2009-07-004 |
|---|---|

| Date of Offense: | Month: 07 | Day: 01 | Year: 09 | Time: 1000 | Suspect/Arrestee: Last: Whytle | First: Rodney | Middle: |
|---|---|---|---|---|---|---|---|

Location of Offense: 3228 Gun Club Rd   WPB   FL 33406    Zone: B-13

| Name: (Witness/Victim) Last: Delai | First: Donna | Middle: J | Age: 48 | D.O.B.: | Race: W | Sex: F |
|---|---|---|---|---|---|---|

| Address: Res.: | Zip: | Phone: |
|---|---|---|

| Address: Bus.: 3228 Gun Club Rd. WPB | Zip: 33406 | Phone: 561-688-4351 |
|---|---|---|

I, CSPT Donna Delai 6840 _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I was assigned to the mailroom post today. While opening mail for the East 6 Tower I noticed a suspicious envelope addressed to Rodney Whytle #0331326. The envelope was stiffer than usual and I felt a rough or lumpy area even before I opened it. After opening the envelope, I pulled apart the envelope to find suspected marijuana concealed.

I reported the incident to my Supervisor Kulovitz, took photos, completed this report and prepared the contraband for evidence.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes ☐ No | Initial: Dd |
|---|---|---|---|

| Sworn To and Subscribed Before Me, This: | I will prosecute criminally: ☒ Yes ☐ No | Initial: Dd |
|---|---|---|

_____ Day of _____ year _____

| Deputy Sheriff ☐   Notary Public ☐   FSS 117.10 | I Swear/Affirm the Above and/or Attached Statements are Correct and True. |
|---|---|
| Signature: | Signature: CSPT Donna Delai 6840 |

PBSO #0134 REV. 10/01

**RECORDS COPY**

PJGB 127

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY & CASE # .3060-2009-07-004

PBSO CASE #

Date 7-1-09　　Time 1000　　Zone B-13　　Type Case Contraband　　LOC Number

- ☑ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☑ Destroy

Send Report To: Investigator Bailey　　Division: Jail Investigator

Release After Processing per F.S.S. 90.91?　☐ Yes　☑ No　☐ To Whom

Photographed by & I.D. # CSPT D. Delai 6840

Address Where Property Recovered: 3228 Gun Club RD. W.P.B. FL 33406

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | Denna Delai | 7/1/09 | | W/F | 3228 Gun Club RD. WPB FL | 688-4351 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Rodney Whytle | | | B/M | 3228 Gun Club RD WPB FL | E6C |
| | | | | | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Envelope with suspected marijuana concealed inside, |
| 2 | 1 | | with paper card. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: CSPT D. Delai　I.D. # 6840　Div. 306C

Signature: CSPT D Delai 1840

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DISTRICT _____

PAGE _____ OF _____

PJGB 128

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| | OTHER AGENCY & CASE # | PBSO CASE # |
|---|---|---|
| | 3060-2009-07-004 | |

| Date 7-1-09 | Time 1045 | Zone B13 | Type Case Contraband | LOC Number |
|---|---|---|---|---|

☐ Drugs    ☐ Firearms    ☒ Photo Lab    ☐ Stolen - Recovered
☐ Toxicology    ☐ Crime Scene    ☐ Lost Property    ☐ Trial
☐ Serology/DNA    ☐ Latent Prints    ☐ Property of Deceased    ☐ Destroy

**Send Report To:** Investigator Bailey    **Division:** Jail Investigator

**Release After Processing per F.S.S. 90.91?** ☐ Yes ☐ No    ☐ To Whom

**Photographed by & I.D. #** CSPT D. Delai 6840

**Address Where Property Recovered:** 3228 Gun Club Jail WPB - Mailroom - Property

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | D Delai | 7/1/09 | | W/F | 3228 Gun Club Rd WPB | 688-435 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Rodney Whytle | | | B/m | 3228 Gun Club Rd WPB | ELC |

**Type of Analysis Requested (attach Crime Lab Information Form)**

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Memory Card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: CSPT Donna Delai   I.D.# 6840   Div. 306

Signature: CSPT Donna Delai 6840

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DISTRICT _____    PAGE _____ OF _____   PJGB 129

pbsoprintshop.com
561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| | OTHER AGENCY & CASE # | PBSO CASE # |
|---|---|---|

**Date** 4/9/09  **Time** 11:55  **Zone** B13  **Type Case**  **LOC Number**

- ☒ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy

**Send Report To:**  **Division:**

**Release After Processing per F.S.S. 90.91?**  ☐ Yes  ☐ No  ☐ To Whom

**Photographed by & I.D. #** mccrae 667l

**Address Where Property Recovered:** Property mail room/main jail

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | mccrae 667l | 4/9/09 | | | PBSO Property | 4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Daniel Foste | | | B/m | | |

**Type of Analysis Requested (attach Crime Lab Information Form)**

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | one envelope with Green leafy substance |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

**Print Name:** _____

**Signature:** _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

**Print Name:** CAROLYN MCCRAE  **I.D. #** 667l  **Div.** 306

**Signature:** Carol mccrae

| Received By | | Reason | Date & Time |
|---|---|---|---|
| | | | |
| | | | |

PJGB 130

ZT-13497T-KY

pbsoprintshop.com
561.586.2400

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| | | | OTHER AGENCY & CASE # | | PBSO CASE # |
|---|---|---|---|---|---|

| Date 4/9/09 | Time 11:55 | Zone B13 | Type Case | | LOC Number |
|---|---|---|---|---|---|

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy

**Send Report To:**                           Division:

**Release After Processing per F.S.S. 90.91?**   ☐ Yes   ☐ No   ☐ To Whom

**Photographed by & I.D. #** mCCrae 6671

**Address Where Property Recovered:**

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | Csp. mCrae 6671 | 4/9/09 | | | P.B.S.O. property | 4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Daniel Festa | | | B/m | | |

**Type of Analysis Requested (attach Crime Lab Information Form)**

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Memory Card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: _____

Signature: _____

Print Name: Carolyn mcCrae   I.D. # 6671   Div. 306

Signature: Carolyn mcCrae

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |

PJGB 131

pbsoprintshop.com
561.586.2400

21-133986-KY

Page _____ of _____

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS    ☐ VICTIM    ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement | Month: April | Day: 9 | Year: 2009 | Time: 11:55 |
|---|---|---|---|---|

| Offense: | | | Agency Case #: | |
|---|---|---|---|---|

| Date of Offense: 4/9/09 | Month: 9 | Day: | Year: 2009 | Time: 11:55 |
|---|---|---|---|---|

Suspect/Arrestee:
Last:          First:          Middle:

Location of Offense: 3228 Gun club Rd m) mail room Property     Zone: B13

| Name: (Witness/Victim) Last: mcCrae   First: Carolyn   Middle: | Age: 41 | D.O.B.: | Race: B | Sex: F |
|---|---|---|---|---|

Address: Res.: 3228 Gun club Rd     Zip: 33406     Phone: (561) 688-4386

Address: Bus.:     Zip:     Phone:

I, Csp. Carolyn mccrae #0671 _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

While opening mail — In the mail Room
I opened a letter addressed to Inmate
Daniel Foster the card had a Green
leafy substance In it the Card was
placed Into an evidence Bag.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☑ Yes ☐ No | Initial: |
|---|---|---|---|
| Sworn To and Subscribed Before Me, This: | | I will prosecute criminally: ☑ Yes ☐ No | Initial: |

JGB 132

CORR Incident #: 3060-2009-04-035
Photo taken by: McCrae, Carolyn 6671
Date: 4/9/09
Time: 1135 hrs.





PJGB 134

