

**EVIDENCE** EVIDENCE EVIDENCE EVIDENCE

**Case Number** _____

**Date** 4/9/09 **Time** 11:55

**Place** Mail Room Property

**Victim**

**Suspect** Daniel Foster

**Recovered by** csp. mccrae (671)

**Contents** #

1 memory card

**Sealed by** csp. mccrae (671)

PJGB 136





Case Number 2060-2009-04635

Date 4/9/09 Time 11:55

Place mail Room Property

Victim

Suspect Daniel Fost

Recovered by

Contents

Green leafy substance
In card

Sealed by CSP mcCracklin



# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE INCIDENT REPORT

☒ MAIN DETENTION CENTER  ☐ STOCKADE  ☐ WEST COUNTY DETENTION  ☐ OPERATIONS  ☐ SUPPORT

I/M Name/Pouch Foster, Daniel  J# 0203373  DOB: _____  R/Sex: b/m  Cell: E6C

_____ n/a _____  DOB: n/a  R/Sex: n/a  Cell: n/a

_____ n/a _____  DOB: n/a  R/Sex: n/a  Cell: n/a

Location (dorm, bldg., etc) of Incident: Property Mail Room

Date of Incident: April 30, 2009  Day of Incident: S  M  T  W  (T)  F  S  Time of Incident: 1450

Reporting officer's Name & I.D. # (print): CSP. N. Rich # 4986

**INCIDENT** (Explain in detail what transpired, action taken by staff, list witnesses and deputies present, etc.),

While opening mail in the mail room, I opened a letter addressed to Inmate Foster, Daniel. The envelope was thick in its appearance in which warranted further inspection. After pulling apart the envelope due to it's thickness, I found a brown substance between the envelope. Michelle Delaura was notified, photos taken and contraband was placed into an evidence bag.

☐ Continued on Back:

**Action Taken by Staff** (Inmates Moved, bloodborne pathogens cleanup, repair notification to Facilities, photos taken by whom, etc.):

Michelle Delaura was notified, photos taken and contraband was placed into an evidence bag.

☐ Continued on Back:

Reporting Staff Member's Signature: CSP _____  I.D.#: 4986  Date: 4-30-09

**Medical** (Required for injury / illness, all Use of Control incidents etc.):  ☐ **Medical Assessment Not Applicable**

List inmates examined and treated per protocol.

☐ Continued on Back:

Print Name / Title: _____  Signature: _____  Date: _____

**Supervisor's Comments** (Action taken, Notifications to IA, Crime Scene, etc.):

EVIDENCE PLACED INTO EVIDENCE LOCKER.

☐ Continued on Back:

Print Name: Sgt Haussa  I.D.#: 4/11  Signature: Scott  Date: 4/11

## Shift Commander's Review:

**Supplement Documents:**
- ☐ Use of Control Report
- ☐ Disciplinary Report
- ☐ Mental Health Referral
- ☐ Major Case Report
- ☐ Other: Witness Statement

**Disposition Pending:**
- ☒ No Further Action
- ☐ Disciplinary Investigation / Hearing
- ☐ I A Investigation
- ☐ Other:

**Distribution:**
- ☒ Records Custodian / Original
- ☒ Classification
- ☐ Legal Advisor's Office
- ☐ Internal Affairs
- ☐ Other: _____

Print Name _____  I.D. # _____  Signature _____  Date _____

PJGB 140

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| P-30-09 | Time 1450 | Zone B13 | Type Case | LOC Number |
|---|---|---|---|---|

3060-2009-04-139

| | | | | |
|---|---|---|---|---|
| ☐ Drugs | ☐ Firearms | ☑ Photo Lab | ☐ Stolen - Recovered | ☐ Hold for Forfeiture |
| ☐ Toxicology | ☐ Crime Scene | ☐ Lost Property | ☐ Trial | |
| ☐ Serology/DNA | ☐ Latent Prints | ☐ Property of Deceased | ☐ Destroy | |

Send Report To: _____  Division: _____

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☐ No   ☐ To Whom

Photographed by & I.D.# CSP N Rich 4986

Address Where Property Recovered:

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Recovered by | CSP N Rich 4986 | 4-30-09 | | | P.BSO. Property | 4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | Daniel Foster | | | B/m | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | Memory Card |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

CSP

Print Name: N. Rich   I.D.# 4986   Div. 3060

CSP

Signature: _____ 4986

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |

DISTRICT _____   PAGE 1 OF 2

EVIDENCE COPY

PJGB 141

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| | OTHER AGENCY & CASE # | PBSO CASE # |
|---|---|---|
| | | 3060·2009-04-13 |

Date 4-30-09   Time 7:50   Zone B-13   Type Case _____   LOC Number _____

☐ Drugs ☐ Firearms ☐ Photo Lab ☐ Stolen - Recovered
☐ Toxicology ☐ Crime Scene ☐ Lost Property ☐ Trial
☐ Serology/DNA ☐ Latent Prints ☐ Property of Deceased ☐ Destroy

Send Report To: _____   Division: _____

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☐ No   ☐ To Whom _____

Photographed by & I.D. #   N. Rich 4986

Address Where Property Recovered:   Property Mailroom / main Jail

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | CSP. Rich 4986 | 4-30-09 | | | PBSO property | 4386 |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | David Foster | | | B/M | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | | One envelope with Brown Substance |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

CSP.
Print Name: Nancy Rich   I.D.# 4986   Div. 306

CSP.
Signature: Nancy Rich

| Received By | Reason | Date & Time |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DISTRICT _____   PAGE 1 OF 1   PBGB 142

## PALM BEACH COUNTY SHERIFF'S OFFICE

☒ WITNESS   ☐ VICTIM   ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement: | Month: | Day: | Year: | Time: |
|---|---|---|---|---|
| 4-30-09 | April | 30 | 09 | 1450 |

**Offense:**

**Agency Case #:** 3060-2009-04-139

| Date of Offense: | Month: | Day: | Year: | Time: | Suspect/Arrestee: | | |
|---|---|---|---|---|---|---|---|
| 4-30-09 | 30 | 09 | 1450 | Last: foster | First: Daniel | Middle: |

**Location of Offense:** 3228 Gunclub Rd. M.J Mail Room Property  **Zone:** B13

| Name: (Witness/Victim) | | | Age: | D.O.B.: | Race: | Sex: |
|---|---|---|---|---|---|---|
| Last: Rich | First: Nancy | Middle: | 62 | | W/F | F |

**Address: Res.:** 3228 Gun Club Rd.   **Zip:** 33406   **Phone:** (561) 688-4386

**Address: Bus.:**   **Zip:**   **Phone:**

I, CSP Nancy Rich 4986 _____ do hereby voluntarily
make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

While opening mail in the mail Room, I
opened a letter addressed to Inmate Daniel
Foster, 0203373. The envelope seemed thick, at
closer look after pulling appart envelope, I found
a brown substance between the envelope. The
card was placed into an evidence bag.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☒ Yes ☐ No | Initial: NRR |
|---|---|---|---|

Sworn To, and Subscribed Before Me, This:
27 Day of April year 2009

| I will prosecute criminally: ☒ Yes ☐ No | Initial: NRR |
|---|---|

Deputy Sheriff ☐   Notary Public ☐   FSS 117.10

I Swear/Affirm the Above and/or Attached Statements are Correct and True. CSP

**Signature:**

**Signature:** Nancy Rich 4986

PJGB 143





# CORR Incident #:3060-2008-08-083
# Photo taken by: Lagana, Arthur 8177
# Date: 8/21/08









CORR Incident #: 3060-2009-03-108
Photo taken by: McCrae, Carolyn 6671
Date: 3/27/09
Time: 1325 hrs.








PJGB 146

CORR Incident #: 3060-2009-04-035
Photo taken by: McCrae, Carolyn 6671
Date: 4/9/09
Time: 1135 hrs.







CORR Incident #: 3060-2009-08-039
Photo taken by: McCrae, Carolyn 6671
Date: 8/13/09
Time: 1225 hrs.









CORR Incident #: 3060-2009-09-002
Photo taken by: McCrae, Carolyn 6671
Date: 9/1/09
Time: 0800 hrs.






CORR Incident #: 3060-2009-09-046
Photo taken by: Delai, Donna 6840
Date: 9/11/09
Time:  0950 hrs.





CORR Incident #:3060-2009-10-008
Photo taken by: Lagana, Arthur 8177
Date: 10/2/09
Time: 1230 hrs.

 

CORR Incident #:3060-2009-10-007
Photo taken by: Lagana, Arthur 8177
Date: 10/2/09
Time: 1230 hrs.








CORR Incident #:3060.09.11.00284
Photo taken by: Johnson-Anderson, Robyn 6617
Date: 11/3/09
Time: 1450 hrs.






CORR Incident #:3060.09.12.00552
Photo taken by: Lagana, Arthur 8177
Date: 12/11/09
Time: 1420 hrs.







CORR Incident #:3060.10.02.00262
Photo taken by: Walker, Queen #8815
Date: 2/8/10
Time: 1325 hrs.







