CORR Incident #:3060.10.03.00414
Photo taken by: Marben, Linda #5103
Date: 3/2/10
Time: 1043 hrs.



CORR Incident #:3060.10.03.00417  
Photo taken by: Rich, Nancy #4986  
Date: 3/3/10  
Time: 1103 hrs.






# CORR Incident #:3060.10.03.00446
# Photo taken by: Rich, Nancy #4986
# Date: 3/8/10
# Time: 1220 hrs.






PJGB 161